**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☒ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Craig Energy, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **33-1006102** |

4. **Debtor's address**

**Principal place of business**

**600 17th St**
**Ste 2010-S**
**Denver, CO 80202-5402**
Number, Street, City, State & ZIP Code

**Denver**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)      **www.craig-energy.com**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor    **Craig Energy, LLC**                                          Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **Craig Energy Holdings, LLC**    Relationship to you    **Manager**

District    **Colorado**    When    **2/19/16**    Case number, if known    _____

Debtor **Craig Energy, LLC**
_____
Name

Case number (*if known*) _____

---

**11.  Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

           Contact name     _____

           Phone               _____

---

**■ Statistical and administrative information**

**13.  Debtor's estimation of available funds**       .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Craig Energy, LLC**                                    Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 19, 2016**
_____
MM / DD / YYYY

X **/s/ Danny Jimenez**                                    **Danny Jimenez**
_____              _____
Signature of authorized representative of debtor              Printed name

Title    **CEO**
_____

**18. Signature of attorney**

X **/s/ John C. Smiley**                            Date   **February 19, 2016**
_____                   _____
Signature of attorney for debtor                            MM / DD / YYYY

**John C. Smiley**
_____
Printed name

**Lindquist & Vennum LLP - Denver**
_____
Firm name

**600 17th St Ste 1800**
**Denver, CO 80202-5402**
_____
Number, Street, City, State & ZIP Code

Contact phone  _____   Email address   **jsmiley@lindquist.com**
_____

**16210**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Craig Energy, LLC**__

United States Bankruptcy Court for the:  __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $46,229,539.00 |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | $71,076,776.00 |
| **For the fiscal year:**<br>From **1/01/2013** to **12/31/2013** | ■ Operating a business<br>☐ Other **Income is 11/13/2013<br>- 12/31/2013** | $7,505,163.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor **Craig Energy, LLC** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **SEE ATTACHED, STATEMENT OF AFFAIRS 3** | | **$3,859,413.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Danny Jimenez**<br><br>**President and CEO** | **Various Dates** | **$315,358.33** | **$935.30 (Expenses)**<br>**$314,423.03 (Salary)** |
| 4.2. **C and D Rental LLC**<br>**5053 South 4625 East**<br>**Vernal, UT 84078**<br>**Owned 100% by Former Owner** | **Monthly** | **$685,000.00** | **Payments to Landlord** |
| 4.3. **Craig Obermueller**<br>**PO Box 41**<br>**Jensen, UT 84035-0041**<br>**Former Owner** | **Monthly** | **$44,310.36** | **Payments on a Note** |
| 4.4. **Steve Jones**<br><br>**CFO** | **Various Dates** | **$34,375.00** | **Salary** |
| 4.5. **Patricia Jacobs**<br><br>**Former CEO** | **Various Dates** | **$217,331.74** | **$22,068.50 (Expenses)**<br>**$195,263.24 (Salary)** |
| 4.6. **J2 Partners**<br><br>**Ownership on Manager** | **Various Dates** | **$376,298.69** | **Management Fees** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **N/A** | | | **$0.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Craig Energy, LLC**                                      Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **CF Equipment Loans, LLC and GE Capital Commerical, Inc. vs. Craig Energy, LLC**<br>**53-2016-CV-00153** | **Repossession of leased equipment** | **North Dakota District Court, NW Jud Dst** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Bucket Rig 4  – The rig rolled over on the road moving from one location to the next** | | **01/08/2015** | |
| **Surface Rig 8  – The rig tipped over on EOG location and the derrick was heavily damaged** | | **03/15/2015** | |
| **Pickup truck  -  Another truck drove into our truck, in motion** | | **04/16/2015** | |
| **Pickup truck  – Another truck drove into our parked truck** | | **04/19/2015** | |

Debtor   **Craig Energy, LLC**                                      Case number *(if known)*  _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Pickup truck  – One of the pickup trucks hit an elk, the truck was totalled** | | **10/11/2015** | |

---

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lindquist & Vennum LLP - Denver**<br>**600 17th St Ste 1800**<br>**Denver, CO 80202-5402** | | | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

Debtor   **Craig Energy, LLC**   Case number *(if known)*

---

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Merrill Lynch 401k Accounts** | EIN: **Acct #2AX-08C50** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                          Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **INDEPENDENT PIPE & STEEL, INC**<br>**5303 ROSEDALE HWY**<br>**BAKERSFIELD, CA 93308-6014** | **Williston, ND yard** | **Consigned pipe** | **$50,000.00** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.   Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                                   Case number *(if known)*   _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Ashley Cromwell** | **Assistant Controller** **2014 to present** |
| 26a.2. | **Nicole Street** | **AP/AR Specialist** **01/2016 to Present** |
| 26a.3. | **Laurie Lee** | **Accounting Assistant** **03/2015 to 03/2016** |
| 26a.4. | **Mayra Anderson** | **AR Specialist** **03/2015 to 03/2016** |
| 26a.5. | **Rebecca Wilcher** | **Accounting Assistant** **10/2014 to 01/2016** |
| 26a.6. | **Pamela Leckie** | **Senior Accountant** **07/2014 to 04/2015** |
| 26a.7. | **Shawn Hallinan** | **Member of Board of Directors** **11/2013 to 11/2015** |
| 26a.8. | **Angelika Greber** | **Temp Accountant** **09/2015 to 01/2016** |
| 26a.9. | **Patty Jacobs** | **CFO** **2014 to 11/2015** |
| 26a.10. | **Steve Jones** | **CFO** **11/2015 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

Debtor    **Craig Energy, LLC**                                         Case number *(if known)*

---

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Ricardo Padron** | **12/30/2015** | **$555,806.92 cost based method** |
| | Name and address of the person who has possession of inventory records | | |
| | **Craig Energy, LLC** | | |
| 27.2. | **Ricardo Padron** | **01/29/2016** | **$515,546.60 cost based method** |
| | Name and address of the person who has possession of inventory records | | |
| | **Craig Energy, LLC** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                              Case number *(if known)*

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 19, 2016**

**/s/ Danny Jimenez**                                        **Danny Jimenez**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

**CRAIG ENERGY, LLC**
**STATEMENT OF AFFAIRS**
**QUESTION 3**

| Vendor ID | Vendor Name | Vendor Check Name | Payment Functional Amount |
|---|---|---|---|
| V100116 | CAPITAL ONE CREDIT CARD | CAPITAL ONE | $308,258.30 |
| V100293 | INDEPENDENT PIPE & STEEL, INC | INDEPENDENT PIPE & STEEL, INC | $243,758.00 |
| V100533 | REGENCE BLUE CROSS BLUE SHIELD OF UTAH | REGENCE BLUE CROSS BLUE SHIELD OF UTAH | $243,428.11 |
| V100708 | WEX BANK | WEX BANK | $210,556.77 |
| V100361 | LAFARGE NORTH AMERICA | LAFARGE NORTH AMERICA | $199,876.45 |
| V100540 | RIG TRANSPORTATION, LLC | RIG TRANSPORTATION, LLC | $175,373.04 |
| V100047 | ATLAS COPCO CMT USA, LLC | ATLAS COPCO CMT USA, LLC | $160,000.00 |
| V100669 | UTAH STATE TAX COMMISSION | UTAH STATE TAX COMMISSION | $146,033.62 |
| V100291 | IHD SOLIDS MANAGEMENT, LLC | IHD SOLIDS MANAGEMENT, LLC | $121,033.80 |
| V100108 | C&D RENTALS, LLC | C&D RENTALS, LLC | $112,500.00 |
| V100218 | ENTERPRISE FM TR | ENTERPRISE FM TR | $101,286.47 |
| V100079 | BICE RENTALS | BICE RENTALS | $89,950.00 |
| V100692 | WEATHERFORD | WEATHERFORD | $79,514.86 |
| V100652 | TRAVELERS | TRAVELERS | $76,677.28 |
| V100163 | CREEK OILFIELD SERVICES-DIESEL, LLC | CREEK OILFIELD SERVICES-DIESEL, LLC | $66,079.92 |
| V100100 | BRENNTAG PACIFIC, INC | BRENNTAG PACIFIC, INC | $64,543.57 |
| V100496 | PETROLEUM SERVICES, INC | PETROLEUM SERVICES, INC | $62,906.75 |
| V100691 | WATER SCIENCE TECHNOLOGIES, LLC | WATER SCIENCE TECHNOLOGIES, LLC | $61,835.40 |
| V100012 | A&K SERVICES, LLC | A&K SERVICES, LLC | $52,423.25 |
| V101097 | CLEAN HARBORS ENVIRONMENTAL SERVICES INC | CLEAN HARBORS ENVIRONMENTAL SERVICES INC | $51,315.26 |
| V102023 | LINDQUIST & VENNUM, LLP | LINDQUIST & VENNUM, LLP | $50,000.00 |
| V101897 | CALIFORNIA STATE BOARD OF EQUILIZATION | CALIFORNIA STATE BOARD OF EQUILIZATION | $46,468.60 |
| V101118 | KNIFE RIVER CO. NORTH CENTRAL DBA KNIFE RIVER ND DIVISION | KNIFE RIVER CO. | $46,273.30 |
| V101285 | MATRIX DRILLING PRODUCTS CO. | MATRIX DRILLING PRODUCTS CO. | $39,787.08 |
| V100248 | GE CAPITAL | GE CAPITAL | $34,628.22 |
| V100665 | UNITED RENTALS (NORTH AMERICA), INC | UNITED RENTALS (NORTH AMERICA), INC | $33,084.34 |
| C100093 | BELKNAP PUMP COMPANY, INC. | BELKNAP PUMP COMPANY, INC. | $30,000.00 |
| V100094 | BORDER STEEL | BORDER STEEL | $26,845.06 |
| V100505 | PRAIRIE FUELS | PRAIRIE FUELS | $26,781.63 |
| V100457 | NORTH DAKOTA WORKFORCE SAFETY & INSURANCE | NORTH DAKOTA WORKFORCE SAFETY & INSURANCE | $26,643.73 |
| V101369 | UNIVAR USA INC. | UNIVAR USA INC. | $26,081.35 |
| V100616 | STRATA CORPORATION | STRATA CORPORATION | $25,536.34 |
| V100045 | ASSOCIATED REDI-MIX CONCRETE, LLC | LIQUID CAPITAL EXCHANGE, INC. | $25,461.08 |

**CRAIG ENERGY, LLC**
**STATEMENT OF AFFAIRS**
**QUESTION 3**

| Vendor ID | Vendor Name | Vendor Check Name | Payment Functional Amount |
|---|---|---|---|
| V100157 | CONSOLIDATED GLASS HOLDING, INC | CONSOLIDATED GLASS HOLDING, INC | $25,338.00 |
| V100146 | CLARK, FRANK JR | CLARK, FRANK JR | $24,750.00 |
| V100231 | FLEETPRIDE | FLEETPRIDE | $23,968.45 |
| V100596 | SPENCER FLUID POWER | SPENCER FLUID POWER | $23,827.83 |
| V100130 | CG ELECTRICAL SERVICES CO | CG ELECTRICAL SERVICES CO | $22,019.01 |
| V101364 | PEOPLE'S UNITED EQUIPMENT FINANCE CORP | PEOPLE'S UNITED EQUIPMENT FINANCE CORP | $21,080.00 |
| V101531 | BITCO INC | BITCO INC | $20,425.63 |
| V100755 | NORTH DAKOTA TAX COMMISSIONER | NORTH DAKOTA TAX COMMISSIONER | $20,384.37 |
| V101794 | MWD TECHNOLOGIES USA, LLC DBA MESA WEST DIRECTIONAL | MWD TECHNOLOGIES USA, LLC | $20,200.00 |
| V100709 | WHEELER MACHINERY | WHEELER MACHINERY | $19,945.51 |
| V101101 | R360 ENVIRONMENTAL SOLUTIONS HOLDINGS INC DBA R360 WILLISTON BAS | R360 WILLISTON BASIN LLC | $19,901.56 |
| V100205 | EAGLE CREST APARTMENTS, LLC | EAGLE CREST APARTMENTS, LLC | $19,500.00 |
| V100044 | ASK TRANSPORTATION, INC | ASK TRANSPORTATION, INC | $19,184.19 |
| V101799 | UINTAH COUNTY TREASURER | UINTAH COUNTY TREASURER | $18,754.70 |
| V100209 | EC ELECTRIC | EC ELECTRIC | $18,305.62 |
| V101676 | CREEKSTONE TOWNHOMES | CREEKSTONE TOWNHOMES | $18,079.33 |
| V100546 | ROBERT HALF INTERNATIONAL, INC DBA OFFICE TEAM | ROBERT HALF INTERNATIONAL, INC | $17,746.45 |
| V100081 | BIG IRON TIRE SERVICE, LLC | BIG IRON TIRE SERVICE, LLC | $17,247.16 |
| V100517 | QEH2 | QEH2 | $17,204.00 |
| V100160 | CP MACHINE, INC | CP MACHINE, INC | $16,213.00 |
| V100007 | 424-PRAXAIR DISTRIBUTION | 424-PRAXAIR DISTRIBUTION | $16,071.40 |
| V101090 | DARLENE HOSTETTER DBA EARTHWORKS INC | EARTHWORKS INC | $15,900.00 |
| V101892 | FRIDAY, HUBERT L | HUBERT L FRIDAY | $15,289.00 |
| V100046 | AT&T MOBILITY | AT&T MOBILITY | $15,215.06 |
| V100707 | WESTROC TRUCKING, INC | WESTROC TRUCKING, INC | $15,089.00 |
| V101537 | DIGITAL NETWORKS, LLC | DIGITAL NETWORKS, LLC | $14,858.44 |
| V100556 | ROSEASP, INC | ROSEASP, INC | $14,282.00 |
| E100004 | JACOBS, PATRICIA | JACOBS, PATRICIA | $13,651.19 |
| V100411 | MIDWEST HOSE | MIDWEST HOSE | $13,168.50 |
| V100416 | MINING, ROCK EXCAVATION AND CONSTRUCTION | MINING, ROCK EXCAVATION AND CONSTRUCTION | $12,797.06 |
| V101544 | BOMAR AND BOMAR INC. | BOMAR AND BOMAR INC. | $12,560.00 |
| V101961 | RED VALLEY, LLC | RED VALLEY, LLC | $12,500.00 |
| V100188 | DIAMOND K GYPSUM, INC | DIAMOND K GYPSUM, INC | $11,963.52 |

Craig Energy, LLC - Confidential

02/06/2016

**CRAIG ENERGY, LLC**
**STATEMENT OF AFFAIRS**
**QUESTION 3**

| Vendor ID | Vendor Name | Vendor Check Name | Payment Functional Amount |
|---|---|---|---|
| V100435 | MOUNTRAIL-WILLIAMS ELECTRIC COOPERATIVE | MOUNTRAIL-WILLIAMS ELECTRIC COOPERATIVE | $11,713.28 |
| V100319 | JACKSON GROUP PETERBILT | JACKSON GROUP PETERBILT | $11,146.77 |
| V100650 | TRACTOR & EQUIPMENT CO | TRACTOR & EQUIPMENT CO | $11,103.27 |
| V100285 | HOWARD SUPPLY COMPANY | HOWARD SUPPLY COMPANY | $11,049.85 |
| V101800 | HADLOCK, Brianna | BRIANNA HADLOCK | $10,350.00 |
| V101899 | BANK DIRECT CAPITAL FINANCE | BANK DIRECT CAPITAL FINANCE | $9,883.89 |
| V100675 | VAC-U-JET | VAC-U-JET | $9,788.64 |
| V101533 | CURT'S TOOL INSPECTION, INC | CURT'S TOOL INSPECTION, INC | $9,012.30 |
| V101546 | PREMIUM OILFIELD TECHNOLOGIES DBA PREMIUM OILFIELD PRODUCTS | PREMIUM OILFIELD TECHNOLOGIES | $8,897.10 |
| V100685 | WALLWORK TRUCK CENTER | WALLWORK TRUCK CENTER | $8,691.71 |
| V100483 | PALLESEN, SHAWN | PALLESEN, SHAWN | $8,550.00 |
| V101681 | CESSAC WELDING SERVICES INC | CESSAC WELDING SERVICES INC | $8,323.68 |
| V100211 | EKS&H, LLP | EKS&H, LLP | $7,631.91 |
| V101903 | DENVER BRONCOS CONCESSION | THE DENVER BRONCOS | $7,578.00 |
| V101893 | MCCAULEY, HEATHER | HEATHER MCCAULEY | $7,410.00 |
| V100115 | CAPEX OILFIELD SERVICES, INC | CAPEX OILFIELD SERVICES, INC | $7,338.75 |
| V100676 | VENTURE DRILLING SUPPLY, LLC | VENTURE DRILLING SUPPLY, LLC | $6,790.08 |
| V102024 | SEMPERA | SEMPERA | $6,700.00 |
| V100408 | MIDCONTINENT COMMUNICATIONS | MIDCONTINENT COMMUNICATIONS | $6,663.09 |
| V100627 | SURGE HYDRAULICS, INC | SURGE HYDRAULICS, INC | $6,628.31 |
| V101894 | MCCAULEY, BRITNY | BRITNY MCCAULEY | $6,480.00 |
| V100295 | INDUSTRIAL BOLT & SUPPLY INCORPORATED DBA IBS, INC | IBS INC. | $6,408.38 |
| V100226 | FASTENAL COMPANY | FASTENAL COMPANY | $6,381.42 |
| V100180 | DEAN'S BULK SERVICE, INC DBA DEAN'S DISTRIBUTING | DEAN'S DISTRIBUTING | $6,267.96 |
| V100443 | NATIONAL OILWELL VARCO, LP | NATIONAL OILWELL VARCO, LP | $6,264.00 |
| | | | |
| Total Payments to Vendors over $6225 per vendor | | | $3,859,413.95 |
| | | | |

**Fill in this information to identify the case:**

Debtor name    **Craig Energy, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $                    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $        26,223,319.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $        26,223,319.98

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $        38,471,000.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................................    $                    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............................................    +$        6,958,952.43

4.  Total liabilities ............................................................................................................
   Lines 2 + 3a + 3b                                                                                           $        45,429,952.43

**Fill in this information to identify the case:**

Debtor name **Craig Energy, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                      **Current value of debtor's interest**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

   11a. 90 days old or less:        **789,000.00**    -    **-364,000.00**   = ....    **$1,153,000.00**
                                    face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.              **$1,153,000.00**

### Part 4:    Investments

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **Craig Energy, LLC**                                          Case number *(if known)* _____
        Name

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory** | | $515,000.00 | | $515,000.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    | $515,000.00 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **OFFICE FURNITURE - SEE ATTACHED SCHEDULE B.39** | $123,868.98 | | $123,868.98 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor __**Craig Energy, LLC**__      Case number *(If known)* _____
      Name

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | $123,868.98 |
| | Add lines 39 through 42. Copy the total to line 86. | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

     ☐ No. Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating<br>homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**EQUIPMENT - SEE ATTACHED SCHEDULE<br>B.50** | $24,431,451.00 | | $24,431,451.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | $24,431,451.00 |
| | Add lines 47 through 50. Copy the total to line 87. | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**    **Real property**

54. Does the debtor own or lease any real property?

     ■ No. Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

     ■ No. Go to Part 11.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                     Case number *(If known)* _____
         Name

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Craig Energy, LLC**
Name                          Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,153,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $515,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $123,868.98 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,431,451.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,223,319.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,223,319.98 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**CRAIG ENERGY, LLC**
**SCHEDULE B.39, Page 1 OF 2**

## Asset List

| Asset Item # | CapOne ID # | Inv d t | ST | SL | Property Description | Serial Number | Class ID | Count Group | Book Method | Book Period | Date In Service | Purchased Cost | Total Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: 235 FURNITURE & FIXTURES** |||||||||||||||
| 48 | | | | | OFFICE SAFE | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 316.42 | 137.91 | 178.51 |
| 262 | | | | | OFFICE EQUIPMENT (NE OFFICE) | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 2,383.47 | 1,038.82 | 1,344.65 |
| 263 | | | | | OFFICE EQUIPMENT (NE OFFICE) | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 4,595.59 | 2,002.96 | 2,592.63 |
| 264 | | | | | OFFICE EQUIPMENT (NE OFFICE) | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 2,604.25 | 1,135.05 | 1,469.20 |
| 268 | | | | | OFFICE EQUIPMENT (NE OFFICE) | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 483.02 | 210.52 | 272.50 |
| 280 | | | | | TV IN OFFICE | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 1,506.55 | 656.62 | 849.93 |
| 281 | | | | | TV IN OFFICE | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 1,589.99 | 692.99 | 897.00 |
| 283 | | | | | TV IN OFFICE | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 1,423.84 | 620.57 | 803.27 |
| 284 | | | | | OFFICE FURNITURE | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 961.95 | 419.26 | 542.69 |
| 411 | | | | | OFFICE EQUIPMENT (JOE'S) | | OFFFURN/ | OFFFURN/ | S/L | 10.0 | 11/27/13 | 2,059.84 | 448.89 | 1,610.96 |
| 472 | | | | | COUCH FOR MAN CAMP-N/D | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 931.99 | 406.20 | 525.79 |
| 473 | | | | | OFFICE FURNITURE | | OFFFURN/ | OFFFURN/ | S/L | 10.0 | 11/27/13 | 3,578.04 | 779.73 | 2,798.30 |
| 485 | | | | | 2 CABINETS | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 625.70 | 272.71 | 352.99 |
| 497 | | | | | OFFICE FURNITURE N/D | | OFFFURN/ | OFFFURN/ | S/L | 10.0 | 11/27/13 | 3,264.34 | 711.37 | 2,552.97 |
| 575 | | | | | FURNITURE-N/D | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 1,687.69 | 735.57 | 952.12 |
| 576 | | | | | FURNITURE-N/D | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 1,682.77 | 733.42 | 949.34 |
| 577 | | | | | FURNITURE | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 25,583.75 | 11,150.54 | 14,433.21 |
| 578 | | | | | FURNITURE-N/D | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 5,826.75 | 2,539.56 | 3,287.19 |
| 579 | | | | | FURNITURE-N/D | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 3,512.47 | 1,530.89 | 1,981.58 |
| 580 | | | | | FURNITURE | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 15,099.17 | 6,580.89 | 8,518.28 |
| 639 | | | | | FRIDGE IN OFFICE | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 1,563.23 | 681.33 | 881.91 |
| 647 | | | | | CONFERENCE ROOM CHAIRS | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 5,556.70 | 2,421.86 | 3,134.84 |
| 648 | | | | | WASHERS (2), DRYERS (2), RANGES (2), DI | C30870077/C30770636/ | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/27/13 | 9,691.85 | 4,224.14 | 5,467.71 |
| 789 | | ND | GENE | | ND- MATTRESSES/ BEDS | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 8/28/14 | 5,082.50 | 1,440.04 | 3,642.46 |
| 790 | | ND | GENE | | ND- MATTRESSES/ BEDS | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 10/1/14 | 4,815.00 | 1,203.75 | 3,611.25 |
| 813 | | CO | GENE | | CO- Cherry 4 drawer lateral filing cabinets (2)/ Side Chairs | | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 9/17/14 | 2,757.22 | 1,838.15 | 919.07 |
| 816 | | MT | GENE | | MT- Office furniture for Billings office | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 9/22/14 | 7,061.31 | 1,883.02 | 5,178.29 |
| 896 | | ND | GENE | | ND-JMAGU-8161-couch for rig hands, Rental | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 10/1/14 | 918.05 | 229.51 | 688.54 |
| 897 | | ND | GENE | | ND-PJESS-8179-company housing expense | | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 10/1/14 | 8,453.00 | 5,283.13 | 3,169.88 |
| 898 | | ND | GENE | | ND-PJESS-8179-housing expense | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 10/1/14 | 2,628.98 | 657.25 | 1,971.74 |
| 918 | | ND | GENE | | ND-AMCCA-8195-DESK | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/1/14 | 5,349.96 | 1,248.32 | 4,101.64 |
| 919 | | ND | GENE | | ND-AMCCA-8195-DESK | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/1/14 | 500.00 | 116.67 | 383.33 |
| 920 | | UT | GENE | | UT-LLEE-8286-DESK W/DRAWERS FOR NEW PRINTER | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/1/14 | 404.00 | 94.27 | 309.73 |
| 921 | | ND | GENE | | ND-JMAGU-8161-Bed for Apts | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/1/14 | 6,147.15 | 1,434.34 | 4,712.82 |
| 922 | | ND | GENE | | ND-JMAGU-8161-Bed for Apts | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/1/14 | 6,975.33 | 1,627.58 | 5,347.75 |
| 923 | | ND | GENE | | ND-JMAGU-8161-Bed for Apts | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/1/14 | 5,912.82 | 1,379.66 | 4,533.16 |
| 924 | | CO | GENE | | CO-OTHE-L-SHAPE DESK (66"X72") | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 11/3/14 | 649.24 | 151.49 | 497.75 |
| 985 | | ND | GENE | | ND-AMCCA-8195-DESK | | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 12/1/14 | 241.54 | 130.83 | 110.71 |
| 988 | | CO | GENE | | CO- OTHE- OFFICE CUBICLES | | OFFFURN/ | OFFFURN/ | S/L | 5.0 | 12/1/14 | 16,959.54 | 3,674.57 | 13,284.97 |
| 1018 | | ND | GENE | | ND-JHERR-3189-DESK (INSTEAD OF DINNING TABLE) | | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 1/1/15 | 320.99 | 160.50 | 160.50 |
| 1019 | | ND | GENE | | ND-JHERR-3189-MATTRESS AND COUCH | | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 1/1/15 | 844.12 | 422.06 | 422.06 |
| 1020 | | ND | GENE | | ND-JMAGU-8161-TV - SAFETY | | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 1/1/15 | 387.33 | 193.67 | 193.67 |
| 1066 | | ND | GENE | | ND- (3) Beds/ Love Seat/ Glider/ Console/ (2) Dining Tables- 2919 26th St W, #201 | | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 3/1/15 | 3,787.75 | 1,578.23 | 2,209.52 |
| 1089 | | ND | GENE | | ND- KING BED/ MATTRESS/ END TABLE/ NIGHTSTANDS | BRET WILLIAMS | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 4/1/15 | 2,831.26 | 1,061.72 | 1,769.54 |
| 1090 | | ND | GENE | | ND- QUEEN BEDS/ MATTRESSES/ CONSOLE/ LOVESEA | DANNY GRIMALDO | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 4/15/15 | 3,230.27 | 1,211.35 | 2,018.92 |
| 1099 | | ND | GENE | | ND- Soka Mattress & Furniture | JASON HARE | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 6/3/15 | 4,298.40 | 1,253.70 | 3,044.70 |
| 1104 | | ND | GENE | | ND- Furniture for new apartments | AUSTIN MCCAULEY | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 7/28/15 | 287.53 | 71.88 | 215.65 |
| 1105 | | ND | GENE | | ND- Furniture for new apartments | AUSTIN MCCAULEY | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 7/28/15 | 1,943.89 | 485.97 | 1,457.92 |
| 1106 | | ND | GENE | | ND- Furniture for new apartments | WES HAWS | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 7/28/15 | 3,525.12 | 881.28 | 2,643.84 |
| x 1121 | | ND | GENE | | BEDS FOR CEMENTER HOUSE | AUSTIN MCCAULEY | OFFFURN/ | OFFFURN/ | S/L | 2.0 | 8/31/15 | 1,101.54 | 229.49 | 872.05 |
| **Subtotal- Group: 235 FURNITURE & FIXTURES** | | | | | | | **235 FURNITURE & FIXTURES** | | | | | **193,943.21** | **70,074.23** | **123,868.98** |

**CRAIG ENERGY, LLC**
**EQUIPMENT, SCHEDULE B.50**

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 154 | 1 | Drill Rigs | Williston, ND | Atlas Copco Model RD20 III XC Drill Rig, S/N US021431, Asset #Rig 8, (2014); 7,720 Miles Reported; Mounted on Crane Carrier Company 10x6x4 Chassis, 12.5L L6 Diesel Engine, Eaton Fuller 8-Speed Transmission, VIN 1CYDGP684D1050972, 750 hp Caterpillar Deck Engine, 5,500' Depth Range, 120,000-lbf Pulldown Load, 30,000-lbf Pullback Load, 8,000-lbf Torque, 350 psi; with 1,250-cfm Onboard Compressor; 1,500-psi Mud and Air Piping; Hydraulic Leveling Jacks; and Steel Rig Job Box, with Associated Rig Tools | $900,000 |
| 151 | 1 | Drill Rigs | Williston, ND | Atlas Copco Model RD20 III XC Drill Rig, S/N US021416, Asset #Rig 7, (2012); 12,621 Miles Reported; Mounted on Crane Carrier Company 10x6x4 Chassis, 10.8L L6 Diesel Engine, VIN 1CYDGM581CT050460, 750 hp Caterpillar Deck Engine, 5,500' Depth Range, 120,000-lbf Pulldown Load, 30,000-lbf Pullback Load, 8,000-lbf Torque, 350 psi; with 1,250-cfm Onboard Compressor; 1,500-psi Mud and Air Piping; Hydraulic Leveling Jacks; and Steel Rig Job Box, with Associated Rig Tools | $625,000 |
| 152 | 1 | Drill Rigs | Williston, ND | Atlas Copco Model RD20 III XC Drill Rig, S/N US021398, Asset #Rig 6, (2011); 135,860 Miles Indicated; 562 Engine Hours Indicated; Mounted on Crane Carrier Company 10x6x4 Chassis, 12.5L L6 Diesel Engine, VIN 1CYDGM584BT049950, 755 hp Cummins QSK Deck Engine, 5,500' Depth Range, 120,000-lbf Pulldown Load, 30,000-lbf Pullback Load, 8,000-lbf Torque, 350 psi; with 1,250-cfm Onboard Compressor; 1,500-psi Mud and Air Piping; Hydraulic Leveling Jacks; and Steel Rig Job Box, with Associated Rig Tools | $625,000 |
| 146 | 1 | Drill Rigs | Williston, ND | Atlas Copco Model RD20 III Drill Rig, S/N US021304, Asset #Rig 5, (2008); 27,772 Miles Reported; Mounted on Crane Carrier Company 10x6x4 Chassis, 12.5L L6 Diesel Engine, VIN 1CYDGV5878T048290, 750 hp Caterpillar Deck Engine, 5,500' Depth Range, 120,000-lbf Pulldown Load, 30,000-lbf Pullback Load, 8,000-lbf Torque, 350 psi; with 1,250-cfm Onboard Compressor; 1,500-psi Mud and Air Piping; Hydraulic Leveling Jacks; and Steel Rig Job Box, with Associated Rig Tools | $400,000 |
| 1 | 1 | Drill Rigs | Vernal, UT | Atlas Copco Model RD20 III Drill Rig, S/N 21104, Asset #Rig 4, (2007); Mounted on Crane Carrier Company 10x6x4 Chassis, 12.5L L6 Diesel Engine, VIN 1CYDGV5837T047846, 750 hp Caterpillar Deck Engine, 5,500' Depth Range, 120,000-lbf Pulldown Load, 30,000-lbf Pullback Load, 8,000-lbf Torque, 350 psi; with 1,250-cfm Onboard Compressor; 1,500-psi Mud and Air Piping; Hydraulic Leveling Jacks; and Steel Rig Iob Box, with Associated Rig Tools | $350,000 |
| 148 | 1 | Drill Rigs | Williston, ND | Atlas Copco Model RD20 III Drill Rig, S/N 21061, Asset #Rig 3, (2007); 4,195 Miles Indicated, 1,162 Engine Hours Indicated; Mounted on Crane Carrier Company 10x6x4 Chassis, 12.5L L6 Diesel Engine, VIN 1CYDGV5857T047508, 8-Speed Transmission, 750 hp Caterpillar Deck Engine, 5,500' Depth Range, 120,000-lbf Pulldown Load, 30,000-lbf Pullback Load, 8,000-lbf Torque, 350 psi; with 1,250-cfm Onboard Compressor; 1,500-psi Mud and Air Piping; Hydraulic Leveling Jacks; and Steel Rig Job Box, with Associated Rig Tools | $350,000 |
| 149 | 1 | Drill Rigs | Williston, ND | SoilMec Model STM-20 Truck Mounted Drill Rig, S/N 3478, Asset #BR-4, (2012); Mounted on 2008 Kenworth T800 Tandem Axle Conventional Tractor, VIN 1NKDXBTX18J228952, with (2) Pusher Axles, Hydraulic Outriggers, 10-Speed Transmission | $350,000 |
| 145 | 1 | Drill Rigs | Williston, ND | Atlas Copco Model RD20 III Drill Rig, S/N 6989, Asset #Rig 2, (2006); 21,475 Miles Reported; Mounted on Crane Carrier Company 10x6x4 Chassis, 12.5L L6 Diesel Engine, VIN 1CYDGV5876T047038, 750 hp Caterpillar Deck Engine, 5,500' Depth Range, 120,000-lbf Pulldown Load, 30,000-lbf Pullback Load, 8,000-lbf Torque, 350 psi; with 1,250-cfm Onboard Compressor; 1,500-psi Mud and Air Piping; Hydraulic Leveling Jacks; and Steel Rig Job Box, with Associated Rig Tools | $335,000 |
| 150 | 1 | Drill Rigs | Williston, ND | SoilMec Model SR-20H Track Mounted Drill Rig, S/N 4257, (2014); 4 x 10.5m Kelly Bar, EROPS | $335,000 |
| 153 | 1 | Drill Rigs | Williston, ND | SoilMec Model SR-20H Track Mounted Drill Rig, S/N 4256, (2014); 4 x 9m Kelly Bar, EROPS | $335,000 |
| 147 | 1 | Drill Rigs | Williston, ND | SoilMec Model STM-20 Truck Mounted Drill Rig, S/N 3416, Asset #BR-3, (2011); 56,929 Miles Reported; Mounted on Peterbilt 379 Tandem Axle Conventional Tractor, VIN 1NPSLUOX3BD126412, (2011), with Pusher Axle | $325,000 |

CRAIG ENERGY, LLC

EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 12 | | Drilling Equipment | Vernal, UT | Lot of Drilling Pipe and Equipment, To Include: (144) 3-1/2" Double White Band Joints; (207) Star Iron Model RD-20 Joints; (4) 8" Drill Collars; (32) 6-1/2" Drill Collars; (1) Atlas Copco Model QL120 Rock Hammer, with 12-1/4" Bit; (1) Atlas Copco Model QL120 Rock Hammer, with 17-1/2" Bit; (5) 12-1/4"-17-1/2" Used Bits; (3) 12-1/4" Hammer Bits; (2) Washdown Subs; (1) Cushion Sub; (14) Custom Built Pipe Rack Sets; (1) Soilmec 24" Auger; (3) Soilmec 20" Augers; (1) Soilmec 36" Muck Bucket; (1) Soilmec 18" Muck Bucket; (1) Soilmec 19" Core Barrel; (1) 24" Soilmec Muck Bucket; (1) Soilmec 26" Auger; 20" x 800' Drill Pipe; 16" x 400' Drill Pipe; 14" x 720' Drill Pipe; 12" x 324' Drill Pipe; (26) 16" x 30' Culverts; (12) 16" x 20' Culverts; (11) Rolls of Felt Liner; (23) 4" x 6" Collar Rings; (2) Pit Liners; (158) Pieces of Junk Drill Pipe; (150) 2-3/8" Tubing; 3-1/2" x 4,290' Inspected Drill Pipe; 20' x 6' Culvert for Collar Rings; (20) 6-1/2" Drill Collars; (20) X-Over Subs; (180) 4-1/2 OD 2-7/8 IF Box X Pin 30' Joints of RD20 Drill Pipe; (3) Used 8" Drill Collars; (12) Used 6-1/4" Drill Collars; etc.; **(Quantities Supplied By Company)** | $275,000 |
| 22 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D9T Crawler Dozer, S/N RJS01117, Asset #D0-14, (2008); 8,034 Hours Indicated; EROPS, Cat C18 ACERT 405 hp Diesel Engine, 89" Track Gauge, 24"W Track Shoe; with GPS Unit and Ripper | $250,000 |
| 38 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 627G 22-Cu. Yd. Dual Engine Motor Scraper, S/N CEX00532, Asset #SC-4, (2005); 5,572 Hours Reported; Cat C15 365 hp Diesel Drive Engine, Cat C9 266 hp Diesel Scraper Engine, EROPS; with GPS Unit | $245,000 |
| 196 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 627G 22-Cu. Yd. Dual Engine Motor Scraper, S/N CT000710, Asset #SC-3, (2005); Cat C15 365 hp Diesel Drive Engine, Cat C9 266 hp Diesel Scraper Engine, EROPS; with GPS Unit | $245,000 |
| 2 | 1 | Drill Rigs | Vernal, UT | SoilMec Model SR-30 Track Mounted Drill Rig, S/N 2976, Asset #BR-2, (2007); with 145' Kelly Bar | $225,000 |
| 21 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D9T Crawler Dozer, S/N 11.1S00703, Asset #D0-16, (2006); 9,429 Hours Indicated; EROPS, Cat C18 ACERT 405 hp Diesel Engine, 89" Track Gauge, 24"W Track Shoe; with Ripper Attachment | $210,000 |
| 18 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D8T Crawler Dozer, S/N KPZ01590, Asset #DO-11, (2007); 12,485 Hours Indicated; EROPS, Cat C15 hp Diesel Engine, 82" Track Gauge, 22" W Track Shoe; with GPS Unit; and Ripper Attachment | $190,000 |
| 19 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D8T Crawler Dozer, S/N KPZ01750, Asset #DO-12, (2007); 11,819 Hours Indicated; EROPS, Cat C15 hp Diesel Engine, 82" Track Gauge, 22" W Track Shoe; with GPS Unit; and Ripper Attachment | $190,000 |
| 20 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D8T Crawler Dozer, S/N KPZ02174, Asset #DO-13, (2007); 9,091 Hours Indicated; EROPS, Cat C15 310 hp Diesel Engine, 82" Track Gauge, 22"W Track Shoe; with GPS Unit and Ripper | $190,000 |
| 13 | | Drilling Equipment | Vernal, UT | Lot of Reversible Drilling Pipe and Equipment, To Include: (100) 7x4" x 20' Dual Tube Reverse Drill Pipes; (2) 4" Side Discharge Swivel Assemblies; (2) 7" Side Discharge Swivels; (6) 7" x 4" Drill Collars; (2) 7" x 4" Transition Rods; (2) Drill Collar Lifting Bails; (2) Pin Lift Nubbins with Fork; (2) Retaining Pin and Handles; (2) 7" x 4" Blow Down Subs; (2) 7" x 4" Blow Up Subs; (2) 7" x 4" Aerator Subs with Inner Tub; (2) 8-1/4" Adaptor Subs; (2) Annular Blocking Inner Tubes; (2) 7" x 4" Wear Pads with Hard Surface Side Discharge Spindle; etc.; **(Quantities Supplied By Company)** | $185,000 |
| 47 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 14M Motor Grader, S/N B9300750, Asset #GR-6, (2008); 9,084 Hours Indicated; 14' Moldboard, Cat C11 259 hp Diesel Engine, EROPS, 4 x 4; with GPS Unit | $185,000 |
| 131 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 367 Tandem Axle Hydro Excavator Truck, VIN 1NPTLUOX1BD117292, Asset #VT2, (2011); 213,284 Miles Reported; Caterpillar C13 Diesel Engine; with 14-Yard Vactor Hydro Excavator; and 20-gpm Steam Cleaner | $185,000 |
| 3 | 1 | Drill Rigs | Vernal, UT | SoilMec Model R-210 Track Mounted Drill Rig, S/N 2527, Asset #BR-1, (2006); 3,500 Hours Indicated; EROPS, 105' Kelly Bar | $180,000 |
| 16 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D8T Crawler Dozer, S/N 38600698, Asset #DO-09, (2006); 9,585 Hours Indicated, EROPS, Cat C15 310 hp Diesel Engine, 82" Track Gauge, 22" Track Shoe; with Ripper Attachment | $180,000 |
| 28 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 336E Excavator, S/N HBZY01045, Asset #EX-4, (2011); 2,302 Hours Reported; 2.98-Cu. Yd. Bucket, Cat C9.3 291 hp Diesel Engine, 10'6" Stick | $175,000 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 34 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 14M Motor Grader, S/N B9J00172, Asset #GR-5, (2007); 9,853 Hours Indicated; 14' Moldboard, Cat C11 259 hp Diesel Engine, EROPS, 4 x 4; with GPS Unit | $165,000 |
| 17 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D8T Crawler Dozer, S/N KPZ00709, (2005); 13,915 Hours Indicated; EROPS, Cat C15 310 hp Diesel Engine, 82" Track Gauge, 22"W Track Shoe; with GPS Unit; and Ripper Attachment | $160,000 |
| 33 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 14H Motor Grader, S/N ASE01931, Asset #GR-4, (2006); 13,668 Hours Indicated; 14' Moldboard, Cat 3176 220 hp Diesel Engine, EROPS, 4 x 4 | $160,000 |
| 35 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 160M Motor Grader, S/N D9T00109, Asset #GR-7, (2009); 5,621 Hours Reported; 14' Moldboard, Cat C9 213 hp Diesel Engine, EROPS, 4 x 4; with GPS Unit | $135,000 |
| 344 | 1 | Rolling Stock | Williston, ND | Kenworth Model T800 Tri-Axle Winch Tractor, VIN 1XKDP4TX8ER969355, Asset #TK 21, (2014); 85,071 Miles Indicated; Cummins Model 550 Diesel Engine, 18-Speeo Transmission, PTO, Sliding 5th Wheel; with Tulsa Winch; Headache Rack; and Sleeper | $135,000 |
| 349 | 1 | Rolling Stock | Williston, ND | Kenworth Model T800 Tri-Axle Winch Tractor, VIN 1XKDP4TX6ER969354, Asset #TK20, (2014); 83,008 Miles Indicated, 3,851 Engine Hours Indicated, Cummins Model 2013 550 Diesel Engine, 18-Speed Transmission, PTO, Headache Rack, Sliding 5th Wheel; with Tulsa Winch; and Sleeper | $135,000 |
| 14 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D8RII Crawler Dozer, S/N 6YZ001598, Asset #DO-06, (2004); 11,853 Hours Indicated; EROPS, 82" Track Gauge, 22"W Track Shoe, Cat 3406E 307 hp Diesel Engine; with Ripper Attachment | $125,000 |
| 15 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model D8RII Crawler Dozer, S/N 6YZ01777, Asset #DO-07, (2004); 12,197 Hours Reported, EROPS, 82" Track Gauge, 22"W Track Shoe, Cat 3406E 307 hp Diesel Engine | $125,000 |
| 195 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 14H Motor Grader, S/N 7W301531, Asset #GR-3, (2000); EROPS, 14' Moldboard, Cat 3176 220 hp Diesel Engine, 4 x 4; with Ripper Attachment | $120,000 |
| 46 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 725 6 x 6 Articulated Off Highway Dump Truck, S/N AFX01334, Asset #RT-1, (2008); 26 Metric Ton Capacity, Cat C11 ACERT 301 hp Diesel Engine | $115,000 |
| 194 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 950H Wheel Loader, S/N 35_101612, (2011), 216 hp; 115"W General Purpose Bucket, Cat C7 Diesel Engine, EROPS | $110,000 |
| 9 | 1 | Pumps | Vernal, UT | Gardner Denver Model PZ8 8" Triplex Mud Pump, S/N 23521, (2014) | $100,000 |
| 155 | 1 | Pumps | Williston, ND | Estimated 12' x 50' x 8' Skid Mounted Pump House, Asset #551; with Gardner Denver Model PZ8 Triplex Mud Pump; Caterpillar Model D379 500 hp Diesel Engine; and Ingersoll-Rand Model 2475 Air Compressor, S/N 1215414, with Vertical Air Tank | $100,000 |
| 156 | 1 | Pumps | Williston, ND | Estimated 10' x 40' x 8' Skid Mounted Pump House, Asset #Pump 1; with Gardner Denver Model PZ8 Triplex Mud Pump, S/N 2030PA454; Caterpillar Model 3406 500 hp Diesel Engine, S/N 3ER09864; and Steel Fuel Box Tank | $100,000 |
| 161 | 1 | Pumps | Williston, ND | Estimated 12' x 40' x 8' Skid Mounted Pump House, Asset #Pump 5; with Gardner Denver Model PZ8 Triplex Mud Pump, S/N Q020848, (2012); Caterpillar Model 3406 500 hp Diesel Engine; and Box Fuel Tank | $100,000 |
| 162 | 1 | Pumps | Williston, ND | Estimated 12' x 40' x 8' Skid Mounted Pump House, Asset #Pump 6; with Gardner Denver Model PZ8 Triplex Mud Pump, S/N Q021231, (2012); Caterpillar Model 3406 500 hp Diesel Engine; and Box Fuel Tank | $100,000 |
| 163 | 1 | Pumps | Williston, ND | Estimated 12' x 40' x 8' Skid Mounted Pump House, Asset #Pump 4; with Gardner Denver Model PZ8 Triplex Mud Pump, S/N 0019625, (2011); Caterpillar Model C15 500 hp Diesel Engine, S/N MCW00862; and Box Fuel Tank | $100,000 |
| 164 | 1 | Pumps | Williston, ND | Gardner Denver Model PZ8 8" Triplex Mud Pump, S/N 21431, (2014); with Skid House | $100,000 |
| 165 | 1 | Pumps | Williston, ND | Gardner Denver Model PZ8 8" Triplex Mud Pump, (2014); with Skid House | $100,000 |
| 166 | 1 | Pumps | Williston, ND | Continental Emsco Model F-800 Triplex Mud Pump, S/N 192; Skid Mounted; with Caterpillar Model D-3508 Diesel Engine, S/N 69Z00263, Air Flex Clutch, Mud Cross, Pulsation Dampener; and Centrifugal Pump | $100,000 |

**CRAIG ENERGY, LLC**
**EQUIPMENT, SCHEDULE B.50**

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|--------|----------|----------|----------|-------------|-----|
| 167 | 1 | Pumps | Williston, ND | Gardner Denver Model PZ9 Triplex Mud Pump, S/N 752133; Skid Mounted; with Caterpillar Model D398 Diesel Engine, S/N 75B-762, WPT Model 321 Air Clutch, Mission Charge Pump, Mud Cross; and Pulsation Dampener | $100,000 |
| 169 | | Drilling Equipment | Williston, ND | Lot of Drilling Pipe and Equipment, To Include: (1) 8" Collar (Reported As Bad); (4) 6" Collars (Reported As Bad); (30) Drill Pipe Joints (Reported As Bad); (11) 8' Collars; (24) 6" Collars; (304) Drill Pipe Joints; (3) Custom Built Pipe Rack Sets; (4) Soilmec 26" Augers; (3) Soilmec 26" Core Barrels; (3) Soilmec 26" Muck Buckets; (2) Soilmec 6" Augers; (1) Soilmec 18" Auger; (1) Soilmec 14" Auger; Five Star Survey Tool, S/N 1665; 16" x 5,250' Drill Pipe; 20" x 320' Drill Pipe; (6) 6" x 6" Collar Rings; (4) 8" x 8" Collar Rings; (10) 8" x 6" Collar Rings; etc.; **(Quantities Supplied By Company)** | $100,000 |
| 301 | 1 | Rolling Stock | Williston, ND | Kenworth Model C500 Tandem Axle Bed Truck, VIN 1XKCDB0X07R989986, Asset #TK1, (2007); 14.6L L6 Diesel Engine; with Tulsa Winch | $100,000 |
| 303 | 1 | Rolling Stock | Williston, ND | Kenworth Model C500B Tandem Axle Bed Truck, VIN 1XKCDB0X77R996417, Asset #TK2, (2007); 285,016 Kilometers Indicated; Cat C-15 14.6L L6 Diesel Engine, RTLO18918B Transmission, Headache Rack, Tail Roll, Sliding 5th Wheel; with Tulsa Winch | $100,000 |
| 375 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 Conventional Tractor, VIN 1XKWP4EX7F429639, Asset #TK42, (2015); 128,339 Miles Reported; Paccar MX 455 hp Diesel Engine, Eaton FRO-13210C Transmission | $85,000 |
| 376 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 Conventional Tractor, VIN 1XKWP4EX5F3429838, Asset #TK41, (2015); 107,593 Miles Reported; Paccar MX 455 hp Diesel Engine, Eaton FRO-13210C Transmission | $85,000 |
| 275 | | Throughout | Williston, ND | Maintenance and Support Equipment, including Shark Pressure Washer; 5-Ton Bridge Crane; Ice Maker; (2) Air Compressors; Pallet Racking; Domestic Washer and Dryers; Hand Tools; Work Tables; Water Purification System; CUDA Parts Washer; Chop Saw; Parts Bins; Hand Tools; Cutting Torches; Welders; Robinair Recovery Recycling Unit; 150-Ton Shop Press; Battery Chargers; Portable Heaters; Pumps; Gardner Denver Model PZ8 Module; (12) Storage Containers; etc. | $80,000 |
| 27 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 330D Excavator, S/N MWP01705, Asset #EX-3, (2007); 8,789 Hours Indicated; 1.56-Cu. Yd. Bucket, Cat C9 266 hp Diesel Engine, 12'6" Stick | $75,000 |
| 36 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 613CII 11-Cu. Yd. Single Engine Paddle Wheel Motor Scraper, S/N 8002007, Asset #SC-1, (2007); 4,631 Hours Reported; Cat 3116 175 hp Diesel Engine, EROPS | $75,000 |
| 88 | 1 | Rolling Stock | Vernal, UT | Trail-Eze Model TE100-FG-050 50-Ton Tri-Axle Scissorneck Extendable Lowboy Trailer, VIN 1DAFFC03SDP020941, Asset #LB-5, (2013); Stretch Trailer; with Center Rolls; Tail Roll; and Liftable Axle | $75,000 |
| 288 | 2 | Throughout | Williston, ND | Therm Dynamics Model TD1285 1.2MM-Btu Portable Heaters, VIN  1T9JBHE18ET499368, Asset #NDH9; and S/N 1T9JBHE16ET499367, Asset #NDH8, (2014); Mounted on Single-Axle Trailer Frame | $75,000 |
| 26 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 330D Excavator, S/N MWP00886, Asset #EX-2, (2006); 8,049 Hours Indicated; 1.56-Cu. Yd. Bucket, Cat C9 266 hp Diesel Engine, 12'6" Stick | $70,000 |
| 121 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 80-BBL Tandem Axle Tank Truck, VIN 1NPWLUOX6AD101844, Asset #WT9, (2010); 262,938 Miles Reported; Caterpillar C12 Diesel Engine, Eaton FR-13210 Transmission; with Vacuum Pump | $65,000 |
| 122 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 80-BBL Tandem Axle Tank Truck, VIN 1NPWLUOX8AD101845, Asset #WT10, (2010); 258,885 Miles Indicated, 19,185 Hours Indicated, Caterpillar C12 Diesel Engine, Eaton FR-13210 Transmission, PTO; with Vacuum Pump | $65,000 |
| 335 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 365 Tri-Axle Winch Tractor, VIN 1NPSLUOX5BD126413, Asset #TK28, (2011); 164,532 Miles Indicated, 8,738 Engine Hours Indicated, Caterpillar C13 Diesel Engine, Eaton FR-13210 Transmission, Headache Rack, Sliding 5th Wheel; with Tulsa Winch; and Pusher Axle | $65,000 |
| 387 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 335 Single-Axle Mechanics Truck, VIN 2NPLHD7X77M738464, Asset #TK5, (2007); 165,342 Miles Indicated, Cat C7 7.2L L6 Diesel Engine; with Air Compressor; Miller Welder; Utility Boxes; and 10,000-Lb. Truck Crane | $65,000 |
| 24 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 320CL Excavator, S/N PAB06936, Asset #RD-2, (2006); 2,264 Hours Indicated; Cat 3066T 138 hp Diesel Engine, 1.25-Cu. Yd. Bucket, 9'6" Stick; with John Henry Model SP20 Rock Drill, S/N JH557 | $60,000 |

**CRAIG ENERGY, LLC**
**EQUIPMENT, SCHEDULE B.50**

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 123 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 80-BBL Tandem Axle Tank Truck, VIN 1NFWLU0X99D791939, Asset #WT8, (2009); 274,900 Miles Indicated, Caterpillar C12 Diesel Engine, Eaton FR-13210 Transmission, PTO; with Vacuum Pump; and Polar 80-BBL Tank, S/N 81-35243 | $60,000 |
| 124 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 80-BBL Tandem Axle Tank Truck, VIN 1NPWLU0X59D791940, Asset #WT5, (2009); 271,489 Miles Reported, Caterpillar C12 Diesel Engine, Eaton FR-13210 Transmission, with Vacuum Pump | $60,000 |
| 125 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 80-BBL Tandem Axle Tank Truck, VIN 1NFWLU0X79D791941, Asset #WT7, (2009); 80,291 Miles Indicated, Caterpillar C12 Diesel Engine, Eaton FR-13210 Transmission, PTO; with NVE Vacuum Pump; and Polar 80-BBL Tank, S/N 81-35244 | $60,000 |
| 126 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 80-BBL Tandem Axle Tank Truck, VIN 1NPWLU0X99D791942, Asset #WT6, (2009); 264,948 Miles Reported; Caterpillar C12 Diesel Engine, Eaton FR-13210 Transmission; with Vacuum Pump | $60,000 |
| 201 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 924H Wheel Loader, S/N HXC03015, Asset #NDL03, (2012); 2.4-Cu. Yd. 100" Bucket, Cat C6.6 128 hp Diesel Engine, EROPS | $60,000 |
| 208 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 924H Wheel Loader, S/N CAT0924HPHXCO2939, Asset #NDL02, (2012); 2.4-Cu. Yd. 100" Bucket, Cat C6.6 128 hp Diesel Engine, EROPS | $60,000 |
| 210 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 924H Wheel Loader, S/N HXC03023, Asset #L0-2, (2012); 2.4-Cu. Yd. 100" Bucket, Cat C6.6 128 hp Diesel Engine, EROPS | $60,000 |
| 294 | 1 | Rolling Stock | Williston, ND | Manac Model 14453A040 Estimated 53' Quad-Axle Extendable Drop Deck Trailer, VIN 2M5141613E1136292, Asset #ND TR 25, (2013); with Tail Roll | $60,000 |
| 342 | 1 | Rolling Stock | Williston, ND | Manac Model 14453A040 53' Quad-Axle Extendable Drop Deck Trailer, VIN 2M5141617E1135631, Asset #ND TR 48, (2013); with Tail Roll | $60,000 |
| 350 | 1 | Rolling Stock | Williston, ND | Matrixx 70-Ton 5-Axle Scissorneck Lowboy Trailer, VIN 2M9FS9592EB182061, Asset #ND TR 44, (2014) | $60,000 |
| 371 | 1 | Rolling Stock | Williston, ND | Matrixx 70-Ton 5-Axle Scissorneck Lowboy Trailer, VIN 2M9FS9594EB182061, (2014) | $60,000 |
| 372 | 1 | Rolling Stock | Williston, ND | Manac Model 14453A040 70-Ton Quad-Axle Extendable Drop Deck Trailer, VIN 2M5141618E1144727, Asset #ND TR 46, (2014) | $60,000 |
| 377 | 1 | Rolling Stock | Williston, ND | Ford Model F550 Crew Cab Service Truck, VIN 1FDOX5HT8EEB43792, Asset #NDP 43, (2014); 52,000 Miles Reported; 4 x 4, 6.7L Turbo Diesel Engine; with Stellar Model 7628 Truck Crane; and Miller Model Bobcat 250 Welder | $60,000 |
| 23 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 320CL Excavator, S/N OEM01133, Asset #RD-1, (2005); Cat 3066T 138 hp Diesel Engine, 1.25-Cu. Yd. Bucket, 9'6" Stick; with John Henry Model SP20 Rock Drill, S/N JH516 | $55,000 |
| 39 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 950G Wheel Loader, S/N AXX01993, Asset #L0-1, (2006); 4,897 Hours Indicated; 4.05-Cu. Yd. 115"W Bucket, Cat 3126B ATAAC 183 hp Diesel Engine, EROPS | $55,000 |
| 85 | 1 | Rolling Stock | Vernal, UT | Trail King Model TK120HDG 60-Ton Quad-Axle Detachable Gooseneck Lowboy Trailer, VIN 9M087357, Asset #LB-4, (2009) | $55,000 |
| 293 | 1 | Rolling Stock | Williston, ND | Trail King Model TK120HDG-574 60-Ton Quad-Axle Detachable Gooseneck Lowboy Trailer, VIN 1TK3057498M024661, Asset #ND TR 22, (2008) | $55,000 |
| 378 | 1 | Rolling Stock | Williston, ND | Kenworth Model T800 Tri-Axle Bed Truck, VIN 1NKDLBTX65R074085, Asset #TK43, (2005); 17,012 Miles Indicated, 4,028 Engine Hours Indicated, Caterpillar Model C-15 Diesel Engine, 9-Speed Transmission, Gin Poles; with (2) Braden Winches; and Tail Roll | $55,000 |
| 119 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 379 Tandem Axle Tail Roll Winch Tractor, VIN 1XP5DB0X56D880888, Asset #TK9, (2006); 317,333 Miles Reported; 14.6L L6 Caterpillar Diesel Engine; with Model RN8OP Winch | $52,500 |
| 4 | 1 | Pumps | Vernal, UT | Gardner Denver Model PAH 6" Skid Mounted Mud Pump, S/N 8V92; Detroit Diesel Engine | $50,000 |
| 7 | 1 | Pumps | Vernal, UT | Gardner Denver Skid Mounted Crash Protected Booster Pump, S/N KG13, Asset #130-2; Caterpillar C-16 Diesel Engine, S/N BFM02428 | $50,000 |
| 45 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model CS563E 84" Smooth Drum Vibratory Compactor, S/N CNG02007, Asset #R0-1, (2007); 2,697 Hours Indicated; Caterpillar Model 3056E Diesel Engine, Hydrostatic Transmission, EROPS | $50,000 |
| 120 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 367 Tandem Axle Tail Roll Winch Tractor, VIN 1XPTDBOX28D755311, Asset #TK10, (2008); 246,310 Miles Indicated, 14.6L L6 Caterpillar Diesel Engine, PTO, Headache Rack; with Winch | $50,000 |

CRAIG ENERGY, LLC

Craig Energy Asset Listing and Descriptions

EQUIPMENT, SCHEDULE B.50

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 127 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 Tandem Axle Conventional Tractor, VIN 1XPWDU0X79D791943, Asset #WT3, (2009); 219,943 Miles Reported; Caterpillar C12 Diesel Engine, 10-Speed Transmission; with Vacuum Pump | $50,000 |
| 128 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 Tandem Axle Conventional Tractor, VIN 1XPWDU0X99D791944, Asset #WT4, (2009); 265,988 Miles Indicated, Caterpillar C12 Diesel Engine, 10-Speed Transmission, PTO, Headache Rack; with Vacuum Pump | $50,000 |
| 129 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 Tandem Axle Conventional Tractor, VIN 1XPWDUOX09D791945, Asset #WT1, (2009); 229,677 Miles Reported; Caterpillar C12 Diesel Engine, 10-Speed Transmission; with Vacuum Pump | $50,000 |
| 130 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 388 Tandem Axle Conventional Tractor, VIN 1XPWDU0X29D791946, Asset #WT2, (2009); 240,888 Miles Indicated; Caterpillar C12 Diesel Engine, 10-Speed Transmission, Headache Rack; with Vacuum Pump | $50,000 |
| 193 | 2 | Man Camps & Camper Trailers | Williston, ND | Teton Model TP-1BD1BA 12' x 30' Skid Mounted Tool Pusher Modular Housing Units | $50,000 |
| 207 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 924H Wheel Loader, S/N CAT924HXCO2439, Asset #NDL04, (2011); 2.4-Cu. Yd. 100" Bucket, Cat C6.6 128 hp Diesel Engine, EROPS | $50,000 |
| 367 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 379 Tri-Axle Conventional Tractor, VIN 1XP5D4EXX7D689182, Asset #TK40, (2007); 506,879 Miles Indicated, Caterpillar Model C13-335 Diesel Engine, 10-Speed Transmission, Headache Rack, Air Ride Pusher Axle, Sliding 5th Wheel | $50,000 |
| 37 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 621F 20-Cu. Yd. Single Engine Motor Scraper, S/N 53K00307, Asset #SC-2, (1996); 5,178 Hours Indicated; Cat 3406C 327 hp Diesel Engine, EROPS | $45,000 |
| 87 | 1 | Rolling Stock | Vernal, UT | Trail-Eze Model TE100-OF-FG 50-Ton Tri-Axle Scissorneck Lowboy Trailer, VIN 1DAFFC030CM020654, Asset #LB-4, (2012); with Center Rollers; Tail Roll; and Liftable Axle | $45,000 |
| 135 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 357 Tri-Axle Conventional Tractor, VIN 1XPADBTX97D734439, Asset #TK28, (2007); 393,660 Miles Indicated, 14.6L L6 Caterpillar Diesel Engine, 10-Speed Transmission, Headache Rack; with Pusher Axle | $45,000 |
| 309 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 357 Tandem Axle Winch Tractor, VIN IXPADB0X06D893627, Asset #TK15, (2006); 311,816 Miles Indicated; 14.6L L6 Caterpillar Diesel Engine, PTO, Headache Rack; with Tail Roll; and Tulsa Winch | $45,000 |
| 315 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 Tri-Axle Conventional Tractor, VIN 1XKWDB9X883225710, Asset #TK34, (2008); 671,648 Miles Indicated, 490 Engine Hours Indicated, Caterpillar C15-475 Diesel Engine, PTO, Headache Rack; with Air Lift Pusher Axle; and Sleeper | $45,000 |
| 321 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 Tri-Axle Conventional Tractor, VIN 1XKWDB9X583222439, Asset #TK35, (2008); 649,818 Miles Reported; Caterpillar C15-475 Diesel Engine; with Air Lift Pusher Axle; and Sleeper | $45,000 |
| 341 | 1 | Rolling Stock | Williston, ND | Trail-Eze Model TE100-FGOF 50-Ton Quad Axle Scissorneck Lowboy Trailer, VIN 1DAFFC046CP020634, Asset #ND TR 28, (2012); with Tail Roll | $45,000 |
| 370 | 1 | Rolling Stock | Williston, ND | Load King Model 554/5 55-Ton 5-Axle Lowboy Trailer, VIN 5LKL58453DI028590, (2014); With Detachable Gooseneck | $45,000 |
| 374 | 1 | Rolling Stock | Williston, ND | SmithCo Model SX4-49-36 49' Quad-Axle Side Dump Trailer, VIN  1S9SS4941EL476285, Asset #ND TR 42 | $45,000 |
| 385 | 1 | Rolling Stock | Williston, ND | SmithCo Model SX4-49-36 49' Quad-Axle Side Dump Trailer, VIN  1S9SS4943EL476532, Asset #ND TR 41, (2014) | $45,000 |
| 42 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 279C 2,200-Lb. Skid Steer Loader, S/N KWB01119, (2013); Cat C3.4 82 hp Diesel Engine, ROPS | $42,500 |
| 136 | 1 | Rolling Stock | Vernal, UT | Kenworth Model T800 Tandem Axle Conventional Tractor, VIN 1XKDD40XX83221805, Asset #TK33, (2008); 340,760 Miles Indicated, 14.9L L6 Cummins ISX Diesel Engine, 18-Speed Transmission, PTO; Headache Rack; with Wet Kit; and NVE Vacuum Pump | $40,000 |
| 306 | 1 | Rolling Stock | Williston, ND | Ford Model F350 Platinum Edition Crew Cab Pickup Truck, VIN  1FT8W3BT3DEB46038, (2013); 93,652 Miles Reported; 4 x 4, 6.7L V8 DI Diesel Engine | $40,000 |
| 308 | 1 | Rolling Stock | Williston, ND | Kenworth Model T800 Tandem Axle Winch Tractor, VIN 1NKDLBOX96R129035, Asset #TK7, (2006); 318,231 Miles Indicated, 19,341 Engine Hours Indicated; 14.6L L6 Diesel Engine, Headache Rack; with Tail Roll; and Tulsa Winch | $40,000 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 310 | 1 | Rolling Stock | Williston, ND | Trail-Eze Model TE100-OFFG 50-Ton Tri-Axle Scissorneck Lowboy Trailer, VIN 1DAFFC038BP020480, Asset #ND TR 30, (2011); with Tail Roll | $40,000 |
| 318 | 1 | Rolling Stock | Williston, ND | SmithCo Model SX3-42-34 42' Tri-Axle Side Dump Trailer, VIN 1S9SS4231CL476298, Asset #ND TR 2, (2012) | $40,000 |
| 320 | 1 | Rolling Stock | Williston, ND | SmithCo Model SX3-42-34 42' Tri-Axle Side Dump Trailer, VIN 1S9SS423XCL476302, Asset #ND TR 21, (2012) | $40,000 |
| 322 | 1 | Rolling Stock | Williston, ND | SmithCo Model SX3-42-34 42' Tri-Axle Side Dump Trailer, VIN 1S9SS4231CL476303, Asset #ND TR 20, (2012) | $40,000 |
| 338 | 1 | Rolling Stock | Williston, ND | Trail-Eze Model TE100-OFFG 50-Ton Tri-Axle Scissorneck Lowboy Trailer, Asset #ND TR 7, (2011) | $40,000 |
| 353 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 379 Tri-Axle Conventional Tractor, VIN 1XP5D4EX65D875623, Asset #TK39, (2005); 417,721 Miles Indicated, 14,837 Engine Hours Indicated, PTO, Caterpillar Model C11-350 Diesel Engine, Eaton Model FR-13210 Transmission, Air-Ride Pusher Axle, Sliding 5th Wheel, Headache Rack | $40,000 |
| 363 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 379 Tri-Axle Conventional Tractor, VIN 1XP5DU0X65D877413, Asset #TK18, (2005); 95,174 Miles Indicated, Caterpillar Model C11-350 Diesel Engine, Eaton Fuller Model FR-13210 Transmission; with Air Lift Pusher Axle; and Sleeper | $40,000 |
| 364 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 379 Tri-Axle Conventional Tractor, VIN 1XP5DU0X06D887016, Asset #TK19, (2006); 1,008,870 Miles Indicated, 15,364 Engine Hours Indicated, Caterpillar Model C11-350 Diesel Engine, Eaton Fuller Model FR-13210 Transmission; with Air Lift Pusher Axle; and Sleeper | $40,000 |
| 107 | 1 | Rolling Stock | Vernal, UT | SmithCo Model SX2-40-34 40' Tandem Axle Side Dump Trailer, VIN 1S9SS4024BL476918, Asset #SD-1, (2011) | $37,500 |
| 204 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 420E Loader Backhoe, S/N HLS06412, (2008); 1.25-Cu. Yd. 24"W Backhoe Bucket, Cat C4 4 93 hp Diesel Engine, Fixed Backhoe Stick, EROPS | $37,500 |
| 316 | 1 | Rolling Stock | Williston, ND | SmithCo Model SX3-42-34 42' Tri-Axle Side Dump Trailer, VIN 1S9SS4233BL476804, Asset #ND TR 31, (2011) | $37,500 |
| 383 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 3500 Crew Cab Pickup Truck, VIN 3C7WRTCL2EG204277, Asset #NDP 42, (2014); 51,561 Miles Reported; 6.7L Turbo Diesel Engine | $37,500 |
| 31 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 420E Loader Backhoe, S/N HLS03925, Asset #BH-4, (2007); 4,136 Hours Reported; 1.25-Cu. Yd. 24"W Backhoe Bucket, Cat C4 4 93 hp Diesel Engine, Fixed Backhoe Stick, EROPS | $35,000 |
| 32 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 420E Loader Backhoe, S/N HLS04085, Asset #BH-5, (2007); 1.25-Cu. Yd. 24"W Backhoe Bucket, Cat C4 4 93 hp Diesel Engine, Fixed Backhoe Stick, EROPS | $35,000 |
| 71 | | Throughout | Vernal, UT | Lot of Maintenance and Support Equipment, To Include: Hand Tools; Welders; Tool Boxes; 10-Ton 90'W x 90' Traverse Bridge Crane; (6) Shipping Containers; Pallet Racking; Parts Bins; Metal Cabinets; Pressure Washer; Jacks; Cuda Model H2O Parts Washer; Cantilever Racking; Bench Grinders; Chop Saw; etc. | $35,000 |
| 133 | 1 | Rolling Stock | Vernal, UT | Kenworth Model T800 Tandem Axle Conventional Tractor, VIN  1XKDDBOXX7R164302, Asset #TK4, (2007); 326,383 Miles Indicated, Caterpillar Model C15 550 hp Diesel Engine, PTO | $35,000 |
| 134 | 1 | Rolling Stock | Vernal, UT | Kenworth Model T800 Tandem Axle Conventional Tractor, VIN 1XKDDBOX573211699, Asset #TK3, (2007); 272,808 Miles Reported; 14.6L L6 Caterpillar Diesel Engine; with Wet Kit | $35,000 |
| 141 | 1 | Rolling Stock | Vernal, UT | Trail King Model TK110HDG-543 50-Ton Tri-Axle Lowboy Trailer, VIN 1TKI054315M019784, Asset #LB-2, (2005); with Detachable Neck | $35,000 |
| 197 | 1 | Construction Equipment | Williston, ND | Caterpillar Model TH560B 10,000-Lb. Rough Terrain Lift Truck, S/N  CATTH560JSLGO1425, (2006); EROPS, 44' Telescopic Boom, Cat 3054E 117.5 hp Diesel Engine, 4 x 4 | $35,000 |
| 206 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 279C2 2,200-Lb Skid Steer Loader, S/N CAT0279CCKWB00968, (2012); Cat C3.4 82 hp Diesel Engine, EROPS | $35,000 |
| 317 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 Tandem Axle Conventional Tractor, VIN  1XKWDBOX76R110009, Asset #TK29, (2006); 317,628 Miles Indicated, 1,206 Engine Hours Indicated, Caterpillar C15-475 Diesel Engine, 18-Speed Transmission, PTO, Headache Rack; with NVE Vacuum Pump | $35,000 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 319 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 Tandem Axle Conventional Tractor, VIN 1XKWDBOX36R110010, Asset #TK30, (2006); 319,357 Miles Indicated, 1,363 Engine Hours Indicated, Caterpillar C15-475 Diesel Engine, 18-Speed Transmission, Headache Rack, Sliding 5th Wheel; with NVE Vacuum Pump | $35,000 |
| 379 | 1 | Rolling Stock | Williston, ND | Ford Model F550 Crew Cab Pickup Truck, VIN 1FDOX5HT2FEA16926, Asset #NDP 58, (2015); 36,600 Miles Reported; 4 x 4, 6.7L Turbo Diesel Engine | $33,500 |
| 30 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 420E Loader Backhoe, S/N HLS02196, Asset #BH-2, (2006); 6,840 Hours Indicated; 1.25-Cu. Yd. 24"W Backhoe Bucket, Cat C4 4 93 hp Diesel Engine, Fixed Backhoe Stick, EROPS | $32,500 |
| 44 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model TH560B 10,000-Lb. Rough Terrain Lift Truck, S/N S000632, Asset #TH-1, (2004); 4,185 Hours Indicated; 44' Telescopic Boom, Cat 3054E 117.5 hp Diesel Engine, 4 x 4 | $32,500 |
| 368 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 3500 Crew Cab Flatbed Truck, VIN 3C63RRGL0EG164091, Asset #NDP 39, (2014); 65,449 Miles Indicated, 6.7L Turbo Diesel Engine, 4 x 4, DRW, Headache Rack; with Utility Boxes; Hose Reel; 100-Gallon Fuel Box Tank; Fill-Rite 15-gpm Fuel Pump; and Miller Model Trailblazer Welder | $32,500 |
| 382 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 3500 Crew Cab Flatbed Truck, VIN 3C63RRGL2EG154092, Asset #NDP 40, (2014); 66,937 Miles Indicated; 6.7L Turbo Diesel, 4 x 4, DRW, Headache Rack; with Miller Model Trailblazer 302 Welder; and Hose Reels | $32,500 |
| 6 | 1 | Pumps | Vernal, UT | Joy Model WB12 6" x 12" Skid Mounted Booster Pump, S/N K27, Asset #B0-1, (2006); 800 psi, Cat Diesel Engine | $30,000 |
| 86 | 1 | Rolling Stock | Vernal, UT | Scona Estimated 50-Ton Tri-Axle Scissorneck Lowboy Trailer, VIN  2E9L50E3953003707, (2005); with Tail Roll | $30,000 |
| 212 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 279C 2,200-Lb Skid Steer Loader, S/N MBT02600, (2011); Cat C3.4 82 hp Diesel Engine, ROPS | $30,000 |
| 213 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 279C 2,200-Lb Skid Steer Loader, S/N CAT0279CJMBT02156, (2011); Cat C3.4 82 hp Diesel Engine, ROPS | $30,000 |
| 340 | 1 | Rolling Stock | Williston, ND | Load King Estimated 50-Ton Tri-Axle Detachable Gooseneck Lowboy Trailer, VIN 5LKL523871026336, Asset #ND TR 15, (2001) | $30,000 |
| 29 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 420D Loader Backhoe, S/N BLN05358, Asset #BH-1, (2002); 1.25-Cu. Yd. 24" Backhoe Bucket, Cat 3054C 89 hp Diesel Engine, Fixed Backhoe Stick | $26,500 |
| 25 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 320CL Excavator, S/N 9KK03352, Asset #EX-1, (1995); 9,692 Hours Indicated; 1.5-Cu. Yd. Bucket, Cat 3066 128 hp Diesel Engine, 8'2" Stick | $25,000 |
| 67 | 1 | Throughout | Vernal, UT | Ingersoll-Rand Model XHP1170FCAT 1,170-cfm Skid Mounted Crash Protected Air Compressor, S/N 378315UGQB78, Asset #1170E-0408, (2007); Cat C15 Diesel Engine, S/N JRE02689 | $25,000 |
| 68 | 1 | Throughout | Vernal, UT | Ingersoll-Rand Model XHP1170FCAT 1,170-cfm Skid Mounted Crash Protected Air Compressor, Asset #1170E-7106; Cat C15 Diesel Engine | $25,000 |
| 69 | 1 | Throughout | Vernal, UT | Ingersoll-Rand Model XHP1170FCAT 1,170-cfm Skid Mounted Crash Protected Air Compressor, S/N 362134UJPB40, Asset #1170E-2005, (2006); Cat C15 Diesel Engine, S/N JRE00443 | $25,000 |
| 70 | 1 | Throughout | Vernal, UT | Ingersoll-Rand Model XHP1170FCAT 1,170-cfm Skid Mounted Crash Protected Air Compressor, S/N 37859UKQB78, Asset #1170E-1307, (2007); Cat C15 Diesel Engine, S/N JRE02676 | $25,000 |
| 116 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 3500 Crew Cab Dual Rear Wheels Flatbed Truck, VIN 3C7WDTCL9CG295964, Asset #UTP 36, (2012); 60,650 Miles Indicated, 4 x 4, 6.7 L6 Turbo Diesel Engine; with Tail Roll; and Winch | $25,000 |
| 118 | 1 | Rolling Stock | Vernal, UT | Kenworth Model W900B Tandem Axle Winch Tractor, VIN 1XKWDBOXXYR863195, Asset #TK6, (2000); 542,102 Miles Indicated, 14.6L L6 Caterpillar Engine, 9-Speed Transmission, PTO, Headache Rack; with Winch | $25,000 |
| 132 | 1 | Rolling Stock | Vernal, UT | Kenworth Model W900 Tandem Axle Conventional Tractor, VIN  1XKWDBOX04R055111, Asset #TK11, (2004); 6,151 Miles Reported; Caterpillar C15-475 Diesel Engine | $25,000 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|--------|----------|----------|----------|-------------|-----|
| 143 | 1 | Rolling Stock | Vernal, UT | Kenworth Model W900 Tri-Axle Conventional Tractor, VIN 1XKWPB0X333395440, Asset #TK22, (2003); 786,090 Miles Indicated, Caterpillar C15-475 Diesel Engine, 10-Speed Transmission, Air Lift Pusher Axle, PTO, Headache Rack; with Sliding 5th Wheel | $25,000 |
| 192 | 1 | Man Camps & Camper Trailers | Williston, ND | Teton Model 12x30-TP-1BD1BA 12' x 30' Skid Mounted Modular Housing Unit, S/N 9941-1-1, (2014) | $25,000 |
| 203 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 25983 2,200-Lb. Skid Steer Loader, S/N CAT0259BKYYZ02186, (2012), 71 hp; Caterpillar C3.4 DIT Diesel Engine, 12.6" Shoe, EROPS | $25,000 |
| 205 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 259B3 2,200-Lb. Skid Steer Loader, S/N CATB259BJYYZ02741, (2012), 71 hp; Caterpillar C3.4 Off Diesel Engine, 12.6" Shoe, ROPS | $25,000 |
| 214 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 259B3 2,200-Lb. Skid Steer Loader, S/N 0YYZ02054, (2012), 71 hp; Caterpillar C3.4 DIT Diesel Engine, 12.6" Shoe, EROPS | $25,000 |
| 302 | 1 | Rolling Stock | Williston, ND | Trail-Eze Model TE100-0F52D Estimated 53' Tri-Axle Drop Deck Trailer, VIN 1DA73F0878P018691, Asset #ND TR 1, (2008); with Tail Roll | $25,000 |
| 305 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 4500 Crew Cab Dual Rear Wheels Flatbed Truck, VIN 3C7WDLEL8CG121865, Asset #NDP 26, (2012); 132,543 Miles Indicated, 4 x 4, 6.7L L6 Turbo Diesel Engine, DRW; with Tool Box; 100-Gallon Box Fuel Tank; and Fill-Rite 15 gpm Fuel Pump | $25,000 |
| 323 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 379 Tandem Axle Conventional Tractor, VIN 1XP5DB9X33D589627, Asset #TK25, (2003); 406,164 Miles Reported; 14.6L L6 Caterpillar Diesel Engine, 10-Speed Transmission, PTO, Headache Rack, Sliding 5th Wheel | $25,000 |
| 324 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 3500 Crew Cab Flatbed Truck, VIN 3C7WDTCL0CG224748, Asset #NDP 17, (2012); 124,369 Miles Indicated, 4 x 4, 6.7L L6 Turbo Diesel Engine, DRW; with Miller Model Trailblazer 325 Welder Generator, S/N MD05804R | $25,000 |
| 328 | 1 | Rolling Stock | Williston, ND | Peterbilt Model 379 Tandem Axle Conventional Tractor, VIN 1XP5DB9X23D597038, Asset #TK8, (2003); 451,638 Miles Indicated, 2,537 Engine Hours Indicated, 14.6L L6 Diesel Engine, 10-Speed Transmission, Headache Rack, Sliding 5th Wheel | $25,000 |
| 329 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 4500 Crew Cab Dual Rear Wheels Flatbed Truck, VIN 3C7WDLEL2CG144297, Asset #NDP 25, (2012); 148,372 Miles Indicated, 4 x 4, 6.7L L6 Diesel Engine, Headache Rack; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $25,000 |
| 345 | 1 | Rolling Stock | Williston, ND | Maurer 53' Tri-Axle Drop Deck Trailer, VIN 1M9KD5337ES152057, Asset #ND TR 4, (2014); with Beaver Tail Ramps | $25,000 |
| 355 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 Tandem Axle Conventional Tractor, VIN 1XKWDBOX04R055108, Asset #TK12, (2004); 665,345 Miles Indicated, 2,116 Engine Hours Indicated; Caterpillar C15-475 Diesel Engine, 10-Speed Transmission, Headache Rack, Sliding 5th Wheel | $25,000 |
| 358 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 Tandem Axle Conventional Tractor, VIN 1XKWDB9X843057089, Asset #TK31, (2004); 801,119 Miles Reported; Caterpillar C15-475 Diesel Engine, Headache Rack, Sliding 5th Wheel | $25,000 |
| 200 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 272C 3,250-Lb. Skid Steer Loader, S/N CAT0272CHRED01471, (2008), 90 hp; 72"W Bucket, Cat 3044C DIT Diesel Engine, ROPS | $24,000 |
| 380 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TR5HT0EG107235, Asset #NDP 36, (2014); 59,000 Miles Reported; 5.7L V8 Hemi Engine | $24,000 |
| 381 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TR5HT2EG107236, Asset #NDP 41, (2014); 75,368 Miles Reported; 5.7L V8 Hemi Engine | $24,000 |
| 115 | 1 | Rolling Stock | Vernal, UT | Chevrolet Model Tahoe 4-Door Sport Utility Vehicle, VIN 1GNSKCEO6CR313283, (2012); 88,564 Miles Reported; 5.3L V8 Engine, 4 x4 | $23,000 |
| 284 | 1 | Throughout | Williston, ND | Frost Fighter Model LD14i-81 700,000-btu Towable Heater, VIN 2P9BE1020CW099003; 3,550 Hours Indicated, Mounted On Tandem-Axle Steel Trailer Frame; with Hosing | $22,500 |
| 327 | 1 | Rolling Stock | Williston, ND | Kenworth Model T800 Tandem Axle Conventional Tractor, VIN 1XKDDBOX44R062831, Asset #TK23, (2004); 226,437 Miles Reported; 14.6L L6 Diesel Engine | $22,000 |
| 110 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 3500 Crew Cab Dual Rear Wheels Flatbed Truck, VIN 3D6W24CL9BG530199, Asset #UTP 5, (2011); 117,917 Miles Reported; 4 x 4, 6.7L L6 Turbo Diesel Engine | $21,500 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 304 | 1 | Rolling Stock | Williston, ND | Transcraft Model DTL-2100 48' Tandem Axle Drop Deck Trailer, VIN 1TTE4825XC3736328, Asset #ND TR 29, (2012) | $21,000 |
| 111 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5HT8CG184480, Asset #VP 17, (2012); 113,424 Miles Reported; 4 x 4, 5.7L V8 Gas Engine; with Toolbox; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $20,000 |
| 113 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5CT4CG293252, (2012); 84,837 Miles Indicated, 4 x 4, 5.7L V8 Gas Engine; with Tool Box; and 80-Gallon Bed Tank; with Fuel-Rite 15-GPM Fuel Pump | $20,000 |
| 117 | 1 | Rolling Stock | Vernal, UT | Chevrolet Model Silverado 1500 Crew Cab Pickup Truck, VIN 3GCUKSEC7EG128202, (2014); 87,287 Miles Reported; 4 x 4, 5.3L V8 Engine | $20,000 |
| 209 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 279C 2,200-Lb Skid Steer Loader, S/N CAT0279CLMBT02013, (2011); Cat C3.4 82 hp Diesel Engine, ROPS; **(Not In Service At Time Of Inspection)** | $20,000 |
| 231 | 2 | Tanks | Williston, ND | Estimated 10' x 40' x 8' Skidded 3-High Sided Bins, S/N 4-8-14A, (2014) | $20,000 |
| 232 | 2 | Tanks | Williston, ND | Estimated 10' x 40' x 8' Skidded 3-High Sided Bins, S/N 11-21-13A, (2013) | $20,000 |
| 291 | 1 | Rolling Stock | Williston, ND | Scona Estimated 53' Tri-Axle Tail Roll Float Trailer, VIN 2E9F50E3423003350, Asset #ND TR 19, (2002) | $20,000 |
| 314 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5CT0CG293247, Asset #NDP 15, (2012); 124,000 Miles Reported; 4 x 4, 5.7L V8 Gas Engine; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $20,000 |
| 331 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5CT0CG270826, Asset #NDP 29, (2012); 65,623 Miles Reported; 4 x 4, 5.7L V8 Gas Engine | $20,000 |
| 333 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5CT6CG293253, Asset #NDP 16, (2012); 4 x 4, 5.7L V8 Gas Engine; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $20,000 |
| 334 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5HT9CG177277, Asset #NDP 27, (2012); 121,921 Miles Indicated; 4 x 4, 5.7L V8 Gas Engine; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $20,000 |
| 357 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5HTXCG184481, Asset #NDP 19, (2012); 121,952 Miles Reported; 4 x 4, 5.7L V8 Gas Engine; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $20,000 |
| 360 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5HT6CG270872, Asset #NDP 20, (2012); 86,063 Miles Indicated; 4 x 4, 5.7L V8 Gas Engine; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $20,000 |
| 388 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3C6TD5HT4CG113518, Asset #NDP 6, (2012); 5.7L V8 Hemi Engine, 4 x 4 | $20,000 |
| 295 | 1 | Rolling Stock | Williston, ND | Transcraft Model DTL-2100 48' Tandem Axle Drop Deck Trailer, VIN 1TTE48253A1087801, Asset #ND TR 26, (2010) | $19,000 |
| 8 | 1 | Pumps | Vernal, UT | Godwin Model GHPU3OSG Trailer Mounted Hydraulic Pump, VIN  16MPF0616DD067903, (2014); with John Deere Model 4045T290 IT4 Diesel Engine | $18,500 |
| 41 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 262C 2,700-Lb. Skid Steer Loader, S/N MST01189, Asset #SS-6, (2008); 15.4 cft, 72"W Bucket, Cat 3044C DIT 78 hp Diesel Engine, ROPS | $18,500 |
| 366 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Dual Rear Wheels Flatbed Truck, VIN 3C6LR5AT2DG542380, Asset #NDP 34, (2013); 126,000 Miles Reported; 4 x4; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $18,500 |
| 112 | 1 | Rolling Stock | Vernal, UT | Ford Model F150 Crew Cab Pickup Truck, VIN 1FTFW1ETOCFB74217, (2012); 122,521 Miles Indicated, 4 x 4, 3.5L V6 Gas Engine; with Bed Cover | $18,000 |
| 137 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 2500 Pickup Truck, VIN 3C6LRSAT3DG607060, (2013); 67,169 Miles Indicated, 4 x 4, 5.7L V8 Gas Engine; with Tool Box; 80-Gallon Bed Tank; and Fuel-Rite 15-GPM Fuel Pump | $18,000 |
| 138 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3D7UT2HL3BG555189, (2011); 128,982 Miles Indicated, 4 x 4, 6.7L 16 FI Diesel Engine; with Bed Cover Shell | $17,500 |
| 361 | 1 | Rolling Stock | Williston, ND | Transcraft Model DTL-2100 48' Tandem Axle Drop Deck Trailer, VIN 1TTE4820471083110, Asset #ND TR 12, (2007) | $17,500 |
| 101 | 1 | Rolling Stock | Vernal, UT | CTS Model BDT-40 40' Tandem Axle Belly Dump Trailer, VIN 5TU1140217S000865, Asset #BD-2, (2007); with Retractable Bed Cover | $17,000 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 102 | 1 | Rolling Stock | Vernal, UT | CTS Model BDT-40 40' Tandem Axle Belly Dump Trailer, VIN 5TU1140237S001046, Asset #BD-1, (2007); with Retractable Bed Cover | $17,000 |
| 103 | 1 | Rolling Stock | Vernal, UT | CTS Model BDT-40 40' Tandem Axle Belly Dump Trailer, VIN 5TU1140268S000913, Asset #BD-6, (2008); with Retractable Bed Cover | $17,000 |
| 181 | 1 | Man Camps & Camper Trailers | Williston, ND | Atco 13' x 58' Skid Mounted 2-Apartment Modular Housing Unit, S/N 358117401T, (2011) | $17,000 |
| 183 | 1 | Man Camps & Camper Trailers | Williston, ND | Atco 13' x 52' Skid Mounted 2-Apartment Modular Housing Unit, S/N 352117386T, (2011) | $17,000 |
| 184 | 1 | Man Camps & Camper Trailers | Williston, ND | Atco 13' x 48' Skid Mounted 2-Apartment Modular Housing Unit, S/N 35211787T, (2011) | $17,000 |
| 104 | 1 | Rolling Stock | Vernal, UT | Transcraft Model DTL-2100 Estimated 48' Tandem Axle Drop Deck Trailer, VIN 961080296, (2006) | $16,000 |
| 114 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 2500 Pickup Truck, VIN 3C6LD5AT1CG296435, Asset #P-435, (2012); 4 x 4, 5.7L V8 Gas Engine | $16,000 |
| 307 | 1 | Rolling Stock | Williston, ND | Doonan Model 522DC12A Estimated 53' Tri-Axle Drop Deck Trailer, VIN 1D9BG523861208328, (2006); with Lift Center Rollers; and Tail Roll | $16,000 |
| 326 | 1 | Rolling Stock | Williston, ND | Kenworth Model W900 11-Cubic Yard Tandem Axle Concrete Mixer Truck, VIN 1NKWL90XXWR775380, Asset #TK8, (1998); 353,917 Miles Indicated, 1,034 Engine Hours Indicated; 10.8L L6 Diesel Engine, 9-Speed Transmission; with 10-1/2 Yard Rear Discharge Mixer | $16,000 |
| 332 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3D7UT2CL1AG159767, Asset #NDP 24, (2010); 173,827 Miles Reported; 4 x 4, 6.7L I6 FI Diesel Engine; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $16,000 |
| 347 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Pickup Truck, VIN 3C6LD5AT9CG139221, Asset #NDP 07, (2012); 4 x 4, 5.7L V8 Gas Engine; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $16,000 |
| 352 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 1500 Crew Cab Pickup Truck, VIN 1C6RR7FT2ES143350, Asset #NDP 35, (2014); 53,641 Miles Reported; 5.7L Hemi V8 Engine, 4 x 4 | $16,000 |
| 354 | 1 | Rolling Stock | Williston, ND | Transcraft Model DTL-2100 48' Tandem Axle Drop Deck Trailer, VIN 111E4820361080309, Asset #ND TR 32, (2006) | $16,000 |
| 359 | 1 | Rolling Stock | Williston, ND | Transcraft Model DTL-2100 53' Tandem Axle Drop Deck Trailer, VIN 1TTE5320761079860, (2006) | $16,000 |
| 386 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Pickup Truck, VIN 3C6LD5AT6CG184679, (2012); 4 x 4, 5.7L V8 Gas Engine | $16,000 |
| 66 | | Throughout | Vernal, UT | Lot of Construction Equipment Attachments, To Include: Cat Backhoe Bucket; Cat IT Bucket; Cat Sheeps Compactor Foot Shell; Star 4' x 8' Man Basket; Protec Model SP 10S Skid Steer Snow Box; Cat Model BA 18 Skid Steer Broom Attachment; Cat Model BU 118 Skid Steer Broom Attachment, Cat Model T9 Skid Steer Trencher Attachment; Cat Model A26B Backhoe Auger Attachment; Cat Model A18 Skid Steer Auger Attachment; Cat Model LT18 Skid Steer Tiller Attachment; Cat Model SR-17 Skid Steer Blade Attachment; and Cat Model H160D S Hammer Attachment | $15,000 |
| 72 | 1 | Throughout | Vernal, UT | MQ Power Model 45KVA MQ 45-kva Generator, S/N 7205963 | $15,000 |
| 96 | 1 | Rolling Stock | Vernal, UT | Dragon 130-BBL Tandem Axle Vacuum Tank Trailer, VIN Asset #WTR-7, (2012) | $15,000 |
| 97 | 1 | Rolling Stock | Vernal, UT | Dragon 130-BBL Tandem Axle Vacuum Tank Trailer, VIN CL094551, Asset #WTR-6, (2012) | $15,000 |
| 98 | 1 | Rolling Stock | Vernal, UT | Dragon 130-BBL Tandem Axle Vacuum Tank Trailer, VIN 4222CL094552, Asset #WTR-5, (2012) | $15,000 |
| 178 | 3 | Drilling Equipment | Williston, ND | True North 6'4"W x 2'4"H x 38'L Tool Tubs, Asset #3; Asset #2; and Asset #1, (2014) | $15,000 |
| 185 | 1 | Man Camps & Camper Trailers | Williston, ND | Atco 13' x 58' Skid Mounted 2-Apartment Modular Housing Unit, S/N 355106828, (2010) | $15,000 |
| 186 | 1 | Man Camps & Camper Trailers | Williston, ND | Atco 13' x 48' Skid Mounted 2-Apartment Modular Housing Unit, S/N 348106771, (2010) | $15,000 |
| 187 | 1 | Man Camps & Camper Trailers | Williston, ND | Atco 13' x 48' Skid Mounted 2-Apartment Modular Housing Unit, S/N 348106770, (2010) | $15,000 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 188 | 1 | Man Camps & Camper Trailers | Williston, ND | Atco Estimated 12' x 45' Skid Mounted 2-Apartment Modular Housing Unit, S/N 348106768, (2010) | $15,000 |
| 189 | 1 | Man Camps & Camper Trailers | Williston, ND | Atco Estimated 12' x 45' Skid Mounted 2-Apartment Modular Housing Unit, S/N 348106769, (2010) | $15,000 |
| 297 | 1 | Rolling Stock | Williston, ND | Dragon 130-BBL Tandem Axle Vacuum Tank Trailer, VIN 1UNST4224CL094553, Asset #ND TR 8, (2012) | $15,000 |
| 142 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3D7TT2CT1BG615134, Asset #NDP 3, (2011); 136,638 Miles Indicated, 4 x 4, 5.7L V8 Gas Engine; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $14,500 |
| 312 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3D7TT2CT6BG591106, (2011); 4 x 4, 5.7L V8 Gas Engine | $14,500 |
| 330 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3D7TT2CT6BG591106, Asset #NDP 21, (2011); 4 x 4, 5.7L V8 Gas Engine | $14,500 |
| 43 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 262B 2,700-Lb. Skid Steer Loader, S/N PDT02841, (2006); 15.4 cft, 72"W Bucket, Cat 3044C DIT 78 hp Diesel Engine, ROPS | $14,000 |
| 211 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 262B 2,700-Lb. Skid Steer Loader, S/N PDT03118, Asset #SS4, (2006); 15.4 cft, 72"W Bucket, Cat 3044C DIT 78 hp Diesel Engine, ROPS | $14,000 |
| 384 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3D6WT2CT7BG514603, Asset #NDP 02, (2011); 150,202 Miles Reported; 4 x 4, 5.7L V8 Gas Engine | $14,000 |
| 348 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 2500 Pickup Truck, VIN 3D7LT2ET8BG606525, Asset #NDP 11, (2011); 5.7L V8 Gas Engine, 4 x 4; with Tool Box; 100-Gallon Fuel Box Tank; and Fill-Rite 15-gpm Fuel Pump | $13,500 |
| 311 | 1 | Rolling Stock | Williston, ND | Dodge Model Ram 1500 Crew Cab Pickup Truck, VIN 1D7RV1CT5BS529428, Asset #NDP 1, (2011); 141,791 Miles Indicated; 5.7L Hemi V8 Gas Engine, 4 x 4 | $13,000 |
| 180 | 1 | Man Camps & Camper Trailers | Williston, ND | Alberta Labour 12' x 56' Skid Mounted 2-Apartment Modular Housing Unit, S/N DR0998W157E | $12,500 |
| 182 | 1 | Man Camps & Camper Trailers | Williston, ND | Travco Model Wellsite Estimated 12' x 45' Skid Mounted 2-Apartment Modular Housing Unit, S/N W1250518404, Asset #2011, (2005) | $12,500 |
| 5 | 1 | Pumps | Vernal, UT | Ellis Williams Model W800 Mud Pump | $12,000 |
| 40 | 1 | Construction Equipment | Vernal, UT | Caterpillar Model 262B 2,700-Lb. Skid Steer Loader, S/N PDT01159, Asset #SS2, (2004); 15.4 cft, 72"W Bucket, Cat 3044C DIT 78 hp Diesel Engine, ROPS | $12,000 |
| 73 | 1 | Throughout | Vernal, UT | MQ Power Model 70KVA MQ 70-kva Generator, S/N 7350101, (2011) | $12,000 |
| 263 | 1 | Tanks | Williston, ND | Reclaim Tank, S/N 3-7-14A, (2014) | $12,000 |
| 264 | 1 | Tanks | Williston, ND | Reclaim Tank, S/N 3-6-14A, (2014) | $12,000 |
| 265 | 1 | Tanks | Williston, ND | Reclaim Tank, S/N 10-22-13B, (2013) | $12,000 |
| 60 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 6' Air & Fluid Drilling Pit Tank; with Double Life Shale Shaker | $11,500 |
| 74 | 1 | Throughout | Vernal, UT | Caterpillar Model D230PI 230-kW Skid Mounted Generator, S/N E45216001, (2009) | $10,000 |
| 93 | 1 | Rolling Stock | Vernal, UT | Dragon 130-BBL Tandem Axle Vacuum Tank Trailer, VIN 8L067989, Asset #WTR-4, (2008) | $10,000 |
| 94 | 1 | Rolling Stock | Vernal, UT | Dragon 130-BBL Tandem Axle Vacuum Tank Trailer, VIN Asset #WTR-1, (2009) | $10,000 |
| 95 | 1 | Rolling Stock | Vernal, UT | Dragon 130-BBL Tandem Axle Vacuum Tank Trailer, VIN Asset #WTR-2, (2009) | $10,000 |
| 109 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3D7KS26A78G213569, Asset #NDP 30, (2008); 138,562 Miles Reported, 4 x 4, 6.7L L6 Turbo Diesel Engine; with Toolbox; and 100-Gallon Fuel Box Tank, with Fill-Rite 15-gpm Fuel Pump | $10,000 |
| 140 | 1 | Rolling Stock | Vernal, UT | Peterbilt Model 357 Tandem Axle Concrete Mixer Truck, VIN 1XPALAOXORD363594, Asset #TK17, (1994); 223,020 Miles Indicated; with 10-1/2 Yard Rear Discharge Mixer | $10,000 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 202 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 246 2,000-Lb. Skid Steer Loader, S/N CAT00246A5SZ04104, Asset #SS1, (2001), 74 hp; 72" Bucket Width, Caterpillar 3034T Diesel Engine, ROPS | $10,000 |
| 233 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 8' Skidded 3-High Sided Bin, S/N 9-24-13A, (2013) | $10,000 |
| 236 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 8' Skidded 3-High Sided Bin | $10,000 |
| 249 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 8' Skidded 3-High Sided Bin | $10,000 |
| 250 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 8' Skidded 3-High Sided Bin | $10,000 |
| 259 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 8' Skidded 3-High Sided Bin, S/N 4-29-13P, (2013) | $10,000 |
| 260 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 8' Skidded 3-High Sided Bin, S/N 4-14-14P, (2014) | $10,000 |
| 296 | 1 | Rolling Stock | Williston, ND | Dragon 130-BBL Tandem Axle Vacuum Tank Trailer, VIN 1UNST42248L067988, Asset #ND TR 13, (2008) | $10,000 |
| 343 | 1 | Rolling Stock | Williston, ND | CTS 40' Tandem Axle Belly Dump Trailer, VIN 1C911402XYS770050, Asset #ND TR 43, (2000); with Retractable Bed Cover | $10,000 |
| 237 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' 4-Compartment Skid Mounted Flocculation Tank | $9,500 |
| 238 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' 4-Compartment Skid Mounted Flocculation Tank | $9,500 |
| 243 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' 4-Compartment Skid Mounted Flocculation Tank | $9,500 |
| 247 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' 4-Compartment Skid Mounted Flocculation Tank | $9,500 |
| 254 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' 4-Compartment Skid Mounted Flocculation Tank | $9,500 |
| 255 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' 4-Compartment Skid Mounted Flocculation Tank | $9,500 |
| 261 | 1 | Tanks | Williston, ND | Catch Tank, S/N 9-6-12P, (2014) | $9,500 |
| 262 | 1 | Tanks | Williston, ND | Catch Tank, S/N VIN #8-702, (2014) | $9,500 |
| 266 | 1 | Tanks | Williston, ND | True North Catch Tank, S/N 4-23-14P, (2014) | $9,500 |
| 108 | 1 | Rolling Stock | Vernal, UT | Dodge Model Ram 2500 Crew Cab Pickup Truck, VIN 3D7KS28A67G835589, Asset #P-589, (2007); 209,648 Miles Indicated, 4 x 4, 6.7L L6 Turbo Diesel Engine; with Bed Cover Shell | $9,000 |
| 144 | 1 | Rolling Stock | Vernal, UT | Williamson Model 1614STO 14' Tandem Axle Flatbed Trailer, VIN 109FS1421BU21796, (2012), with Landa Model SLT8-30824E Pressure Washer, S/N 161520, 26 hp, 7.8 gpm, 200 degree F Max Temp; and 525-Gallon PVC Tank | $9,000 |
| 299 | 1 | Rolling Stock | Williston, ND | Williamson Model 1614STO 14' Tandem Axle Flatbed Trailer, VIN 109FS1429CU821000, Asset #ND TR 39, (2012); with Landa Model SLX10-25824E Pressure Washer, S/N 11105260-158835, 27 hp, 9.5 gpm, 200°F Max Temp; 500-Gallon PVC Tank; and (2) 35-Gallon PV Tanks | $9,000 |
| 11 | 1 | Drilling Equipment | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Pusher Shack | $8,500 |
| 215 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 6' Skid Mounted Mud Tank; with M-I Swaco Model MONGOOSE PT Dual Motion Shaker, S/N EM3C00111; Ladders; and Catwalk | $8,500 |
| 217 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 8' Skid Mounted Flat Mud Tank; with M-I Swaco Model MONGOOSE PT Dual Motion Shaker; Ladders; and Catwalk | $8,500 |
| 218 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 6' Skid Mounted Flat Mud Tank; with M-I Swaco Model MONGOOSE PT Dual Motion Shaker; Ladders; and Catwalk | $8,500 |
| 219 | 1 | Tanks | Williston, ND | True North Estimated 10' x 30' x 5' Skidded 3-Sided Bin, Asset #K809 | $8,500 |
| 226 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' Skidded 3-Sided Bin | $8,500 |
| 230 | 1 | Tanks | Williston, ND | Estimated 10' x 30' x 5' Skidded 3-Sided Bin, S/N 4-30-13A, (2013) | $8,500 |
| 234 | 1 | Tanks | Williston, ND | Estimated 10' x 30' x 5' Skidded 3-Sided Bin, S/N 4-24-14A, (2014) | $8,500 |
| 235 | 1 | Tanks | Williston, ND | True North Estimated 10' x 30' x 5' Skidded 3-Sided Bin | $8,500 |
| 240 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' Skidded 3-Sided Bin | $8,500 |
| 241 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 6' Skid Mounted Mud Tank; with M-I Swaco Model MONGOOSE PT Dual Motion Shaker, S/N 74300-33M7; Ladders; and Catwalk | $8,500 |
| 242 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' Skidded 3-Sided Bin | $8,500 |

CRAIG ENERGY, LLC

EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|--------|----------|----------|----------|-------------|-----|
| 244 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' Skidded 3-Sided Bin | $8,500 |
| 248 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 6' Skid Mounted Mud Tank; with M-I Swaco Model MONGOOSE PT Dual Motion Shaker, S/N 9674300; Ladders; and Catwalk | $8,500 |
| 251 | 1 | Tanks | Williston, ND | True North Estimated 10' x 32' x 5' Skidded 3-Sided Bin | $8,500 |
| 252 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' Skidded 3-Sided Bin | $8,500 |
| 256 | 1 | Tanks | Williston, ND | True North Estimated 10' x 40' x 5' Skidded 3-Sided Bin | $8,500 |
| 257 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 6' Skid Mounted Mud Tank; with M-I Swaco Model MONGOOSE PT Dual Motion Shaker, S/N A7102315; Ladders; and Catwalk | $8,500 |
| 373 | 1 | Rolling Stock | Williston, ND | Load King Flip Axle, VIN 5LKF05112D1028592, (2013) | $8,500 |
| 78 | 1 | Rolling Stock | Vernal, UT | Williamson Model W-061412KSTC Tandem Axle Flatbed Trailer, VIN BU021796, (2011)' with 20-gpm Steam Cleaner | $8,000 |
| 99 | 1 | Rolling Stock | Vernal, UT | Load King 40' Tandem Axle Belly Dump Trailer, VIN 1B4B40236S1119282, Asset #BD-4, (1995); with Retractable Bed Cover | $8,000 |
| 100 | 1 | Rolling Stock | Vernal, UT | Load King Tandem Axle Belly Dump Trailer, VIN 7T4120084, (1996) | $8,000 |
| 271 | 1 | Throughout | Williston, ND | Allmand Model Maxi-Heat MH1000 1,000,000-Btu Towable Heater, S/N 0017MXH10, (2010); Liquid Cooled Diesel Engine, (2) I.C.E. Frost Fighter IDF500 Indirect-Fired Heaters, Mounted On Single-Axle Steel Frame Trailer | $7,500 |
| 290 | 1 | Rolling Stock | Williston, ND | Fruehauf Model PSD-T2W-48W 48' Tandem Spread Axle Drop Deck Trailer, VIN 1H2P0482XVW013412, Asset #ND TR 23, (1997); with Tool Box; 100-Gallon Fuel Tank; and 15-gpm Fuel Pump | $7,500 |
| 362 | 1 | Rolling Stock | Williston, ND | Utility Model FS2CHS 48' Tandem Axle Hiboy Flatbed Trailer, VIN 1UYFS24896A853002, Asset #ND TR 9, (2006) | $7,500 |
| 190 | 1 | Man Camps & Camper Trailers | Williston, ND | Keystone Model Hideout Estimated 19' Tandem Axle Camper Trailer, VIN 4YDT19F23BN200462, (2011) | $7,000 |
| 191 | 1 | Man Camps & Camper Trailers | Williston, ND | Keystone Model Hideout Estimated 19' Tandem Axle Camper Trailer, VIN 4YDT19F29BN203365, (2011) | $7,000 |
| 274 | 1 | Throughout | Williston, ND | Allmand Model Maxi-Heat MH1000 1,000,000-Btu Towable Heater, S/N 0133MXH09, (2009); Liquid Cooled Diesel Engine, (2) I.C.E. Frost Fighter IDF500 Indirect-Fired Heaters, Mounted On Single-Axle Steel Frame Trailer | $7,000 |
| 285 | 1 | Throughout | Williston, ND | MQ Power Model DCA-180SSJU 180-kva Generator, S/N 8900045, Asset #NDG1, (2007); 13,861 Hours Indicated, Mounted on Tandem Axle Steel Trailer Frame | $7,000 |
| 48 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-1 | $6,500 |
| 49 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-2 | $6,500 |
| 50 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-3 | $6,500 |
| 51 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-4 | $6,500 |
| 52 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-5 | $6,500 |
| 53 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-6 | $6,500 |
| 54 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-7 | $6,500 |
| 55 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-8 | $6,500 |
| 56 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-9 | $6,500 |
| 57 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-10 | $6,500 |
| 58 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-13 | $6,500 |
| 59 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, Asset #FB-14 | $6,500 |
| 258 | 1 | Tanks | Williston, ND | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, S/N 3-21-12 | $6,500 |
| 267 | 1 | Tanks | Williston, ND | Custom Built Estimated 10' x 40' x 8' Skid Mounted Flowback Tank, S/N 3-20-12A | $6,500 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 325 | 1 | Rolling Stock | Williston, ND | Gator Tail 30' Tandem Axle Gooseneck Trailer, VIN 4Z1GF3028DS001730, Asset #ND TR 47, (2013); with Beaver Tail Ramps; **(Not In Service At Time Of Inspection)** | $6,500 |
| 356 | 1 | Rolling Stock | Williston, ND | Gator Tail 30' Tandem Axle Gooseneck Trailer, VIN 4Z1GF302XDS003141, Asset #ND TR 18, (2013); with Beaver Tail Ramps | $6,500 |
| 369 | 1 | Rolling Stock | Williston, ND | Gator Tail 40' Tandem Axle Gooseneck Trailer, VIN 4Z1GF4025D1000286, (2013); with Beaver Tail Ramps | $6,500 |
| 106 | 1 | Rolling Stock | Vernal, UT | Big Tex Model 22GN-35BK-5CP 35' Tandem Axle Gooseneck Trailer, VIN 16VGX3523B2683250, (2011) | $6,000 |
| 92 | 1 | Rolling Stock | Vernal, UT | Transcraft Model TL2000 Estimated 53' Tandem Axle Flatbed Trailer, VIN 4T1049229, (1996) | $5,500 |
| 63 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 50' x 8' Skid Mounted Settling Pit Tank; with Storage; Stairs; and Catwalk | $5,000 |
| 64 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 50' x 8' Skid Mounted Settling Pit Tank; with Storage; and Ladder | $5,000 |
| 75 | 1 | Throughout | Vernal, UT | Allmand Model Maxi-Heat MH1000 1,000,000-Btu Towable Heater, S/N 0141MXH08, (2008); Liquid Cooled Diesel Engine; with (2) I.C.E. Frost Fighter IDF500 Indirect-Fired Heaters, Mounted On Single-Axle Steel Frame Trailer | $5,000 |
| 76 | 1 | Throughout | Vernal, UT | Ingersoll-Rand Model EP5O-PE 215-cfm Air Compressor, S/N PG1386U05042, 50 hp; with Ingersoll-Rand Model TS200 Air Dryer, S/N 42493171; and Vertical Steel Air Receiving Tank | $5,000 |
| 91 | 1 | Rolling Stock | Vernal, UT | Estimated 53' Tandem Axle Float Trailer, VIN LA351704, (1990) | $5,000 |
| 160 | 1 | Pumps | Williston, ND | Mayco Model C-30HD 2" Towable Concrete Pump, S/N 900313, (1990) | $5,000 |
| 270 | 1 | Throughout | Williston, ND | Allmand Model Maxi-Heat MH1000 1,000,000-Btu Towable Heater, S/N 0140MXH08, (2008); Liquid Cooled Diesel Engine, (2) I.C.E. Frost Fighter IDF500 Indirect-Fired Heaters, Mounted On Single-Axle Steel Frame Trailer | $5,000 |
| 272 | 1 | Throughout | Williston, ND | Allmand Model Maxi-Heat MH1000 1,000,000-Btu Towable Heater, S/N 0096MXH07, (2007); Liquid Cooled Diesel Engine, (2) I.C.E. Frost Fighter IDF500 Indirect-Fired Heaters, Mounted On Single-Axle Steel Frame Trailer | $4,500 |
| 273 | 1 | Throughout | Williston, ND | Allmand Model Maxi-Heat MH1000 1,000,000-Btu Towable Heater, S/N 0231MXH07, (2007); Liquid Cooled Diesel Engine, (2) I.C.E. Frost Fighter IDF500 Indirect-Fired Heaters, Mounted On Single-Axle Steel Frame Trailer | $4,500 |
| 281 | 1 | Throughout | Williston, ND | Magnum Model MLT4080K 4-Lamp Light Plant, S/N 1307818, (2013); 5,187 Hours Indicated; Mounted on Steel Single Axle Trailer | $4,500 |
| 282 | 1 | Throughout | Williston, ND | Magnum Model MLT4080K 4-Lamp Light Plant, S/N 1307819, (2013); Mounted on Steel Single Axle Trailer | $4,500 |
| 283 | 1 | Throughout | Williston, ND | Trimble Model SPS855 GPS Modular Receiver, S/N 523K51334; with Accessories | $4,500 |
| 292 | 1 | Rolling Stock | Williston, ND | Texas Bragg Model EC40TDGN20 40' Tandem Axle Gooseneck Trailer, VIN 61062428, (2006) | $4,500 |
| 77 | 1 | Throughout | Vernal, UT | Genie Model GS-1930 500-Lb. x 19' Scissor Lift | $4,000 |
| 90 | 1 | Rolling Stock | Vernal, UT | Utility 45' Tandem Axle Flatbed Trailer, VIN 1UYFS2451NA821407, Asset #TL20, (1992) | $4,000 |
| 276 | 1 | Throughout | Williston, ND | Wacker Model LTN8K 4-Lamp Light Plant, S/N 20118007, (2012); 9,121 Hours Indicated; Mounted on Steel Single Axle Trailer Frame, VIN 5XFLN051XCNO02888 | $4,000 |
| 278 | 1 | Throughout | Williston, ND | Wacker Model HI400 400,000-Btu Portable Heater, S/N 20170297, (2013) | $4,000 |
| 279 | 1 | Throughout | Williston, ND | Wacker Model HI400 400,000-Btu Portable Heater, S/N 20170263, (2013) | $4,000 |
| 280 | 1 | Throughout | Williston, ND | Wacker Model LTN8K 4-Lamp Light Plant, S/N 20118003, (2012); Mounted on Steel Single Axle Trailer Frame, VIN 5XFLN0512CN002884 | $4,000 |
| 289 | 1 | Throughout | Williston, ND | Genie Model GS-1930 500-Lb. x 19' Scissor Lift, S/N GS30081B-97327, (2008); 65 Hours Indicated | $4,000 |
| 298 | 1 | Rolling Stock | Williston, ND | East Estimated 53' Tandem Spread Axle Float Flatbed Trailer, VIN 1E1H5Y281MRL12287, (1991) | $4,000 |
| 10 | 1 | Pumps | Vernal, UT | Pioneer Pump 4" Trailer Mounted Pump; 4,585 Hours Indicated, Deutz 55 hp Diesel Engine | $3,500 |
| 61 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 40' x 8' Skid Mounted Cuttings Pit Tank; with Stairs; and Catwalk | $3,500 |
| 105 | 1 | Rolling Stock | Vernal, UT | Big Tex Model 22GN-24BK-5CP 24' Tandem Axle Gooseneck Trailer, VIN 16VGX242682690696, Asset #TR-696, (2008) | $3,500 |
| 139 | 1 | Rolling Stock | Vernal, UT | Gator Tail 20' Tandem Axle Tilt Bed Gooseneck Trailer, VIN 4Z7CD2020C3022195, Asset #ND TR 14, (2012) | $3,500 |
| 157 | 1 | Pumps | Williston, ND | Pioneer Pump 4" Skid Mounted Pump; with Deutz 75 hp Diesel Engine | $3,500 |
| 159 | 1 | Pumps | Williston, ND | Pioneer Pump 4" Skid Mounted Pump, S/N 08843663; with Deutz Model D/TCD 914 75 hp Diesel Engine | $3,500 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 171 | 1 | Drilling Equipment | Williston, ND | Custom Built Estimated 8' x 40' x 8' Skid Mounted Doghouse; with Fill-Rite 15-gpm Fuel Pump; Storage Lockers; and Built-In Storage Cabinets | $3,500 |
| 175 | 1 | Drilling Equipment | Williston, ND | Custom Built Estimated 10' x 50' x 8' Skid Mounted Doghouse, Asset #DH 5; with  Fill-Rite 15-gpm Fuel Pump; Storage Lockers; and Built-In Storage Cabinets | $3,500 |
| 179 | 1 | Drilling Equipment | Williston, ND | Custom Built Estimated 10' x 50' x 8' Skid Mounted Doghouse; with Crew Quarters; and Tool Storage | $3,500 |
| 286 | 1 | Throughout | Williston, ND | MQ Power Model DCA-85USJ 85-kva Generator, S/N 8400430, (2006) | $3,500 |
| 287 | 1 | Throughout | Williston, ND | Model SR65E Air Compressor | $3,500 |
| 62 | 1 | Tanks | Vernal, UT | Custom Built Estimated 10' x 50' x 6' Skidded 3-Sided Catch Tank | $3,000 |
| 216 | 1 | Tanks | Williston, ND | Estimated 10' x 40' x 6' Skid Mounted Flat Mud Tank; with Ladders; and Catwalk | $3,000 |
| 277 | 1 | Throughout | Williston, ND | MQ Power Model DCA-25SSIU3 20-kW Generator, S/N 7110570; 12,303 Hours Indicated | $3,000 |
| 389 | 1 | Rolling Stock | Williston, ND | Big Tex Tandem Axle BBQ Trailer, VIN 92E35508, (2009) | $3,000 |
| 83 | 1 | Rolling Stock | Vernal, UT | Haulmark 12' Tandem Axel Endorsed Utility Trailer, VIN CU081237, (2012); Accompanies BBQ Trailer | $2,750 |
| 313 | 1 | Rolling Stock | Williston, ND | Interstate Model Load-Runner 16' Tandem Axle Enclosed Utility Trailer, VIN  4RACS1625AN071587, Asset #ND TR 34, (2010) | $2,750 |
| 346 | 1 | Rolling Stock | Williston, ND | P3 Trailers Model F8202 20' Tandem Axle Flatbed Trailer, VIN 4P5F8202181160679,  Asset #ND TR 4, (2011); with Beaver Tail Ramps | $2,750 |
| 365 | 1 | Rolling Stock | Williston, ND | Big Tex Model 12P1-20BK 20' Tandem Axle Flatbed Trailer, VIN 16VPX2029B2370995, Asset #ND TR 49, (2011) | $2,750 |
| 84 | 1 | Rolling Stock | Vernal, UT | Haulmark Estimated 24' Enclosed V-Neck Utility Trailer, VIN 9K027600, (2009) | $2,500 |
| 174 | 1 | Drilling Equipment | Williston, ND | Custom Built Estimated 8' x 25' x 8' Skid Mounted Doghouse, Asset #DH 4; with Fill-Rite 15-gpm Fuel Pump; Storage Lockers; and Built-In Storage Cabinets | $2,500 |
| 198 | 1 | Construction Equipment | Williston, ND | Caterpillar Model 262B 2,700-Lb. Skid Steer Loader, S/N PDT04340, (2007); 15.4 cft, 72"W Bucket, Cat 3044C DIT 78 hp Diesel Engine, ROPS | $2,500 |
| 337 | 1 | Rolling Stock | Williston, ND | Big Tex Model 14PL-16BK Estimated 16' Tandem Axle Flatbed Trailer, VIN C4319140, (2012) | $2,500 |
| 89 | 1 | Rolling Stock | Vernal, UT | Lufkin Estimated 53' Tandem Axle Float Trailer, VIN 33067, (1971) | $2,000 |
| 168 | 1 | Drilling Equipment | Williston, ND | Custom Built Estimated 8' x 25' x 8' Skid Mounted Doghouse, Asset #DH 2; with Fill-Rite 15-gpm Fuel Pump; Storage Lockers; and Built-In Storage Cabinets | $2,000 |
| 199 | 1 | Construction Equipment | Williston, ND | Caterpillar Model BA18 Estimated 8' Sweeper Attachment, S/N 0AZN03961 | $2,000 |
| 220 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A377-02-01, Asset #UR3, (2006); 12'D x 20'H | $2,000 |
| 221 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A653-01-01, Asset #UR4, (2006); 12'D x 20'H | $2,000 |
| 223 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A707-02-01, Asset #UR1, (2007); 12'D x 20'H | $2,000 |
| 224 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A653-02-01, Asset #UR2, (2006); 12'D x 20'H | $2,000 |
| 225 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A526-01-01, Asset #UR3, (2006); 12'D x 20'H | $2,000 |
| 227 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A765-039; 12'D x 20'H | $2,000 |
| 228 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A707-01-01; 12'D x 20'H | $2,000 |
| 229 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A765-01-01; 12'0 x 20'H | $2,000 |
| 239 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A455-01-01, (2006); 12'D x 20'H | $2,000 |
| 245 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A597-02-01, (2006); 12'D x 20'H | $2,000 |
| 246 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A597-01-01, (2006); 12'D x 20'H | $2,000 |
| 253 | 1 | Tanks | Williston, ND | Challenger 400-BBL Skid Mounted Water Tank, S/N 3A765-02-01, (2007); 12'D x 20'H | $2,000 |
| 339 | 1 | Rolling Stock | Williston, ND | Big Bubba's 16' Tandem Axle Flatbed Trailer, VIN 5F7US1627BU018151, Asset #ND TR 27, (2011) | $1,800 |

**CRAIG ENERGY, LLC**
**EQUIPMENT, SCHEDULE B.50**

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 269 | 1 | Throughout | Williston, ND | Pro-Tech Model SP16L 16' Snow Pusher, S/N 33874 | $1,650 |
| 65 | 1 | Tanks | Vernal, UT | 2,500-Gallon Skid Mounted Fuel Tank; with Fuel Pump | $1,500 |
| 81 | 1 | Rolling Stock | Vernal, UT | Texas Bragg 18' Tandem Axle Flatbed Trailer, VIN 17XFP1182881083263, (2008); Car Hauler | $1,500 |
| 170 | 1 | Drilling Equipment | Williston, ND | Estimated 10' x 24' x 3' Skid Mounted Collar Tub, S/N 10-8-14P | $1,500 |
| 172 | 1 | Drilling Equipment | Williston, ND | Estimated 10' x 24' x 3' Skid Mounted Collar Tub | $1,500 |
| 173 | 1 | Drilling Equipment | Williston, ND | Estimated 10' x 24' x 3' Skid Mounted Collar Tub | $1,500 |
| 176 | 1 | Drilling Equipment | Williston, ND | Estimated 10' x 24' x 3' Skid Mounted Collar Tub | $1,500 |
| 177 | 1 | Drilling Equipment | Williston, ND | Estimated 10' x 24' x 3' Skid Mounted Collar Tub | $1,500 |
| 300 | 1 | Rolling Stock | Williston, ND | Texas Bragg 18' Tandem Axle Flatbed Trailer, VIN 17XFP182781084632, Asset #ND TR 17, (2008); with Tool Box | $1,500 |
| 351 | 1 | Rolling Stock | Williston, ND | 40' Tandem Axle Gooseneck Trailer, Asset #ND TR 32 | $1,500 |
| 79 | 1 | Rolling Stock | Vernal, UT | Texas Bragg 16' Tandem Axle Flatbed Trailer, VIN 17XFP162441040553, (2004); Car Hauler | $1,200 |
| 80 | 1 | Rolling Stock | Vernal, UT | Big Tex 16' Tandem Axle Flatbed Trailer, VIN 16VPX162272370040, (2007); Car Hauler, with Dovetail Ramps | $1,200 |
| 82 | 1 | Rolling Stock | Vernal, UT | Texas Bragg Estimated 16' Tandem Axle Flatbed Trailer, VIN 82314663, (2008); Car Hauler | $1,200 |
| 268 | 1 | Throughout | Williston, ND | Estimated 10' x 10' 5' Skid Mounted Trash Container | $1,200 |
| 336 | 1 | Rolling Stock | Williston, ND | C&B Estimated 16' Tandem Axle Flatbed Trailer, VIN 5673; Car Hauler | $1,200 |
| 222 | 1 | Tanks | Williston, ND | 1,000-Gallon Skid Mounted Single Wall Fuel Tank; with Fuel Pump | $1,000 |
| 158 | 1 | Pumps | Williston, ND | Pioneer Pump 4" Skid Mounted Pump, S/N 19520003; with Deutz Model F4L914 75 hp Diesel Engine, (2006) | $500 |
| 390 | 1 | Drill Rigs | Williston, ND | 2014 Atlas Copco RD20XC Range III Base Machine Mobile Drill Rig, 1250/350 IR Air Compressor, mounted on One (1) 10X6 2014 Crane Carrier Truck Cab and Chassis, VIN# 1CYDGB683ET051261 with 380 HP Engine, 44,000 LB Front Axles (22,000 LB each), 69,000 LB Rear Axles, High Torque Rotary Head (8,000 Feet-LB, 0-120 RPM), Range III Derrick with 120,000 LB pullback, 755 HP Cummins QSK 19C Deck Engine, 1500 PSI Auxiliary Air manifold, 5 HYD Leveling Jacks | $769,139 |
| 391 | 1 | Buildings | Williston, ND | 2014 50' x 135' Signature Series Sprung Structure | $78,154 |
| 392 | 1 | Rolling Stock | Williston, ND | 2015 Peterbilt 389 Tractor, VIN# 1XPXP4EX4FD295918, mounted with One (1) Gardner Denver Blower, serial number N295915, including two (2) 4249QC Tire Chains and five (5) 2249QC Tire Chains | $118,257 |
| 393 | 1 | Rolling Stock | Williston, ND | 2015 Peterbilt 389 Tractor, VIN# 1XPXP4EX2FD295920, mounted with One (1) Gardner Denver Blower, serial number N295920 | $118,257 |
| 394 | 1 | Cement Equipment | Williston, ND | Oilfield Equipment Sales Double Pumper RCM Cementer, VIN# 1M9KS3520EG768264, Mounted on New 2014 MadPro Step Trailer, 34' Frame Trailer, (8) 11.R22.5 Tires, (2) New Series 60/475 HP Engine Controls (Serial #'s 06R1064227 and 06R1064228), (2) Rebuilt HD 750 Allison Transmission (Serial #'s 30-10069 and 30-10747), (2) New Atlas Radiators, New drive lines-1810, (2) New J&E Pumps 4-1/2" Plungers (Serial #'s 1P13062 and 1P13075), New Perkins 173 HP Pony Engine (Serial # U044880Y), New Chelsea 3 PTO Gear Box w/New 800 Series PTO's, New Mission Magnum 5x6 Centrifugal Pump Packing (Serial # M149510), New Mission Magnum 4x3 Centrifugal Pump Packing (Serial # M153704), Extra 4x5 Boost Pump, 20- BBL Displacement Tank, 8-BBL Mixing Tub Hydraulic Driven Paddles, Halco RCM Mixing System, Endress - Hauser Densitometer, MD 16k Pressure Gauges, Control Panel w/Air Actuators, Valves, Engine Gauges, Transmission Shifters, Work Lites, Pressure Gauges, etc., (3) 8' Loops 1502, (2) Style 10 Swings & (3) Style 50 Swings, (2) 5000 PSI 2" Hoses, (2) 4" Suction Hoses, 110' Straight Iron, Non Pressure Seal w/1502 Unions Sandblast, Primer & Paint, (2) Heat Changer, (2) 1" Hydraulic Hose - 35', (2) 1" Hydraulic Hose - 38', (2) 4" Air In-Take Shut down, (1) 2" Air In-Take Shut down, (1) Data Acquisition From PI2000, (1) Engine Doors, (1) Aluminum Wheels, (1) Radiator Covers (5) Style 50 M x F Swing, (2) 1502 10' Loop | $439,794 |
| 395 | 1 | Rolling Stock | Williston, ND | 2015 Peterbilt 389 Tractor, VIN# 1XPXD49X4FD295923 | $103,166 |
| 396 | 1 | Rolling Stock | Williston, ND | 2015 Peterbilt 389 Tractor, VIN# 1XPXD49X6FD295924 | $103,166 |
| 397 | 1 | Rolling Stock | Williston, ND | 2015 Peterbilt 389 Tractor, VIN# 1XPXD49X8FD295925 | $103,166 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

Craig Energy Asset Listing and Descriptions

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 398 | 1 | Rolling Stock | Williston, ND | 2015 Peterbilt 389 Tractor, VIN# 1XPXD49XXFD295926 | $103,166 |
| 399 | 1 | Rolling Stock | Williston, ND | 2015 Peterbilt 389 Tractor, VIN# 1XPXD49X1FD295927 | $103,166 |
| 400 | 1 | Rolling Stock | Williston, ND | 2015 Peterbilt 389 Tractor, VIN# 1XPXD49X1FD295930 | $103,166 |
| 401 | 1 | Rolling Stock | Williston, ND | 2015 Polar APXP 1240-1 Aluminum Tank Trailer, VIN# 1PMB15324F2045497 | $71,840 |
| 402 | 1 | Rolling Stock | Williston, ND | 2015 Polar APXP 1240-1 Aluminum Tank Trailer, VIN# 1PMB15324F2045498 | $71,840 |
| 403 | 1 | Cement Equipment | Williston, ND | 2014 MadPro Step Trailer Double Pumper RCM Cementer, VIN# 1M9KS3522EG768265, with Two (2) New Series 60/475 HP Engine Controls (Serial #'s 06R1064231 and 06R1064232), Two (2) New J&E Pumps 4-1/2" Plungers (Serial #'s 1P13042 and 1P13080), New Perkins 173 HP Pony Engine (Serial # U044882Y), One (1) New Mission Magnum 5x6 Centrifugal Pump Packing (Serial # M153708) and One (1) New Mission Magnum 4x3 Centrifugal Pump Packing (Serial # M153692) | $443,544 |
| 404 | 1 | Cement Equipment | Williston, ND | 2014 Wilco Machine & Fab., Inc. Bulk Cement Plant with Eight (8) 2100 cu. Ft. ASME Pressure Silos (Double Skid Uprights w/Load Cells), serial numbers: 9273, 9274, 9275, 9276, 9277, 9278, 9279 and 9355; One (1) Caged Ladder and Work Platform to access waste Silo Dust Collector, One (1) 400 cu. Ft. ASME Blend Tank (single skid), serial number 9280; One (1) 400 cu. Ft. ASME Scale Tank (Double skid w/load cells), serial number 9281; One (1) 33 cu/ Ft. ASME Additive Bottle w/Sack Cutter Table, serial number 9320; One (1) Torit 8-Cartridge Dust Collector for Top Mounting on Water Silo; One (1) Gardner Denver Electra-Saver II, Model EBP99K 480V III phase Compressor, serial number S454241; One (1) StylAir Desiccant Air Dryer Model A16, serial number 00802; One (1) Manchester Air Receiver Tank, serial number 165, One (1) AirWall Dust Collector System, Model 100 MD with stand and One (1) Lighting Package | $492,668 |
| 405 | 1 | Cement Equipment | Williston, ND | 2001 Peterbilt Model 357 Tri/A Mixer Truck, Vin# 1NPAL50X61D535245 | |
| 406 | 1 | Cement Equipment | Williston, ND | 2001 Peterbilt Model 357 Tri/A Mixer Truck, Vin# 1NPAL50X51D535236 | $49,731 |
| 407 | 1 | Cement Equipment | Williston, ND | 2015 Wilco Machine & Fab., Inc. 2015 Model 660 CFL Dry Bulk Transport Trailer, VIN# 1W9AB3927FM257794, with Neway Air Ride Suspension-Cummins 74 HP Engine, two (2) 330 Bulk Tanks, serial numbers 9248 & 9251 and one (1) 30 gallon ASME tank, serial number 9256 | $67,500 |
| 408 | 1 | Cement Equipment | Williston, ND | 2015 Wilco Machine & Fab., Inc. 2015 Model 660 CFL Dry Bulk Transport Trailer, VIN# 1W9AB3929FM257795 with Neway Air Ride Suspension-Cummins 74 HP Engine, two (2) 330 Bulk Tanks, serial numbers 9246 & 9247 and one (1) 30 gallon ASME tank, serial number 9257 | $67,500 |
| 409 | 1 | Cement Equipment | Williston, ND | 2015 Wilco Machine & Fab., Inc. 2015 Model 660 CFL Dry Bulk Transport Trailer, VIN# 1W9AB3929FM257796 with Neway Air Ride Suspension-Cummins 74 HP Engine, two (2) 330 Bulk Tanks, serial numbers 9252 & 9249 and one (1) 30 gallon ASME tank, serial number 9255 | $67,500 |
| 410 | 1 | Cement Equipment | Williston, ND | 2015 Wilco Machine & Fab., Inc. 2015 Model 660 CFL Dry Bulk Transport Trailer, VIN# 1W9AB3929FM257797 with Neway Air Ride Suspension-Cummins 74 HP Engine, two (2) 330 Bulk Tanks, serial numbers 9250 & 9253 and one (1) 30 gallon ASME tank, serial number 9254 | $67,500 |
| 411 | 1 | Cement Equipment | Vernal, UT | 2015 225 CFM Air Compressor Skid, Serial Number 2485 | $15,100 |
| 412 | 1 | Cement Equipment | Vernal, UT | 2015 1100 SK Silo Skidded, Serial Number 2484 | $15,100 |
| 413 | 1 | Cement Equipment | Vernal, UT | 2015 330 Blended Tank, Serial Number 2483 | $15,100 |
| 414 | 1 | Cement Equipment | Vernal, UT | 2015 330 Scale Tank & Computer System, Serial Number 2482 | $15,100 |
| 415 | 1 | Cement Equipment | Vernal, UT | 2015 Dust Collector Tank with 14 filter socks 20" flange, Serial Number 2481 | $15,100 |
| 416 | 1 | Rolling Stock | Williston, ND | 2014 Chevy Silverado 2500HD, VIN# 1GC1KVCG3EF191888 | $27,495 |
| 417 | 1 | Rolling Stock | Williston, ND | 2014 Chevy Silverado 2500HD, VIN# 1GC1KVCGXEF192441 | $27,495 |
| 418 | 1 | Rolling Stock | Williston, ND | 2014 GMC Acadia, VIN# 1GKKVSKD5EJ333936 | $20,135 |
| 419 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVEG6FF131005 | $33,612 |

**CRAIG ENERGY, LLC**

Craig Energy Asset Listing and Descriptions

**EQUIPMENT, SCHEDULE B.50**

| Item # | Quantity | Category | Location | Description | OLV |
|--------|----------|----------|----------|-------------|-----|
| 420 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG4FF104590 | $29,100 |
| 421 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG5FF129059 | $32,247 |
| 422 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVEG1FF110594 | $35,093 |
| 423 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG3FF154445 | $30,052 |
| 424 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG4FF154518 | $30,052 |
| 425 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG0FF104800 | $30,349 |
| 426 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEGXFF155317 | $30,129 |
| 427 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG1FF134176 | $28,067 |
| 428 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVE82FF121032 | $39,150 |
| 429 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG5FF133063 | $28,211 |
| 430 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVEG7FF159265 | $34,031 |
| 431 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVEG9FF126963 | $33,329 |
| 432 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG0FF104201 | $29,518 |
| 433 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG1FF104983 | $29,518 |
| 434 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 3500HD, VIN# 1GC4KZC86FF113118 | $39,371 |
| 435 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG8FF186470 | $29,044 |
| 436 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG5FF186703 | $29,044 |
| 437 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 1500, VIN# 3GCUKREC1FG121112 | $31,506 |
| 438 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC0KUEG3FZ115431 | $26,609 |
| 439 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG0FF178105 | $29,492 |
| 440 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG6FF128051 | $29,360 |
| 441 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVEG9FF514646 | $33,423 |
| 442 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVEGXFF515014 | $33,423 |
| 443 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVE83FF503019 | $40,984 |
| 444 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC0KUEG5FZ507181 | $25,482 |
| 445 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KVEG4FF515784 | $31,218 |
| 446 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG2FF515972 | $27,944 |
| 447 | 1 | Rolling Stock | Williston, ND | 2015 Chevy Silverado 2500HD, VIN# 1GC1KUEG4FF514306 | $27,944 |

CRAIG ENERGY, LLC
EQUIPMENT, SCHEDULE B.50

**Craig Energy Asset Listing and Descriptions**

| Item # | Quantity | Category | Location | Description | OLV |
|---|---|---|---|---|---|
| 448 | 1 | Drill Rigs | Williston, ND | 2015 Atlas Copco Predator Drilling System consisting of carrier-mounted telescoping mast, top drive, engine and hydraulic pumps, self-contained substructure support system, hands-free auto pipe skate with elevating pipe racks.<br><br>Carrier-mounted drilling rig with CAT C-27 950-HP engine, Fuller RTOF-14908LL 8 speed transmission, 500HP Hydraulic drive motor, 69Klb tridem rear axles with driver-controlled interaxle and differential locks, 44Klb tandem front axle.  445/65R22.5 tubeless radial front tires, 11R22.5 14-ply tubeless radial rear tires, ABS brakes, custom lox cab.<br><br>Predator substructure support system, max working load of 200Klbs, max 42in floor opening, 27-1/2in table.<br><br>Predator hands-free pipe handling (pipe skate), with 4-1/2in to 24in pipe diameter handling range, 30ft to 46ft pipe length.<br><br>Rig lighting package, directional/horizontal drilling functionality.<br><br>4-ton hydraulic deck/service crane w wireless remote control<br><br>30GPM/2Kpsi FMC Bean Water Injection Pump | $1,662,500 |
| 449 | 1 | Rolling Stock | Williston, ND | 2016 Kenworth T89 Chassis, VIN 1NKZX4TX1GJ476588 with attached Vector HXX Hydro-Excavator, SN 15-03V-15402, including all attachments and accessories. | $313,354 |

|  |  |  |  | Orderly Liquidation Value | $24,431,451 |
|  |  |  |  | Estimated Liquidation Expenses |  |

**Fill in this information to identify the case:**

Debtor name **Craig Energy, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1** **Capital One Business Credit Corp.**
Creditor's Name

5420 Lyndon B Johnson
Fwy Ste 630
Dallas, TX 75240-2369
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All of the Debtor's assets wherever located, whether now owned or existing or hereafter acquired or arising, together with all proceeds thereof.**

**Describe the lien**
**Revolver ($10M), Base Term Loan ($17M), Cap-Ex ($5M)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$17,880,000.00**
Value of collateral: **$0.00**

**2.2** **General Electric Capital Corporation**
Creditor's Name

4 Park Plz Ste 1400
Irvine, CA 92614-8560
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/16/15**

**Describe debtor's property that is subject to a lien**
**Two 2015 Peterbilt 389 Tractor with Gardner Denver Blower and Double Pumper RCM Cementer Mounted on New 2014 MadPro Step Trailer**

**Describe the lien**
**Capital Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$1,088,000.00**
Value of collateral: **$0.00**

Official Form 206D     Schedule D: Creditors Who Have Claims Secured by Property     page 1 of 4

Debtor    **Craig Energy, LLC**    Case number (if known) _____
_____
Name

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **General Electric Capital Corporation** | **Describe debtor's property that is subject to a lien** | $548,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**(1) Two Peterbilt 2001 Model 357 TriA Mixer Trucks (2) Four Wilco Machine & Fab  2015 Model 660 CFL Dry Bulk Transport Trailers**

**4 Park Plz Ste 1400
Irvine, CA 92614-8560**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/17/15**
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **General Electric Capital Corporation** | **Describe debtor's property that is subject to a lien** | $143,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**(1) One 2015 Model 225 CFM Air Compressor Skid, (2) One 2015 Model 1100 SK Silo Skidded Silo, (3) One 2015 Model 330 Blended Tank, (4) 2015 330 Scale Tank and Computer Systems, (5) 2015 Dust Collector Tank with 14 filter socks 20in flange**

**4 Park Plz Ste 1400
Irvine, CA 92614-8560**
Creditor's mailing address

**Describe the lien**
**Capital Lease**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/20/15**
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| 2.5 | **General Electric Capital Corporation** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     $2,660,000.00     $0.00

**(1) Six 2015 Peterbilt 389 Tractors, (2) Two Polar 2015 Model APX9 1240 Aluminum Tank Trailers, (3) One 2014 MadPro Step Trailer Double Pumper RCM Cementer (4) One Wilco Machine & Fab 2014 Bulk Cement Plant**

**4 Park Plz Ste 1400**
**Irvine, CA 92614-8560**
Creditor's mailing address

**Describe the lien**
**Capital Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/30/15**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Medley Capital Corporation** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     $14,570,000.00     $0.00

**All Debtor's assets wherever located, whether now existing or hereafter acquired or arising, together with all proceeds thereof.**

**600 Montgomery St Fl 39**
**San Francisco, CA 94111-2814**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Signature Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     $1,582,000.00     $0.00

**(1) One 2014 Atlas Copco RD20XC Range III Base Machine Mobile Drill Rig with 1250/350 Air Compressor mounted on 2014 Crane Carrier Truck Cab and Chassis (2) 2014 Sprung Structure 50' x 135' Signature Series**

Creditor's mailing address

**Describe the lien**
**Capital Lease**

**Is the creditor an insider or related party?**

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 4

Debtor **Craig Energy, LLC**
Name

Case number (if know) _____

Creditor's email address, if known
_____

**Date debt was incurred**

**10/31/14**

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$38,471,000.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**Fill in this information to identify the case:**

Debtor name **Craig Energy, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **$306.00** |
| | **3-D HEATING & COOLING** | |
| | **PO BOX 1571** | |
| | **VERNAL, UT 84078** | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | **$7,550.93** |
| | **424-PRAXAIR DISTRIBUTION** | |
| | **2912 2ND AVE W** | |
| | **WILLISTON, ND 58801** | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Debtor   **Craig Energy, LLC**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,294.91** |

**A NU VIEW AUTO GLASS, INC**

**962 EAST MAIN**
**VERNAL, UT 84078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,504.40** |

**A&I DISTRIBUTORS**

**PO BOX 1999**
**BILLINGS, MT 59103-1999**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$140,834.21** |

**A&K SERVICES, LLC**

**PO BOX 1204**
**SIDNEY, MT 59270-1204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$87.21** |

**ADAMS BODY & PAINT, INC**

**PO BOX 1310**
**VERNAL, UT 84078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

Debtor  **Craig Energy, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.7** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $487.94 |

**3.7** Nonpriority creditor's name and mailing address

**ADAMS-ISC**

**12905 HIGHWAY 55**
**MINNEAPOLIS, MN 55441-3890**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$487.94**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**AIRGAS USA, LLC**

**PO BOX 676015**
**DALLAS, TX 75267-6015**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$741.09**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

**ALLEN SALES AND SERVICE**

**PO BOX 943**
**VERNAL, UT 84078**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$5,495.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**AMERICAN CASING & EQUIPMENT, INC**

**PO BOX 1151**
**WILLISTON, ND 58802**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$1,050.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor    **Craig Energy, LLC**                                              Case number (if known) _____
          _____
          Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,139.01 |
|------|---|---|---|

**AMERIPRIDE SERVICES, INC**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 2020**
**BEMIDJI, MN 56619-2020**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,856.90 |
|------|---|---|---|

**APPLIED INDUSTRIAL TECHNOLOGIES INC**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**4928 140R LANE NW SUITE 102**
**WILLISTON, ND 58801**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.41 |
|------|---|---|---|

**ARMSTRONG WATER SOLUTIONS**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 7200**
**CLEVELAND, OH 44192**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,901.75 |
|------|---|---|---|

**ASK TRANSPORTATION, INC**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 1641**
**WILLISTON, ND 58802-1641**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor   **Craig Energy, LLC**                                          Case number (if known) _____
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,737.00 |
|---|---|---|---|

**ASSOCIATED REDI-MIX CONCRETE, LLC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 168688
IRVING, TX 75016-8688

Basis for the claim:
_____

Date or dates debt was incurred _____     Is the claim subject to offset?

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.33 |
|---|---|---|---|

**AUTO TECH, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 1024
VERNAL, UT 84078

Basis for the claim:
_____

Date or dates debt was incurred _____     Is the claim subject to offset?

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.50 |
|---|---|---|---|

**AXIOM MEDICAL CONSULTING, LLC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

4840 PANTHER CREEK DR. STE. 106
THE WOODLANDS, TX 77381

Basis for the claim:
_____

Date or dates debt was incurred _____     Is the claim subject to offset?

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.00 |
|---|---|---|---|

**B&C QUICK TEST, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2460 NORTH 500 EAST
VERNAL, UT 84078

Basis for the claim:
_____

Date or dates debt was incurred _____     Is the claim subject to offset?

■ No
Last 4 digits of account number _____     ☐ Yes

---

Debtor    **Craig Energy, LLC**                                        Case number (if known) _____
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.35 |
|------|---|---|---|

**B&D MOVERS INC**

**1570 WEST HWY 40**
**VERNAL, UT 84078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,490.00 |
|------|---|---|---|

**BAR S SERVICES, INC**

**3330 I-80 FRONTAGE RD**
**CHEYENNE, WY 82009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.54 |
|------|---|---|---|

**BASIN AUTO**

**PO BOX 1310**
**VERNAL, UT 84078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|------|---|---|---|

**BASIN CONCRETE, INC**

**PO BOX 4264**
**WILLISTON, ND 58802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Craig Energy, LLC**
_____
Name

Case number (*if known*) _____

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.50 |
|---|---|---|---|

**BEE LINE SERVICE**

*Check all that apply.*

☐ Contingent

**224 W 2ND ST**
**WILLISTON, ND 58801**

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,769.54 |
|---|---|---|---|

**BEST DEAL SPRINGS, INC**

*Check all that apply.*

☐ Contingent

**444 EAST 100 NORTH**
**PAYSON, UT 84651**

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,643.02 |
|---|---|---|---|

**BIG IRON TIRE SERVICE, LLC**

*Check all that apply.*

☐ Contingent

**3953 COUNTY ROAD 342**
**SILT, CO 81652**

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,580.00 |
|---|---|---|---|

**BITCO INC**

*Check all that apply.*

☐ Contingent

**12102 VISTA MONTANA DR**
**BAKERSFIELD, CA 93306**

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Debtor  **Craig Energy, LLC**                                    Case number (if known) _____
         _____
         Name

| | |
|---|---|
| **3.27** | |

**Nonpriority creditor's name and mailing address**
**BOMAR AND BOMAR INC.**

**10155 W. 25TH STREET**
**ODESSA, TX 79763**

As of the petition filing date, the claim is:                    **$13,490.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

                                                      ■ No
Last 4 digits of account number _____       ☐ Yes

---

| | |
|---|---|
| **3.28** | |

**Nonpriority creditor's name and mailing address**
**BORDER STEEL**

**PO BOX 2139**
**WILLISTON, ND 58802-2139**

As of the petition filing date, the claim is:                    **$58,546.26**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

                                                      ■ No
Last 4 digits of account number _____       ☐ Yes

---

| | |
|---|---|
| **3.29** | |

**Nonpriority creditor's name and mailing address**
**BRENNAN BOTTOM WATER DISPOSAL**

**RT. 2 BOX 2060**
**ROOSEVELT, UT 84066**

As of the petition filing date, the claim is:                    **$210.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

                                                      ■ No
Last 4 digits of account number _____       ☐ Yes

---

| | |
|---|---|
| **3.30** | |

**Nonpriority creditor's name and mailing address**
**BRENNTAG PACIFIC, INC**

**FILE # 2674**
**LOS ANGELES, CA 90074-2674**

As of the petition filing date, the claim is:                    **$20,309.19**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____     **Is the claim subject to offset?**

                                                      ■ No
Last 4 digits of account number _____       ☐ Yes

---

Debtor  **Craig Energy, LLC**                                          Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.31 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                    **$292.80**
**BROADWAY SHOP INC DBA SIGNAL**                                      *Check all that apply.*
**GRAPHICS**                                                         ☐ Contingent
                                                                    ☐ Unliquidated
**854 BROADWAY**                                                     ☐ Disputed
**DENVER, CO 80203**

                                                                    **Basis for the claim:**
                                                                    _____

Date or dates debt was incurred        _____            **Is the claim subject to offset?**

                                                                    ■ No
Last 4 digits of account number        _____            ☐ Yes

---

| | |
|---|---|
| 3.32 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                    **unknown**
**BUTLER MACHINERY COMPANY**                                         *Check all that apply.*
                                                                    ☐ Contingent
**PO BOX 9559**                                                     ☐ Unliquidated
**FARGO, ND 58106**                                                 ☐ Disputed
                                                                    **Basis for the claim:**
                                                                    _____

Date or dates debt was incurred        _____            **Is the claim subject to offset?**

                                                                    ■ No
Last 4 digits of account number        _____            ☐ Yes

---

| | |
|---|---|
| 3.33 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                    **$33,553.80**
**C&A SALES**                                                        *Check all that apply.*
                                                                    ☐ Contingent
**385 NORTHSTAR DR**                                                ☐ Unliquidated
**SAINT GEORGE, UT 84770**                                          ☐ Disputed

                                                                    **Basis for the claim:**
                                                                    _____

Date or dates debt was incurred        _____            **Is the claim subject to offset?**

                                                                    ■ No
Last 4 digits of account number        _____            ☐ Yes

---

| | |
|---|---|
| 3.34 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is:                    **$37,500.00**
**C&D RENTALS, LLC**                                                 *Check all that apply.*
                                                                    ☐ Contingent
**PO BOX 41**                                                       ☐ Unliquidated
**JENSEN, UT 84035**                                                ☐ Disputed
                                                                    **Basis for the claim:**
                                                                    _____

Date or dates debt was incurred        _____            **Is the claim subject to offset?**

                                                                    ■ No
Last 4 digits of account number        _____            ☐ Yes

---

| Debtor | **Craig Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **CAL SIERRA PIPE LLC** | Check all that apply. | |
| | ☐ Contingent | |
| **3033 S. HWY 99 W. FRONTAGE RD** | ☐ Unliquidated | |
| **STOCKTON, CA 95215** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,247.50 |
|---|---|---|
| **CAN TELEMATICS, INC** | Check all that apply. | |
| | ☐ Contingent | |
| **SUITE 300, 1711-10TH AVENUE SW** | ☐ Unliquidated | |
| **CALGARY, AB T3C0K-1** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $429,695.37 |
|---|---|---|
| **CAPEX OILFIELD SERVICES, INC.** | Check all that apply. | |
| | ☐ Contingent | |
| **8509 OIL AVENUE** | ☐ Unliquidated | |
| **WILLISTON, ND 58801-9104** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,994.39 |
|---|---|---|
| **CAPITAL ONE Credit Card** | Check all that apply. | |
| | ☐ Contingent | |
| **PO BOX 60024** | ☐ Unliquidated | |
| **NEW ORLEANS, LA 70160-0024** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

| Debtor | **Craig Energy, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$301.99** |

**CARDWELL DISTRIBUTING, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 27954**
**SALT LAKE CITY, UT 84127-0954**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,691.16** |

**CAT FINANCIAL COMMERCIAL ACCOUNT**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 978595**
**DALLAS, TX 75397-8595**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,154.24** |

**CEMEX CASH SALE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 730197**
**DALLAS, TX 75373-0197**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$335.19** |

**CERTIFIED LABORATORIES**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**23261 NETWORK PLACE**
**CHICAGO, IL 60673-1232**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Craig Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,060.36 |
|---|---|---|
| **CG ELECTRICAL SERVICES CO** | Check all that apply. | |
| | ☐ Contingent | |
| **PO BOX 30015 DEPT 407** | ☐ Unliquidated | |
| **SALT LAKE CITY, UT 84130** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $869.98 |
|---|---|---|
| **CHAMPION EQUIPMENT SALES, LLC** | Check all that apply. | |
| | ☐ Contingent | |
| **701 NORTH GREEN VALLEY PARKWAY # 200** | ☐ Unliquidated | |
| **HENDERSON, NV 89074** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $825.00 |
|---|---|---|
| **CHIVINGTON TRUCKING** | Check all that apply. | |
| | ☐ Contingent | |
| **1777 EAST 3500 SOUTH** | ☐ Unliquidated | |
| **VERNAL, UT 84035** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.88 |
|---|---|---|
| **CIRCLE D SERVICES, INC** | Check all that apply. | |
| | ☐ Contingent | |
| **PO BOX 1684** | ☐ Unliquidated | |
| **VERNAL, UT 84078** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

Debtor   **Craig Energy, LLC**                                                    Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $742.34 |

**CITY OF WILLISTON**

**PO BOX 1306**
**WILLISTON, ND 58802-1306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,230.00 |
|---|---|---|

**CLARK, FRANK JR**

**1819 6TH AVE EAST**
**WILLISTON, ND 58801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** unknown |
|---|---|---|

**CLEAN HARBORS ENVIRONMENTAL SERVICES INC**

**42 LONGWATER DRIVE**
**NORWELL, MA 02061-9149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,400.00 |
|---|---|---|

**COGENT COMMUNICATIONS, INC**

**PO BOX 791087**
**BALTIMORE, MD 21279-1087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Craig Energy, LLC**
_____     Case number (If known) _____
Name

| | | |
|---|---|---|
| **3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,518.19** |
| | **COMMERCIAL TIRE INC** | Check all that apply. |
| | | ☐ Contingent |
| | **1291 EAST HWY 40 SUITE B** | ☐ Unliquidated |
| | **VERNAL, UT 84078** | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| **3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$12,154.00** |
| | **CP MACHINE, INC** | Check all that apply. |
| | | ☐ Contingent |
| | **3534 20TH AVENUE W** | ☐ Unliquidated |
| | **WILLISTON, ND 58801** | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| **3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,200,000.00** |
| | **Craig Obermueller** | Check all that apply. |
| | | ☐ Contingent |
| | **PO Box 41** | ☐ Unliquidated |
| | **Jensen, UT 84035-0041** | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| **3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$34,952.00** |
| | **CREEK OILFIELD SERVICES-DIESEL, LLC** | Check all that apply. |
| | | ☐ Contingent |
| | **PO BOX 13238** | ☐ Unliquidated |
| | **GRAND FORKS, ND 58208-3238** | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

Debtor   **Craig Energy, LLC**                                          Case number (if known) _____
         _____
         Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,413.00 |
|---|---|---|---|

**CROSSFIRE, LLC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**820 AIRPORT ROAD**
**DURANGO, CO 81303**

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,468.76 |
|---|---|---|---|

**CRUS OIL, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 65438**
**SALT LAKE CITY, UT 84165-0438**

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,938.93 |
|---|---|---|---|

**CUMMINS NPOWER, LLC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**NW 7686 PO BOX 1450**
**MINNEAPOLIS, MN 55485-7686**

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**CURT'S TOOL INSPECTION, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 804**
**VERNAL, UT 84078**

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Craig Energy, LLC**
_____   Case number (if known) _____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.19 |
|------|---|---|---|

**DAKOTA DIESEL USA, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 2188**
**WILLISTON, ND 58802**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,952.02 |
|------|---|---|---|

**DARLENE HOSTETTER DBA**
**EARTHWORKS INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**#1 HUTCHINSON ROAD**
**RIVERTON, WY 82501**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,815.53 |
|------|---|---|---|

**DARREY MACHINE LLC DBA D&D**
**MACHINE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**12001 CO. RD. 125 WEST**
**ODESSA, TX 79765**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,766.40 |
|------|---|---|---|

**DAVIS GRAHAM & STUBBS, LLP**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1550 SEVENTEENTH STREET SUITE 500**
**DENVER, CO 80202**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| Debtor | **Craig Energy, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.63** | **Nonpriority creditor's name and mailing address**
**DEAN'S BULK SERVICE, INC.**
**DBA DEAN'S DISTRIBUTING**
**PO BOX 249**
**BARNSVILLE, MN 56514**

As of the petition filing date, the claim is: **$49,015.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.64** | **Nonpriority creditor's name and mailing address**
**DELTA RIGGING & TOOLS, INC**

**125 McCARTY STREET**
**HOUSTON, TX 77029**

As of the petition filing date, the claim is: **$2,255.11**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.65** | **Nonpriority creditor's name and mailing address**
**DIAMOND K GYPSUM, INC**

**1720 S RED HILLS DR**
**RICHFIELD, UT 84701**

As of the petition filing date, the claim is: **$2,004.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.66** | **Nonpriority creditor's name and mailing address**
**DIRECTV**

**PO BOX 60036**
**LOS ANGELOS, CA 90060-0036**

As of the petition filing date, the claim is: **$298.74**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Craig Energy, LLC**                                            Case number (if known) _____
_____
Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $475.54 |

**3.67**  Nonpriority creditor's name and mailing address

**DISH NETWORK**

**PO BOX 94063**
**PALATINE, IL 60094-4063**

As of the petition filing date, the claim is: **$475.54**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.68**  Nonpriority creditor's name and mailing address

**DIVIDE CO ROAD DEPARTMENT**

**PO BOX 71**
**CROSBY, ND 58730**

As of the petition filing date, the claim is: **$810.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.69**  Nonpriority creditor's name and mailing address

**DNOW L.P.**

**PO BOX 200822**
**DALLAS, TX 75320-0822**

As of the petition filing date, the claim is: **$549.02**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.70**  Nonpriority creditor's name and mailing address

**DON ROSE OIL CO.**

**PO BOX 508**
**VISALIA, CA 93279-0508**

As of the petition filing date, the claim is: **$8,320.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Craig Energy, LLC**                                       Case number (if known)   _____
         _____
         Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$584.16** |
|---|---|---|---|

**DOWNTOWN DODGE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 790850**
**VERNAL, UT 84079**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.19** |
|---|---|---|---|

**EC ELECTRIC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1519 MAIN STREET**
**WILLISTON, ND 58801**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,270.67** |
|---|---|---|---|

**EKS&H, LLP**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**7979 E. TUFTS AVENUE SUITE 400**
**DENVER, CO 80237-2521**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|---|

**ELITE PARTS LLC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**244 W. HWY 40 (333-1)**
**ROOSEVELT, UT 84066**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| Debtor | **Craig Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 |
|---|---|---|
| **ELSIE PERRENOUD** | Check all that apply. | |
| | ☐ Contingent | |
| **231 E 200 N** | ☐ Unliquidated | |
| **VERNAL, UT 84078** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ☐ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $165,425.00 |
|---|---|---|
| **ENSECO ENERGY SERVICES USA, CORP** | Check all that apply. | |
| | ☐ Contingent | |
| **138 4TH AVE SE STE 800** | ☐ Unliquidated | |
| **Calgary AB CANADA   T2G  -4Z6** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ☐ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 |
|---|---|---|
| **EXPRESS HOTSHOT, LLC** | Check all that apply. | |
| | ☐ Contingent | |
| **8160 BULL RUN** | ☐ Unliquidated | |
| **EVANSVILLE, WY 82636** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ☐ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,663.86 |
|---|---|---|
| **FASTENAL COMPANY** | Check all that apply. | |
| | ☐ Contingent | |
| **PO BOX 1286** | ☐ Unliquidated | |
| **WINONA, MN 55987-1286** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ☐ No | |
| Last 4 digits of account number | ☐ Yes | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$793.20** |

**FEDEX**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 7221
PASADENA, CA 91109-7321

**Basis for the claim:**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$40,336.53** |

**FLEETPRIDE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 847118
DALLAS, TX 75284-7118

**Basis for the claim:**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,196.07** |

**FORUM US, INC**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 203325
DALLAS, TX 75320-3325

**Basis for the claim:**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$151.73** |

**FOUND IT NOW**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

310 12TH  AVE WEST
WILLISTON, ND 58801

**Basis for the claim:**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number   _____   ☐ Yes

---

Debtor      **Craig Energy, LLC**                                      Case number (if known) _____
            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
            Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.07 |

**3.83** | Nonpriority creditor's name and mailing address

**FSTSG CORPORATION DBA TURNER LUMBER**

**565 EAST MAIN**
**VERNAL, UT 84078**

As of the petition filing date, the claim is: **$85.07**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.84** | Nonpriority creditor's name and mailing address

**G&H GARBAGE**

**331 NORTH VERNAL AVE**
**VERNAL, UT 84078**

As of the petition filing date, the claim is: **$600.65**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.85** | Nonpriority creditor's name and mailing address

**GAFFANEY'S TOTAL OFFICE SOURCE, INC**

**PO BOX 910**
**WILLISTON, ND 58801**

As of the petition filing date, the claim is: **$160.30**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.86** | Nonpriority creditor's name and mailing address

**GATOR MADE TRAILERS**

As of the petition filing date, the claim is: **$1,599.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$719.57** |

**3.87** | Nonpriority creditor's name and mailing address

**GC PRODUCTS**

**PO BOX 4211**
**WILLISTON, ND 58801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

**$719.57**

---

**3.88** | Nonpriority creditor's name and mailing address

**GEOFORCE, INC**

**DEPT 3241**
**DALLAS, TX 75312-3241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

**unknown**

---

**3.89** | Nonpriority creditor's name and mailing address

**GLACIER OILFIELD SERVICES, INC**

**7345 HWY 789**
**LANDER, WY 82520**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

**$17,704.00**

---

**3.90** | Nonpriority creditor's name and mailing address

**GLOBAL CONTACT**

**16 WEST MAIN ST**
**MARLTON, NJ 08053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

**$180.00**

---

| Debtor | **Craig Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.72 |
|---|---|---|
| **GREAT WEST TIRE** | Check all that apply. | |
| | ☐ Contingent | |
| **5057 OWAN INDUSTRIAL PARK DR Unit 1** | ☐ Unliquidated | |
| **Williston, ND 58801** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| **HAGEMEYER NORTH AMERICA, INC.** | Check all that apply. | |
| | ☐ Contingent | |
| **410 S 22ND ST** | ☐ Unliquidated | |
| **BISMARK, ND 58504** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,381.00 |
|---|---|---|
| **HALL TRUCKING, INC** | Check all that apply. | |
| | ☐ Contingent | |
| **PO BOX 134** | ☐ Unliquidated | |
| **FARSON, WY 82932** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.56 |
|---|---|---|
| **HDS WHITE CAP CONST SUPPLY** | Check all that apply. | |
| | ☐ Contingent | |
| **PO BOX 6040** | ☐ Unliquidated | |
| **CYPRESS, CA 90630-0040** | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

Debtor **Craig Energy, LLC**
_____
Name

Case number (if known) _____

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,100.00** |

**HEAVY METAL CUSTOMZ, LLC**

**581 BLUE SKY RD.**
**BONNERS FERRY, ID 83805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,895.00** |

**HEB VERNAL, LLC**

**363 EAST MAIN STREET**
**VERNAL, UT 84078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,354.80** |

**HERC-U-LIFT**

**PO BOX 69**
**MAPLE PLAIN, MN 55359**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$197.18** |

**HERTZ RENT-A-CAR**

**PO BOX 121190**
**DALLAS, TX 75312-1190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **Craig Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,871.25**

**HIJET BIT LLC DBA PDC LOGIC**

**2601 VENTURE DR**
**NORMAN, OK 73069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$22,593.00**

**HOLIDAY INN & SUITES - DINUBA**

**375 S ALTA AVE**
**DINUBA, CA 93618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown**

**HOLIDAY INN EXPRESS HOTEL AND SUITES**

**1535 RIVER FRONTAGE ROAD**
**SILT, CO 81652**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **unknown**

**HORIZON CABLE SERVICE, INC**

**PO BOX 270895**
**OKLAHOMA CITY, OK 73137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor    **Craig Energy, LLC**                                    Case number (If known) _____
_____
Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.56 |
|---|---|---|---|

**HORIZON RESOURCES**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**317 2ND ST WEST**
**WILLISTON, ND 58001**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,607.09 |
|---|---|---|---|

**HOSE & RUBBER SUPPLY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 158**
**RANDOLPH, UT 84064**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,684.60 |
|---|---|---|---|

**HOWARD SUPPLY COMPANY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**DEPT 312 PO BOX 4869**
**HOUSTON, TX 77210-4869**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**IFA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 30168**
**SALT LAKE CITY, UT 84130**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Debtor  **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$110,815.48** |

**IHD SOLIDS MANAGEMENT, LLC**

**PO BOX 912930**
**DENVER, CO 80291-2930**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$210.72** |

**IMC BASIN CLEANING SYSTEMS**

**54 NORTH VERNAL AVE**
**VERNAL, UT 84078**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$271,348.46** |

**INDEPENDENT PIPE & STEEL, INC**

**5303 ROSEDALE HWY**
**BAKERSFIELD, CA 93308-6014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,998.18** |

**INDUSTRIAL BOLT & SUPPLY**
**INCORPORATED**
**DBA IBS, INC.**
**PO BOX 1717**
**AUBURN, WA 98071**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

---

| Debtor | **Craig Energy, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,882.40**

**INDUSTRIAL MACHINE & WELDING, INC**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 790039
VERNAL, UT 84078

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,974.72**

**INDUSTRIAL RUBBER, INC**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 890068
OKLAHOMA CITY, OK 73189

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$868.86**

**INDUSTRIAL SUPPLY**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 30600 (84130)
SALT LAKE CITY, UT 84115

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$505.31**

**INK SPOT PRINTING**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

404 WEST 2ND STREET
WILLISTON, ND 58801

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Craig Energy, LLC**                                              Case number (if known) _____
_____
Name

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,542.67** |

**INTERMOUNTAIN TOXICOLOGY COLLECTIONS INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 544**
**VERNAL, UT 84078**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$43,721.06** |

**JACKSON GROUP PETERBILT**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 27634**
**SALT LAKE CITY, UT 84127-0634**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$215.00** |

**JENSEN WATER IMPROVEMENT DISTRICT**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 94**
**JENSEN, UT 84035**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,750.25** |

**JIM'S WATER SERVICE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**205 NEWTON RD**
**GILLETTE, WY 82716**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Craig Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.119**

**Nonpriority creditor's name and mailing address**

**JIMMY B TRUCKING**

**3900 TEN MILE ROAD**
**CASPER, WY 80604**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**    **$15,825.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.120**

**Nonpriority creditor's name and mailing address**

**JMAC RESOURCES, INC**

**PO BOX 912924**
**DENVER, CO 80291-2924**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**    **$34,501.77**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.121**

**Nonpriority creditor's name and mailing address**

**JOHN TERRY SALES**

**PO BOX 44355**
**DENVER, CO 80201**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**    **$8,552.93**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.122**

**Nonpriority creditor's name and mailing address**

**JONES PAINT & GLASS**

**PO BOX 831**
**VERNAL, UT 84078**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**    **$27.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                             Case number (if known) _____
_____
Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,268.52 |
|---|---|---|---|

**KAMAN INDUSTRIAL TECHNOLOGIES**

*Check all that apply.*
☐ Contingent
**PO BOX 74566**    ☐ Unliquidated
**CHICAGO, IL 60696-4566**    ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____    ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 |
|---|---|---|---|

**KJCK, INC DBA TGA OILFIELD SUPPLY**

*Check all that apply.*
☐ Contingent
**PO BOX 992**    ☐ Unliquidated
**WILLISTON, ND 58802-0992**    ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____    ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,544.76 |
|---|---|---|---|

**KNIFE RIVER CO. NORTH CENTRAL**
**DBA KNIFE RIVER ND DIVISION**
**3303 ROCK ISLAND PLACE**
**BISMARCK, ND 58504-7709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____    ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**KOHLER COMMUNICATIONS**

*Check all that apply.*
☐ Contingent
**14012 WEST FRONT STREET**    ☐ Unliquidated
**WILLISTON, ND 58801**    ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____    ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,612.16** |
|---|---|---|---|

3.127 | **Nonpriority creditor's name and mailing address**
**KW CRUSHING, INC**

**PO BOX 1021**
**VERNAL, UT 84078**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$7,612.16**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.128 | **Nonpriority creditor's name and mailing address**
**L&H INDUSTRIAL, INC**

**913 L&J COURT**
**GILLETTE, WY 82718**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$1,827.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.129 | **Nonpriority creditor's name and mailing address**
**LAFARGE NORTH AMERICA**

**DEPT CH19428**
**PALATINE, IL 60055-9428**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$264,013.61**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.130 | **Nonpriority creditor's name and mailing address**
**LAZ PARKING**

**PO BOX 8315**
**DENVER, CO 80201**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$2,615.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor  **Craig Energy, LLC**                                    Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$276.04** |

**LEWIS-GOETZ AND COMPANY**
**DBA EVCO HOUSE OF HOSE**
**PO BOX 644819**
**PITTSBURGH, PA 15264-4819**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **$44,825.00** |

**LL SMITH TRUCKING**

**PO BOX 987**
**RIVERTON, WY 82501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **unknown** |

**LOCKTON COMPANIES**

**DEPT 999226**
**DENVER, CO 80217-3850**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **$3,493.52** |

**M-I, LLC**

**PO BOX 732135**
**DALLAS, TX 75320-0132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,155.56 |
|---|---|---|---|

**MACHINERY POWER & EQUIPMENT CO**
**DBA T&E THE CAT RENTAL STORE**
**PO BOX 58201**
**TUKILA, WA 98138-1201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,492.91 |
|---|---|---|---|

**MAIN STREET AUTO PARTS**

**630 EAST MAIN**
**VERNAL, UT 84078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,950.00 |
|---|---|---|---|

**MAINTENANCE UNLIMITED, INC**

**PO BOX 2026**
**ROSEBURG, OR 97470**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $742.32 |
|---|---|---|---|

**MANSFIELD PRINTING**

**434 WEST MAIN**
**VERNAL, UT 84078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Craig Energy, LLC**                                     Case number (if known) _____
_____
Name

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**MATRIX DRILLING PRODUCTS CO.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**PO BOX 2036**
**LEWISBURG, TN 37091**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,080.75** |
|---|---|---|---|

**MAYFLOWER TRANSIT, LLC**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**ONE MAYFLOWER DRIVE**
**FENTON, MO 63026-1350**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$810.00** |
|---|---|---|---|

**MCCAULEY, BRITNY**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2821 28TH ST WEST BOX # 38**
**WILLISTON, MD 58801**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$810.00** |
|---|---|---|---|

**MCCAULEY, HEATHER**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2809 28TH STREET WEST BOX # 30**
**WILLISTON, ND 58801**

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

Debtor **Craig Energy, LLC**

Name

Case number (if known) _____

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.00 |
|---|---|---|---|

**MCKENZIE COUNTY AUDITOR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

201 5TH STREET NW SUITE 543
WATFORD CITY, ND 58854

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number _____

☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**MCNEILUS FINANCIAL, INC**
**DBA MCNEILUS TRUCK &**
**MANUFACTURING**
14201 COLLECTIONS CENTER DR
CHICAGO, IL 60693

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number _____

☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,337.45 |
|---|---|---|---|

**MICHAEL RYDBERG DBA LIFTRUCK**
**EQUIPMENT**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

PO BOX 1025
LOGANDALE, NV 89021

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number _____

☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.51 |
|---|---|---|---|

**MICHELIN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

12398 COLLECTIONS CENTER
CHICAGO, IL 60693

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **Craig Energy, LLC**  Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** |

**3.147** **Nonpriority creditor's name and mailing address**

**MIDCONTINENT COMMUNICATIONS**

**PO BOX 5010**
**SIOUX FALLS, SD 57117-5010**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**  **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

**MIDWEST HOSE**

**PO BOX 96558**
**OKLAHOMA CITY, OK 73143-6558**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**  **$8,407.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

**MIKE HARTEL SERVICES**
**DBA INTERSTATE BATTERY SYSTEM**
**OF WND**
**901 E MAIN**
**BISMARCK, ND 58501**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**  **$1,649.30**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

**MIKE MCKEACHNIE ENTERPRISES**
**DBA SUPERIOR LUBE**
**1404 EAST HWY 40**
**VERNAL, UT 84078**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**  **$77.58**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor   **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$12,008.04** |

**MINING, ROCK EXCAVATION AND CONSTRUCTION**

**PO BOX 200948**
**PITTSBURGH, PA 15251-0948**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$564.38** |
|---|---|---|

**MK COMMUNICATIONS**
**DBA SYSTEMS COMMUNICATIONS**
**1275 EAST 335 SOUTH**
**VERNAL, UT 84078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$998.57** |
|---|---|---|

**MODERN MACHINE WORKS**

**PO BOX 877**
**WILLISTON, ND 58802-0877**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$986.71** |
|---|---|---|

**MONTANA DAKOTA SCALE SERVICE, INC**

**13217 HWY 200**
**FAIRVIEW, MT 59221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Craig Energy, LLC**                                          Case number (if known) _____
_____
Name

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,476.18** |

3.155   **Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:**         **$1,476.18**
**MONTANA-DAKOTA UTILITIES CO**                                     Check all that apply.
                                                                   ☐ Contingent
**PO BOX 5600**                                                    ☐ Unliquidated
**BISMARCK, ND 58506-5600**                                        ☐ Disputed

                                                                   **Basis for the claim:**

Date or dates debt was incurred   _____            **Is the claim subject to offset?**

                                                                   ■ No
Last 4 digits of account number   _____            ☐ Yes

---

3.156   **Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:**         **$2,915.63**
**MOON LAKE ELECTRIC**                                              Check all that apply.
                                                                   ☐ Contingent
**PO BOX  278**                                                    ☐ Unliquidated
**ROOSEVELT, UT 84066**                                            ☐ Disputed

                                                                   **Basis for the claim:**

Date or dates debt was incurred   _____            **Is the claim subject to offset?**

                                                                   ■ No
Last 4 digits of account number   _____            ☐ Yes

---

3.157   **Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:**         **$7,169.69**
**MORCON SPECIALTY, INC**                                          Check all that apply.
                                                                   ☐ Contingent
**PO BOX 730**                                                     ☐ Unliquidated
**VERNAL, UT 84078**                                               ☐ Disputed

                                                                   **Basis for the claim:**

Date or dates debt was incurred   _____            **Is the claim subject to offset?**

                                                                   ■ No
Last 4 digits of account number   _____            ☐ Yes

---

3.158   **Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:**         **$6,534.15**
**MORT'S CAR WASH & FUEL, INC**                                    Check all that apply.
                                                                   ☐ Contingent
**PO BOX 26**                                                      ☐ Unliquidated
**VERNAL, UT 84078**                                               ☐ Disputed

                                                                   **Basis for the claim:**

Date or dates debt was incurred   _____            **Is the claim subject to offset?**

                                                                   ■ No
Last 4 digits of account number   _____            ☐ Yes

---

Debtor   **Craig Energy, LLC**                                     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$159.80** |

**MOUNTAIN WEST SECURITY, LLC**

**PO BOX 160**
**OREM, UT 84059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____       ☐ Yes

---

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,360.00** |

**MOUNTRAIL COUNTY ROAD DEPT.**

**PO BOX 275**
**STANLEY, ND 58784**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____       ☐ Yes

---

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$17,627.67** |

**MOUNTRAIL-WILLIAMS ELECTRIC**
**COOPERATIVE**

**PO BOX 1346**
**WILLISTON, ND 58802**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____       ☐ Yes

---

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,944.85** |

**MRC GLOBAL (US) INC.**

**PO BOX 204392**
**DALLAS, TX 75320-4392**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____       ☐ Yes

---

Debtor   **Craig Energy, LLC**                                    Case number (If known) _____
_____
Name

| | | |
|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $210.00 |

**MUZAK, LLC**

_Check all that apply._
☐ Contingent
☐ Unliquidated
**PO BOX 71070**
☐ Disputed
**CHARLOTTE, NC 28272-1070**

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $69,400.00 |
|---|---|---|

**MWD TECHNOLOGIES USA, LLC**
**DBA MESA WEST DIRECTIONAL**     _Check all that apply._
**47 FLIGHT LINE ROAD**            ☐ Contingent
**DURANGO, CO 81303**              ☐ Unliquidated
                                   ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,378.42 |
|---|---|---|

**NAPA  AUTO & TRUCK PARTS**
**DBA MYERS AUTO PARTS, INC.**     _Check all that apply._
**1915 2ND AVE WEST**             ☐ Contingent
**WILLISTON, ND 58801**           ☐ Unliquidated
                                  ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $12,709.99 |
|---|---|---|

**NATIONAL OILWELL VARCO, LP**

_Check all that apply._
☐ Contingent
**PO BOX 203793**
☐ Unliquidated
**DALLAS, TX 75320**
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

Debtor   **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | **$1,210.63** |

**NCC**

**PO BOX 38**
**RAY, ND 58849-0038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | **$2,400.00** |

**NEWALTA ENVIRONMENTAL SERVICE, INC**

**1801 CALIFORNIA STREET, 50TH FLOOR**
**DENVER, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | **$2,830.40** |

**NOBLE CASING, INC**

**2020 CARIBOU DRIVE SUITE 201**
**FORT COLLINS, CO 80525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | **$342.74** |

**NORCO, INC**

**PO BOX 15299**
**BOISE, ID 83715-5299**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,707.50** |
|---|---|---|---|

**NORTH COUNTRY OIL**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**1414 INDUSTRIAL ROAD**
**LAS VEGAS, NV 89102**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11.00** |
|---|---|---|---|

**NORTH DAKOTA ONE CALL**
**DBA ONE CALL CONCEPTS, INC.**
**7223 PARKWAY DRIVE  SUITE 210**
**HANOVER, MD 21076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,638.35** |
|---|---|---|---|

**NUTECH SPECIALTIES, INC**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**9811 SOUTH 6150 WEST**
**WEST JORDAN, UT 84088**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$40,913.25** |
|---|---|---|---|

**OIL PAD SOLUTIONS LLC**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**813 RIDGE LAKE BLVD.**
**MEMPHIS, TN 38120**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **Craig Energy, LLC**                                          Case number (if known) _____
          _____
          Name

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$862.05** |

**OIL PATCH GROUP INC**

Check all that apply.
☐ Contingent
**991 INDUSTRIAL PARK DRIVE**       ☐ Unliquidated
**VICTORIA, TX 77905**              ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____      ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,249.00** |

**OILFIELD EQUIPMENT SALES**

Check all that apply.
☐ Contingent
**5320 FM 902**                     ☐ Unliquidated
**GAINESVILLE, TX 76240**           ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____      ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,942.50** |

**OILFIELD TESTING & CONSULTING LLC**

Check all that apply.
☐ Contingent
**15730 PARK ROW STE 400**          ☐ Unliquidated
**HOUSTON, TX 77084**               ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____      ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,203.54** |

**OUTBACK RENTALS & LANDSCAPE SUPPLIES INC**

Check all that apply.
☐ Contingent
**1442 E HWY 40**                   ☐ Unliquidated
**VERNAL, UT 84078**                ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____      ☐ Yes

Debtor    **Craig Energy, LLC**                                          Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **unknown** |

**PARAGON OIL FIELD PRODUCTS**

**PO BOX 325**
**ROOSEVELT, UT 84066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | $18,045.00 |

**PATHFINDER INSPECTIONS & FIELD SERVICES**

**PO BOX 3889**
**GILLETTE, WY 82717**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | $1,324.00 |

**PAYCHEX BENEFIT TECHNOLOGIES, INC**
**DBA BENETRAC**
**LOCKBOX #100906**
**PASADENA, CA 91189-0906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** | $1,500.00 |

**PEC/PREMIER**

**233 GENERAL PATTON AVE.**
**MANDEVILLE, LA 70471**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Craig Energy, LLC**                                           Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | **$80,497.56** |

**PETROLEUM SERVICES, INC**

**PO BOX 1486**
**WILLISTON, ND 58802-1486**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____        ☐ Yes

---

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | **$4,725.62** |

**PILOT THOMAS LOGISTICS, LLC**

**PO BOX 677732**
**DALLAS, TX 75267-0773**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____        ☐ Yes

---

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | **unknown** |

**PITNEY BOWES GLOBAL FINANCIAL
SERVICES**

**PO BOX 371887**
**PITTSBURGH, PA 15250-7887**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____        ☐ Yes

---

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | **$1,671.66** |

**POLARIS LABORATORIES, LLC**

**PO BOX 68983**
**INDIANAPOLIS, IN 46268**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____        ☐ Yes

---

Debtor  **Craig Energy, LLC**                                     Case number (If known) _____
_____
Name

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$251.34** |

**POWER MANAGEMENT, INC**
**DBA VERNAL FIRE EXTINGUISHER**
**525 N 2500 W**
**VERNAL, UT 84078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$43,110.40** |

**PRAIRIE FUELS**

**PO BOX 1272**
**BAKER, MT 59313-1272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,403.91** |

**PREMIUM OILFIELD TECHNOLOGIES**
**DBA PREMIUM OILFIELD PRODUCTS**
**5727 BRITTMOORE ROAD**
**HOUSTON, TX 77041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$73.53** |

**PURCHASE POWER**

**PO BOX 371874**
**PITTSBURGH, PA 15250-7874**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,828.00** |
|---|---|---|---|

**QEH2**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**401 S WILCOX ST**
**CASTLE ROCK, CO 80104**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,045.15** |
|---|---|---|---|

**QUAIL TOOLS LP**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3713 HWY 14**
**NEW IBERIA, LA 70560**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,764.00** |
|---|---|---|---|

**QUALITY MAT COMPANY OF NORTH DAKOTA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**6550 TRAM ROAD**
**BEAUMONT, TX 77713**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,603.55** |
|---|---|---|---|

**QUESTAR GAS**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 45841**
**SALT LAKE CITY, UT 84139-0001**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Debtor   **Craig Energy, LLC**                                        Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$6,302.58** |

**3.195** | **Nonpriority creditor's name and mailing address**

**QUINN COMPANY**

**10006 ROSE HILLS ROAD**
**CITY OF INDUSTRY, CA 90601-1702**

As of the petition filing date, the claim is:                                    **$6,302.58**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____     ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address**

**R&J TECHNICAL SERVICES, LLC**

**PO BOX 1345**
**EVANSTON, WY 82931**

As of the petition filing date, the claim is:                                    **unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____     ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address**

**R360 ENVIRONMENTAL SOLUTIONS**
**HOLDINGS I**
**DBA R360 WILLISTON BAS**
**3 WATERWAY SQUARE PLACE, SUITE**
**110**
**THE WOODLANDS, TX 77380-3488**

As of the petition filing date, the claim is:                                    **$171,423.59**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____     ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**

**REGENCE BLUE CROSS BLUE SHIELD**
**OF UTAH**

**P O BOX 35022**
**SEATTLE, WA 98124-3509**

As of the petition filing date, the claim is:                                    **unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____     ☐ Yes

---

Debtor  **Craig Energy, LLC**                                          Case number (If known) _____
_____
Name

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**RELIANCE INDUSTRIAL PRODUCTS, LTD**

**606-19TH AVENUE**
**NISKU, AB T9E7W-1**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$181,709.40** |
|---|---|---|---|

**RIG TRANSPORTATION, LLC**

**PO BOX 1268**
**MILLS, WY 82644-1268**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,247.54** |
|---|---|---|---|

**ROBERT HALF INTERNATIONAL, INC**
**DBA OFFICE TEAM**
**PO BOX 743295**
**LOS ANGELES, CA 90074-3295**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$600.00** |
|---|---|---|---|

**ROBINSON WATERS & O'DORISIO PC**

**1099 18TH ST, 26TH FLOOR**
**DENVER, CO 80202-1912**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor   **Craig Energy, LLC**                                          Case number (if known) _____
_____
Name

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,594.37** |
|---|---|---|---|

**ROCKY MOUNTAIN LUBE & MUFFLER, INC**

**1490 SOUTH 1500 EAST**
**VERNAL, UT 84078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$75.00** |
|---|---|---|---|

**ROCKY MOUNTAIN RESERVE**

**PO BOX 631458**
**LITTLETON, CO 80163**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,116.48** |
|---|---|---|---|

**ROSEASP, INC**

**11512 EL CAMINO REAL**
**SAN DIEGO, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,492.78** |
|---|---|---|---|

**SCOTT M BELKNAP**
**DBA SCOTT BELKNAP WELL DRILLING INC.**
**38193 RD 76**
**DINUBA, CA 93618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Craig Energy, LLC**                                          Case number (if known) _____
         _____
         Name

| | |
|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** |

**SHANNON KARREN INVESTMENTS**
**DBA DAN'S TIRE SERVICE**
**PO BOX 188**
**ROOSEVELT, UT 84066**

**As of the petition filing date, the claim is:**                    **$24,222.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** |

**SHARKOL, INC**

**887 C COYOTE GULCH COURT**
**IVINS, UT 84738**

**As of the petition filing date, the claim is:**                    **$17,013.69**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address** |

**SHREE, INC DBA STUDIO 6**

**1935 SOUTH 1500 EAST**
**NAPLES, UT 84078-8619**

**As of the petition filing date, the claim is:**                    **$702.90**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address** |

**SIMPER SUPPLY, INC**

**POBOX 1128**
**VERNAL, UT 84078**

**As of the petition filing date, the claim is:**                    **$1,135.02**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

Debtor   **Craig Energy, LLC**                                  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $7,942.28 |

3.211   **Nonpriority creditor's name and mailing address**

**SIX STATES DISTRIBUTORS, INC**

**28534 NETWORK PLACE**
**CHICAGO, IL 60673-1285**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**As of the petition filing date, the claim is:**                                   $7,942.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.212   **Nonpriority creditor's name and mailing address**

**SLOPE CO. SHERIFF**

**PO BOX 485**
**AMIDON, ND 58620-0485**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**As of the petition filing date, the claim is:**                                   unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.213   **Nonpriority creditor's name and mailing address**

**SMITH POWER PRODUCTS, INC**

**PO BOX 27527**
**SALT LAKE CITY, UT 84127**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**As of the petition filing date, the claim is:**                                   $3,379.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.214   **Nonpriority creditor's name and mailing address**

**SPENCER FLUID POWER**

**PO BOX 11047**
**TACOMA, WA 98411-0047**

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**As of the petition filing date, the claim is:**                                   $12,126.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Craig Energy, LLC**                                    Case number (if known) _____
          _____
          Name

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.86 |

**SPENCER'S AUTO PARTS**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**25 EAST HWY 40   330-12**
**ROOSEVELT, UT 84066**

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,133.10 |

**STALLION ROCKIES, LTD**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 842364**
**DALLAS, TX 75284-2364**

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,229.50 |

**STALLIONS SOLIDS CONTROL, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 842364**
**DALLAS, TX 75284-2364**

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,527.51 |

**STAPLES BUSINESS ADVANTAGE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 83689**
**CHICAGO, IL 60696-3689**

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**                                              Case number (if known) _____
         _____
         Name

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,276.35** |

**STELLAR DESIGN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**8637 SO SANDY PKWY**
**SANDY, UT 84070**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,087.50** |

**STERLING CRANE, LLC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**9351  GRANT STREET SUITE 250**
**THORNTON, CO 80229**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,575.00** |

**STICK MAN, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 1400**
**VERNAL, UT 84078-1400**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,142.13** |

**STRATA CORPORATION**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 13500**
**GRAND FORKS, ND 58208**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

Debtor   **Craig Energy, LLC**                                           Case number (if known) _____
_____
Name

| | |
|---|---|

**3.223**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$2,101.37**
**STRATA NETWORKS**                                           Check all that apply.
                                                             ☐ Contingent
**PO BOX 400**                                               ☐ Unliquidated
**ROOSEVELT, UT 84066**                                      ☐ Disputed

                                                             Basis for the claim:

Date or dates debt was incurred   _____           **Is the claim subject to offset?**

                                                             ■ No
Last 4 digits of account number   _____           ☐ Yes

---

**3.224**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$8,022.21**
**SURGE HYDRAULICS, INC**                                    Check all that apply.
                                                             ☐ Contingent
**1849 W 2800 S**                                            ☐ Unliquidated
**ODGEN, UT 84401**                                          ☐ Disputed

                                                             Basis for the claim:

Date or dates debt was incurred   _____           **Is the claim subject to offset?**

                                                             ■ No
Last 4 digits of account number   _____           ☐ Yes

---

**3.225**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$946.25**
**SURVEY RENTALS INC.**                                      Check all that apply.
                                                             ☐ Contingent
**2242 N 6-MILE ROAD**                                       ☐ Unliquidated
**CASPER, WY 82604**                                         ☐ Disputed

                                                             Basis for the claim:

Date or dates debt was incurred   _____           **Is the claim subject to offset?**

                                                             ■ No
Last 4 digits of account number   _____           ☐ Yes

---

**3.226**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$2,980.74**
**THE HARTFORD, Group Benefits**                             Check all that apply.
**Division**                                                 ☐ Contingent
                                                             ☐ Unliquidated
**PO BOX 8500-3690**                                         ☐ Disputed
**PHILADELPHIA, PA 19178-3690**

                                                             Basis for the claim:

Date or dates debt was incurred   _____           **Is the claim subject to offset?**

                                                             ■ No
Last 4 digits of account number   _____           ☐ Yes

Debtor  **Craig Energy, LLC**                                    Case number (if known) _____
_____
Name

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,085.00** |

3.227   **Nonpriority creditor's name and mailing address**

**THE KNASTER TECHNOLOGY GROUP**

**6500 S QUEBEC ST STE 300**
**CENTENNIAL, CO 80111**

**As of the petition filing date, the claim is:**                              **$5,085.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

3.228   **Nonpriority creditor's name and mailing address**

**TIOGA MACHINE SHOP INC.**

**PO BOX 848**
**TIOGA, ND 58852-0848**

**As of the petition filing date, the claim is:**                              **$5,830.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

3.229   **Nonpriority creditor's name and mailing address**

**TJ'S AMERICAN CAR CARE CENTER**

**1277 88RT 1 BOX 2865**
**ROOSEVELT, UT 84066**

**As of the petition filing date, the claim is:**                              **$1,277.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

3.230   **Nonpriority creditor's name and mailing address**

**TOSHIBA FINANCIAL SERVICES**

**PO BOX 31001-0271**
**PASADENA, CA 91110-0271**

**As of the petition filing date, the claim is:**                              **$413.39**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

Debtor **Craig Energy, LLC**

Name

Case number (if known) _____

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $33,418.74 |

**TRACTOR & EQUIPMENT CO**

PO BOX 58201
TUKWILA, WA 98138-1201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,182.00 |

**TRAVELERS**

PO BOX 660317
DALLAS, TX 75266-0317

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,562.80 |

**TRU-TECH PRODUCTS, LLC**

PO BOX 68
WRIGHT, WY 82732

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,788.00 |

**TWO BIT RENTALS, INC**

PO BOX 2536
WILLISTON, ND 58801

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Craig Energy, LLC**                                    Case number (if known) _____
_____
         Name

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |

**UINTAH COUNTY CLERK-AUDITOR**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**147 E. MAIN ST**
**VERNAL, UT 84078**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,190.65** |

**UNITED RENTALS (NORTH AMERICA), INC**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 840514**
**DALLAS, TX 75284**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,945.24** |

**UNIVAR USA INC.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**17425 NE UNION HILL ROAD**
**REDMOND, WA 98052**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$613.04** |

**US BANK EQUIPMENT FINANCE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 790448**
**ST LOUIS, MO 63179-0448**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| Debtor | Craig Energy, LLC | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

---

**3.239** | **Nonpriority creditor's name and mailing address**
UTAH TANK & TRAILER, LLC

2255 S 5370 W
WEST VALLEY CITY, UT 84120

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** $87.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address**
VAC-U-JET

PO BOX 16748
MISSOULA, MT 59808

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** $14,105.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address**
VAREL INTERNATIONAL IND

1625 W. CROSBY SUITE 124
CARROLLTON, TX 75006

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** $23,225.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address**
VENTURE DRILLING SUPPLY, LLC

4611 S MUSKOGEE AVE
TAHLEQUAH, OK 74464

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** $13,688.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor **Craig Energy, LLC**                                    Case number (if known) _____
Name

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.95 |

**VERNAL FLORAL, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**197 E 100 NORTH**
**VERNAL, UT 84078**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,466.76 |

**VIRTUECOM**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**777 S. WADSWORTH BLVD STE 1-103**
**LAKEWOOD, CO 80215**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $378.98 |

**W.D. LARSON COMPANIES LTD, INC**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 270710**
**MINNEAPOLIS, MN 55427**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,471.07 |

**WALLWORK TRUCK CENTER**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**PO BOX 1819**
**FARGO, ND 58107-1819**

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Craig Energy, LLC**                                                Case number (if known) _____
_____
Name

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,380.00** |

**WASTE CONNECTIONS OF NORTH DAKOTA, INC**
**DBA ARMSTRONG SANITATION**
**1108 8TH ST EAST**
**WILLISTON, ND 58801-5770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$54,964.80** |

**WATER SCIENCE TECHNOLOGIES, LLC**

**PO BOX 2207**
**BIRMINGHAM, AL 35201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,617.04** |

**WEATHERFORD**

**PO BOX 301003**
**DALLAS, TX 75303-1003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,827.50** |

**WEST COAST CASING LLC**

**5412 STANDARD STREET**
**BAKERSFIELD, CA 93308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Craig Energy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.251** Nonpriority creditor's name and mailing address

**WESTERN RUBBER & MANUFACTURING**

**7015 OLD HIGHWAY 105 W**
**CONROE, TX 77304**

As of the petition filing date, the claim is: **unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.252** Nonpriority creditor's name and mailing address

**WESTROC TRUCKING, INC**

**PO BOX 523**
**VERNAL, UT 84078**

As of the petition filing date, the claim is: **$24,538.51**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.253** Nonpriority creditor's name and mailing address

**WHEELER MACHINERY**

**PO BOX 413071**
**SALT LAKE CITY, UT 84141-3071**

As of the petition filing date, the claim is: **$15,918.46**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.254** Nonpriority creditor's name and mailing address

**WILLIAMS COUNTY SHERIFF**

**223 E BROADWAY STE 301**
**WILLISTON, ND 58801-6123**

As of the petition filing date, the claim is: **$1,380.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Craig Energy, LLC**                                                Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | **$9,017.47** |

**WILLIAMS COUNTY TREASURER**

**PO BOX 2047**
**WILLISTON, ND 58802-2047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | **$330.75** |

**WILLIAMS RURAL WATER DISTRICT**

**PO BOX 1285**
**WILLISTON, ND 58802-1285**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address** | **$455.82** |

**WILLISTON FIRE & SAFETY, LLC**

**3420 2ND AVENUE WEST**
**WILLISTON, ND 58801-2616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address** | **$1,445.00** |

**WILLISTON STATE COLLEGE TRAIN ND**

**1410 UNIVERSITY AVE**
**WILLISTON, ND 58801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Craig Energy, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,280.72** |
|---|---|---|---|
| | **WINN'S WELDING & REPAIR, INC** | Check all that apply. | |
| | | ☐ Contingent | |
| | **1300 EAST 135 SOUTH** | ☐ Unliquidated | |
| | **VERNAL, UT 84078** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,725.00** |
|---|---|---|---|
| | **WISE SERVICES, INC** | Check all that apply. | |
| | | ☐ Contingent | |
| | **PO BOX 427 541 HWY 413** | ☐ Unliquidated | |
| | **LYMAN, WY 82937** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,080.00** |
|---|---|---|---|
| | **WOLVERINE TRUCKING INC** | Check all that apply. | |
| | | ☐ Contingent | |
| | **1911 125TH AVE. W.** | ☐ Unliquidated | |
| | **WATFORD CITY, ND 58854** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$440.73** |
|---|---|---|---|
| | **WRIGHT AUTO PARTS, INC** | Check all that apply. | |
| | | ☐ Contingent | |
| | **PO BOX 116** | ☐ Unliquidated | |
| | **WRIGHT, WY 82732** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

Debtor   **Craig Energy, LLC**                                    Case number (*if known*) _____
_____
Name

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,070.40** |

**WRIGHT HOTEL**

**PO BOX 409 300 REATA DRIVE**
**WRIGHT, WY 82732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39,262.50** |

**WYOMING CASING SERIVCE INC**

**PO BOX 1153**
**DICKINSON, ND 58602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,958,952.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,958,952.43 |

---

**Fill in this information to identify the case:**

Debtor name    **Craig Energy, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Uniforms/shop towels** | |
| | State the term remaining | **1 1/2 years** | **Ameripride Services, Inc.**<br>**PO Box 2020**<br>**Bemidji, MN 56619-2020** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement (4/30/15)** | |
| | State the term remaining | | **Ballard Petroleum Holdings, LLC**<br>**845 12th St W**<br>**Billings, MT 59102-5406** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement (5/1/15)** | |
| | State the term remaining | | **Black Hills Explor. and Prod., Inc.**<br>**Black Hills Plateau Prod. LLC Black Hill**<br>**1515 Wynkoop St Ste 500**<br>**Denver, CO 80202-2062** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement (5/23/14)** | |
| | State the term remaining | | **Bonanza Creek Energy Oper. Co, LLC**<br>**410 17th St Ste 1400**<br>**Denver, CO 80202-4427** |
| | List the contract number of any government contract | | |

Debtor 1   **Craig Energy, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Real estate leases for facilities located at:** **5053 South 4625 East, Vernal, UT 84078 (11/19/14, $180,000/yr.)** **5245 142nd Drive, Williston, ND 58801 (11/19/14, $240,000/yr.)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **C and D Rental LLC** **7580 E 6000 S** **Jensen, UT 84035** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement (6/22/14)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Encana Services Company, LTD** **370 17th St Ste 1700** **Denver, CO 80202-5632** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Vehicle rental master agreement (2/4/14)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Enterprise FM Trust** **Enterprise Fleet Management, Inc.** **7201 S Fulton St** **Centennial, CO 80112-3725** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement (6/14/95 - entered into by Debtor's predecessor Craig's Roustabout Services, Inc.)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **EOG Resources, Inc.** **PO Box 4382** **Houston, TX 77210-4382** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement (8/10/15)** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Flamingo Operating, LLC** **520 Post Oak Blvd Ste 2060** **Houston, TX 77027-9481** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1   **Craig Energy, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 0. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Machine** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes Global Financial Services** |
| | List the contract number of any government contract | | PO Box 371887 |
| | | | Pittsburgh, PA 15250-7887 |

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **IT service provider** | |
|---|---|---|---|
| | State the term remaining | **2 years** | |
| | List the contract number of any government contract | | **QEH2** |
| | | | 401 S Wilcox St |
| | | | Castle Rock, CO 80104-1960 |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Lost Great Plains Account** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Roseasp, Inc.** |
| | | | 11512 El Camino Real |
| | | | San Diego, CA 92130-2087 |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement (6/1/15)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Statoil & Gas LP** |
| | | | 6300 Bridge Point Pkwy Bldg 2 |
| | | | Austin, TX 78730-5073 |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Copier (Denver)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Toshiba Financial Services** |
| | | | PO Box 31001-0271 |
| | | | Pasadena, CA 91110-0271 |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Copier (Vernal)** | |
|---|---|---|---|
| | State the term remaining | | **US BANK EQUIPMENT FINANCE** |
| | | | PO Box 790448 |
| | | | Saint Louis, MO 63179-0448 |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 3 of 4

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1   **Craig Energy, LLC**                                                Case number *(if known)* _____

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of
any government contract   _____

**Fill in this information to identify the case:**

Debtor name __**Craig Energy, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Craig Energy Holdings, LLC** | **600 17th St Ste 2010-S Denver, CO 80202-5402** | **Capital One Business Credit Corp.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Craig Energy Holdings, LLC** | **600 17th St Ste 2010-S Denver, CO 80202-5402** | **General Electric Capital Corporation** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Craig Energy Holdings, LLC** | **600 17th St Ste 2010-S Denver, CO 80202-5402** | **General Electric Capital Corporation** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Craig Energy Holdings, LLC** | **600 17th St Ste 2010-S Denver, CO 80202-5402** | **General Electric Capital Corporation** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Craig Energy Holdings, LLC** | **600 17th St Ste 2010-S Denver, CO 80202-5402** | **General Electric Capital Corporation** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Craig Energy Holdings, LLC** | **600 17th St Ste 2010-S Denver, CO 80202-5402** | **Medley Capital Corporation** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **Craig Energy, LLC**  _____     Case number *(if known)*  _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.7  **Craig Energy Holdings, LLC** | **600 17th St Ste 2010-S Denver, CO 80202-5402** | **Signature Financial** | ■ D  __2.7__<br>☐ E/F  _____<br>☐ G  _____ |

---

**Fill in this information to identify the case:**

Debtor name __**Craig Energy, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**February 19, 2016**__     X __**/s/ Danny Jimenez**__
Signature of individual signing on behalf of debtor

**Danny Jimenez**
Printed name

**CEO**
Position or relationship to debtor

## United States Bankruptcy Court
## District of Colorado

**IN RE:**                                                    Case No. _____

**Craig Energy, LLC** _____    Chapter **11** _____
                            Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **February 19, 2016** _____    Signature: ***/s/ Danny Jimenez*** _____
                                              **Danny Jimenez, CEO**                    Debtor


Date: _____    Signature: _____
                                                                          Joint Debtor, if any