# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 16-11308 |
| Craig Energy, LLC | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## UNITED STATES TRUSTEE'S
## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

     The United States Trustee ("UST"), by and through undersigned counsel, files this Notice of Appearance and Request for Notice.  Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

                              Office of the United States Trustee
                              Attn: Paul V. Moss, Esq.
                              1961 Stout Street, Suite 12-200
                              Denver, Colorado 80294

Dated:   February 19, 2016       Respectfully submitted,

                                      PATRICK S. LAYNG
                                      UNITED STATES TRUSTEE

                                      /s/ Paul V. Moss
                                      By: Paul V. Moss, #26903
                                      Trial Attorney for the U.S. Trustee
                                      1961 Stout Street, Suite 12-200
                                      Denver, Colorado 80294
                                      (303) 312-7995 telephone
                                      (303) 312-7259 facsimile
                                      Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: February 19, 2016

Craig Energy, LLC
600 17th Street
Ste. 2010-S
Denver, CO 80202-5402

Harrie F. Lewis
600 17th St.
Ste. 1800-S
Denver, CO 80202

                                                      /s/ Nicole Nagler
                                               Office of the United States Trustee