# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CRAIG ENERGY, LLC, | ) | Case No. 16-11308 HRT |
| | ) | Chapter 7 |
| Debtor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CRAIG ENERGY HOLDINGS, LLC, | ) | Case No. 16-11318 HRT |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CAPITAL ONE BUSINESS CREDIT CORP. and | ) | |
| CAPITAL ONE, NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CRAIG ENERGY, LLC, CRAIG ENERGY | ) | |
| HOLDINGS, LLC, and HARVEY SENDER, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Respondents. | ) | |

_____

### STIPULATION REGARDING MOTION FOR RELIEF FROM STAY FILED BY CAPITAL ONE BUSINESS CREDIT CORP. AND CAPITAL ONE, NATIONAL ASSOCIATION
_____

Harvey Sender, Chapter 7 trustee (the "Trustee"), Capital One Business Credit Corp. ("COBC") and Capital One, National Association ("Capital One" and, together with COBC, the "Lenders"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.  Craig Energy, LLC (the "Craig Energy") filed its petition for relief under chapter 11 of the United States Bankruptcy Code on February 19, 2016 (the "Petition Date"). Additionally, on the Petition Date, Craig Energy Holdings, LLC ("CEH" and, together with Craig Energy, the "Debtors") filed its petition for relief under chapter 11 of the United States Bankruptcy Code. CEH owns 100% of the membership units of Craig Energy.

2.  On February 29, 2016, the Debtors voluntarily converted their cases to ones under chapter 7, pursuant to 11 U.S.C. § 1112(a).

3.  Harvey Sender is the duly appointed and acting chapter 7 trustee (the "Trustee") for the Debtors' respective bankruptcy estates (collectively the "Estates").

4.  On March 2, 2016, following the conversion to chapter 7, Lenders filed a Motion for Relief from Stay (the "Motion for Relief") (Docket Nos. 23 and 21 in the Craig Energy and CEH cases, respectively).

5.  In the Motion for Relief, the Lenders seek relief from the automatic stay to exercise all contractual and state law remedies against all collateral securing the Debtors' obligations to COBC and Capital One (the "Collateral") described in a Loan and Security Agreement dated November 26, 2013 between COBC and Debtors, as amended, and related documents and agreements (collectively, the "Agreement").

6.  On March 22, 2016, the Trustee filed Trustee's Limited Objection to Motion for Relief from Stay (the "Objection") (Docket Nos. 56 and 44 in the Craig Energy and CEH cases, respectively).

7.  To resolve the Motion for Relief and the Objection, the Trustee and Lenders stipulate and agree as follows:

a) The Trustee does not oppose the Lenders' Motion for Relief pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) and consents to the entry of an order granting the Lenders (and their related affiliates) relief from the automatic stay in both of the above-referenced bankruptcy cases in order to exercise all contractual and state law remedies against all collateral securing the Debtors' obligations to COBC and Capital One, including the power to take possession of, by way of appointment of a receiver or otherwise, and to foreclose on the collateral, except that, notwithstanding any foreclosure of the Debtors' books and records by COBC and Capital One, the Trustee shall have the right, at the Estates' expense, to store and retain physical possession of the original physical books and records of the Debtors that the Trustee deems necessary to administer the Estates; provided, however, that the Lenders shall be entitled to possession of such original documents and records as necessary to support the collection and sale of any Collateral such as field tickets, and equipment purchase, maintenance, or warranty records. COBC and Capital One, through its counsel or its counsel's authorized agents, shall have access to and may make copies of any of the Debtors books and records retained by the Trustee during normal business hours and upon reasonable written notice to the Trustee or the Trustee's counsel. COBC, Capital One, and the Trustee shall have the right to concurrent access to the Debtors' electronic accounting data maintained on the Great Plains/Rose ASP, Oildex, or other platforms);

b) The Trustee agrees that the stay imposed by Fed. R. Bankr. P. 4001(a)(3) shall not apply to the order granting the Motion for Relief;

c) Within fourteen (14) days of the sale of the Collateral, the Lenders shall provide the Trustee with a detailed report of sale;

d) Nothing contained herein shall limit the Trustee's rights and remedies, nor be construed as an admission, with respect to: (1) the validity of the Agreement; (2) the extent, validity and perfection of Lenders' purported liens against the Collateral; (3) any and all claims, defenses or otherwise by the Trustee arising under or relating to Chapter 5 of the United States Bankruptcy Code; and (4) any and all other claims, defenses or otherwise by the Trustee; and

e) This stipulation is subject to, and shall not become effective, until it is approved by written order of the United States Bankruptcy Court for the District of Colorado. Upon execution and delivery of this stipulation, the Trustee's counsel shall prepare and file a motion seeking bankruptcy approval of this stipulation. If the Bankruptcy Court fails to enter an order approving the material terms of this stipulation, this stipulation shall be null and void and have no further force and effect.

**STIPULATED AND AGREED:**

Dated this 28th day of March, 2016.

| | |
|---|---|
| SENDER WASSERMAN WADSWORTH, P.C. | FAEGRE BAKER DANIELS LLP |
| */s/ Aaron J. Conrardy* | */s/ Bradford E. Dempsey* |
| David V. Wadsworth, #32066 | Bradford E. Dempsey, #30160 |
| Aaron J. Conrardy, #40030 | 3200 Wells Fargo Center |
| 1660 Lincoln Street, Suite 2200 | 1700 Lincoln Street |
| Denver, Colorado 80264 | Denver, Colorado 80206 |
| (303) 296-1999 / (303) 296-7600 FAX | (303) 607-3500 / (303) 607-3600 FAX |
| dwadsworth@sww-legal.com | brad.dempsey@faegrebd.com |
| aconrardy@sww-legal.com | |
| *Attorneys for Harvey Sender, Chapter 7 trustee* | *Attorneys for Capital One Business Credit Corp. and Capital One, National Association* |